UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON INTERNATIONAL, INC.<br><br>Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>ORDER GRANTING JENNIFER BRUNING SCHELL *PRO HAC VICE* APPLICATION<br><br>(ECF No. 43) |

The Court has read and considered the application of Jennifer Bruning Schell, attorney for Anntonette Sartori, Robert Paquette et. al., Susan Garofalo, Howard Jackson, Ann Sams, and Corina Phair for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 43). Having reviewed the application, Jennifer Bruning Schell's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **January 19, 2023**

UNITED STATES MAGISTRATE JUDGE