UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ASHLEIGH ANGELO, et al., | Case No. 1:21-cv-01609-JLT-CDB |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO POSTPONE DEPOSITION OF JAMES THOMPSON** |
| v. | |
| THOMSON INTERNATIONAL, INC., | (Doc. 52) |
| Defendant. | |

Before the Court is the parties' stipulation to postpone the deposition of Plaintiff James Thompson. (Doc. 52). According to the stipulation, Plaintiff Thompson's deposition was scheduled for July 12, 2023, with an ASL interpreter. However, on July 10, 2023, Plaintiff's counsel informed Defendant's counsel that Plaintiff Thompson had a previously undisclosed surgery in October 2020.

The parties seek to obtain the medical records for this October 2020 surgery before conducting Plaintiff Thompson's deposition. Accordingly, the parties seek to continue the deposition until after Defendant receives all associated medical records from that surgery and an ASL interpreter is available.

For good cause shown, it is HEREBY ORDERED that Plaintiff James Thompson's deposition may be postponed until all medical records and bills associated with a previously undisclosed surgery in October 2020 are obtained and an ASL interpreter is available

1  It is FURTHER ORDERED that if the medical records and bills are not received before
2  the discovery cut-off date of August 29, 2023, or if an ASL interpreter is not available before the
3  discovery cut-off, Plaintiff James Thompson's deposition may occur after the discovery cut-off
4  date of August 29, 2023.

5  IT IS SO ORDERED.

6  Dated:   **July 13, 2023**                                    _____
7                                                                                UNITED STATES MAGISTRATE JUDGE