UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>        Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>**ORDER GRANTING PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Doc. 51) |

Before the Court is the parties' stipulated motion for leave to file a first amended complaint ("FAC"). (Doc. 51). According to the stipulation, Plaintiff Daniel Paquette was mistakenly identified in the operative complaint as a minor child, whereas the FAC is intended to reflect that Daniel Paquette was not a minor child during the relevant time-period. Since the time to file an amended complaint has expired, the parties seek leave of Court to amend the scheduling order under Rule 16(b)(4) to permit filing the FAC.

Based on the circumstances and representations of the parties in their stipulated motion, the Court finds good cause under *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992) to allow the parties to file an amended complaint under Federal Rule of Civil Procedure 15(a).

Accordingly, it is HEREBY ORDERED that the stipulated motion (Doc. 51) is GRANTED, and Plaintiffs shall have leave to file a first amended complaint;

It is FURTHER ORDERED that Plaintiffs shall file the proposed FAC filed in support of the stipulated motion (Doc. 51-1) electronically as a standalone docket entry in this case no later than July 23, 2023. Upon filing, the first amended complaint will become the operative complaint in this action; and

It is FURTHER ORDERED, pursuant to Fed. R. Civ. P. 15(a)(3), Defendant shall have 14 days following service of the first amended complaint to file a response.

IT IS SO ORDERED.

Dated: **July 13, 2023**

UNITED STATES MAGISTRATE JUDGE