UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al.,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>**ORDER ON STIPULATION RE: MATERIALS PRODUCED IN RELATED STATE ACTION**<br><br>(Doc. 60)<br><br>Related Case Nos: 1:22-cv-00027-JLT-CDB<br>1:22-cv-00701-JLT-CDB<br>1:22-cv-00034-JLT-CDB<br>1:22-cv-00037-JLT-CDB<br>1:22-cv-00038-JLT-CDB |

Before the Court is the parties' Stipulated Evidence Motion to approve the use of documents (Bates stamped TII000000001 through TII000046535) in this and all related cases that were produced in discovery in the related matter of *Willis v. Thomson International Inc., et. al.*, Case No. 37-2020-00027164-CU-PL-CTL, filed in California Superior Court, County of San Diego.

Good cause appearing, the Court GRANTS the parties' motion.

IT IS SO ORDERED.

Dated: **August 30, 2023**

UNITED STATES MAGISTRATE JUDGE