UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY CUTOFF DATE<br><br>(Doc. 62) |

Pending before the Court is the parties' stipulated request to extend the expert discovery deadline in these consolidated cases. (Doc. 62). The parties represent that they encountered unanticipated scheduling conflicts in coordinating witness depositions and thus require a brief extension of the expert discovery deadline. Based on the parties' stipulation and good cause appearing, it is HEREBY ORDERED:

1. The expert discovery deadline, presently set for November 7, 2023, is extended to November 21, 2023; and

2. All other case management dates (Doc. 40 pp. 11-12) shall remain unchanged.

IT IS SO ORDERED.

Dated: __**October 10, 2023**__          _____
                                                            UNITED STATES MAGISTRATE JUDGE