UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, *et al*.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF R. DREW FALKENSTEIN TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 65) |

　　The Court has considered the application of R. Drew Falkenstein, attorney for Plaintiffs Anntonette Sartori; Robert Paquette *et. al*., Susan Garofalo, Howard Jackson, Ann Sams, and Corina Phair[1] for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). In light of the application and for good cause appearing, R. Drew Falkenstein's application for admission to practice *pro hac vice* is HEREBY GRANTED.

　　The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　Dated:　__October 12, 2023__　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

　　[1] Corina Phair is the administrator of the estate of Demarquez Austin.