UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF BRUCE T. CLARK TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 67) |

The Court has considered the application of Bruce T. Clark, attorney for Plaintiffs Anntonette Sartori; Robert Paquette *et. al.*, Susan Garofalo, Howard Jackson, Ann Sams, and Corina Phair[1] for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). In light of the application and for good cause appearing, Bruce T. Clark's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **October 16, 2023**　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Corina Phair is the administrator of the estate of Demarquez Austin.