UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> THOMSON INTERNATIONAL, INC., <br><br> Defendant. | Case No. 1:21-cv-01609-JLT-CDB <br><br> ORDER GRANTING WITHDRAWAL OF JENNIFER SCHELL AS ATTORNEY FOR PLAINTIFFS ANNTONETTE SARTORI, HOWARD JACKSON, ANN SAMS, SUSAN GAROFALO, ROBERT PAQUETTE, MARCIA PAQUETTE, DANIEL PAQUETTE, AND CORINA PHAIR ; DIRECTING THE CLERK OF COURT TO TERMINATE AS ATTORNEY OF RECORD <br><br> (Doc. 71) |

Pending before the Court is Attorney Jennifer Schell's motion to withdraw as attorney of record for Plaintiffs Anntonette Sartori, Howard Jackson, Ann Sams, Susan Garofalo, Robert Paquette, Marcia Paquette, Daniel Paquette, and Corina Phair's. (Doc. 71).

Counsel notes as of October 31, 2023, she will no longer be associated with the law firm of Marler Clark Inc. PS, and that all other attorneys of record for Plaintiffs will remain as counsel. *Id.*

Accordingly, based on the motion, the record herein, and for good cause shown, it is HEREBY ORDERED that the motion is GRANTED.

/ / /

It is FURTHER ORDERED that the Clerk of the Court shall terminate Jennifer Schell as an attorney for Plaintiffs Anntonette Sartori, Howard Jackson, Ann Sams, Susan Garofalo, Robert Paquette, Marcia Paquette, Daniel Paquette, and Corina Phair.

IT IS SO ORDERED.

Dated:   **October 31, 2023**

UNITED STATES MAGISTRATE JUDGE