UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THOMSON INTERNATIONAL INCORPORATED,<br><br>   Defendant. | Case No. 1:21-cv-01609-JLT-CDB<br><br>**ORDER ON STIPULATION MODIFYING SCHEDULING ORDER**<br><br>(Doc. 80) |

Pending before the Court is the parties' stipulated request to modify the scheduling order to the extent of facilitating previously noticed depositions and extending the non-dispositive motion filing deadline relating to those depositions, filed November 13, 2023. (Doc. 80). The parties filed their stipulation pursuant to Court order in connection with resolution of a discovery dispute. (Docs. 78, 79).

For good cause shown during the discovery dispute conference and in the parties' stipulation representations, IT IS HEREBY ORDERED that the scheduling order is modified to the following extent:

1. The deadline to complete the deposition of Plaintiff James Thompson with an ASL interpreter is extended to **December 4, 2023**.
2. The deadline to complete the expert deposition of Dr. Daniel Wallace is extended to **November 29, 2023**.
3. The deadline to complete the expert deposition of Dr. Martin Wiedmann is extended to **November 30, 2023**.
4. The deadline to complete the expert deposition of Dr. Melvin Kramer is extended to

**December 15, 2023**.

The date by which any non-dispositive motion related to any of the above-referenced depositions must be filed shall be six court days after the deposition deadlines identified above.

All other existing case management dates remain unchanged and in full force and effect.

IT IS SO ORDERED.

Dated:   **November 14, 2023**   _____

UNITED STATES MAGISTRATE JUDGE