Robert L. Sallander, Esq., (SBN 118352)
  rsallander@gpsllp.com
Helen H. Chen, Esq., (SBN 213150)
  hchen@gpsllp.com
Robert Glenn Seeds (SBN 112026)
  rseeds@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
2000 Crow Canyon Place, Suite 380
San Ramon, California 94583
Telephone:  (925) 866-1000
Facsimile:  (925) 830-8787

Attorneys for defendant
Thomson International, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al., | Case No.: 1:21-cv-01609-JLT-CDB |
| Plaintiff(s), | **STIPULATION REGARDING HEARING OF DEFENDANT THOMSON'S MOTION TO DISMISS** |
| v. | |
| THOMSON INTERNATIONAL, INCORPORATED, | Magistrate Judge: Christopher D. Baker |
| Defendant(s). | Date Action Filed:  November 4, 2021<br>Trial Date:  July 9, 2024 |
| AND CONSOLIDATED ACTIONS | |

COME NOW, the parties, by and through their counsel of record, stipulating, pursuant to the minute order of February 12, 2024, dkt 119, that the Magistrate Judge, Christopher D. Baker, may hear and decide defendant Thomson's motion to dismiss. Dkt 113.

IT IS SO STIPULATED.

Dated:  March 15, 2024           Greenan Peffer Sallander &  Lally LLP


                                 By:   /s/ Robert G. Seeds
                                       Robert L. Sallander, Esq.
                                       Robert G, Seeds, Esq.
                                       Attorneys for Defendant
                                       THOMSON INTERNATIONAL, INC

STIPULATION REGARDING HEARING OF DEFENDANT         Case No.: 1:21-cv-01609-JLT-CDB
THOMSON'S MOTION TO DISMISS

Greenan,
Peffer,
Sallander &
Lally LLP

| | | |
|---|---|---|
| 1 | Dated: March 12, 2024 | MARLER CLARK, LLP PS |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | William D. Marler, Esq. |
|   | | Drew Falkenstein, Esq. |
| 6 | | 1012 First Avenue, Floor 5 |
|   | | Seattle, WA 98104 |
| 7 | | (206) 346-1888 Phone |
|   | | (206) 346-1898 Fax |
| 8 | | Attorney for Plaintiffs |
| 9 | Dated: March 13, 2024 | MURPHY & MURPHY LAW OFFICES |
| 10 | | |
| 11 | | By: _____ |
|    | | Craig M. Murphy, Esq. |
| 12 | | 4482 Market Street, Suite 407 |
|    | | Ventura, CA 93003 |
| 13 | | (805) 330-3393 Phone |
| 14 | | (702) 369-9630 Fax |
|    | | Attorney for Plaintiffs |
| 15 | | |
| 16 | Dated: March 15, 2024 | PRITZKER HAGEMAN, P.A. |
| 17 | | |
| 18 | | By: _____ |
|    | | David Coyle, Esq. |
| 19 | | 100 University Ave. SE |
| 20 | | Minneapolis, MN 55414 |
|    | | (612) 338-0202 Phone |
| 21 | | (612) 338-0104 Fax |
|    | | Attorney for Plaintiffs |
| 22 | | |
| 23 | Dated: March 15, 2024 | GRUBER LAW GROUP |
| 24 | | |
| 25 | | By: _____ |
|    | | Eric Gruber, Esq. |
| 26 | | 770 L St., Suite 950 |
|    | | Sacramento, CA 95814 |
| 27 | | (415) 868-5297 Phone |
| 28 | | (415) 325-5905 Fax |
|    | | Attorney for Plaintiffs |

2

ORDER

Pursuant to the foregoing stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that Magistrate Judge Christopher D. Baker shall hear and decide Thomson's motion to dismiss (Doc. 113).

IT IS SO ORDERED.

Dated:   **March 15, 2024**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

Greenan,
Peffer,
Sallander &
Lally LLP

3

STIPULATION REGARDING HEARING OF DEFENDANT         Case No.: 1:21-cv-01609-JLT-CDB
THOMSON'S MOTION TO DISMISS