Robert L. Sallander, Esq., (SBN 118352)
 rsallander@gpsllp.com
Helen H. Chen, Esq., (SBN 213150)
 hchen@gpsllp.com
Robert G. Seeds, Esq., (SBN 112026)
 rseeds@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
2000 Crow Canyon Place, Suite 380
San Ramon, California 94583
Telephone:  (925) 866-1000
Facsimile:  (925) 830-8787

Attorneys for Defendant
THOMSON INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, et al.,<br><br>Defendant(s). | Case No.:  1:21-cv-01609-JLT-CDB<br><br>**DECLARATION OF ROBERT SEEDS SUPPORTING DEFENDANT'S MOTIONS IN LIMINE NO. 1**<br><br>Date Action Filed:   November 4, 2021<br>Trial Date:        July 9, 2024 |

I, Robert Seeds, declare:

1.      I am an attorney admitted to practice in this Court, and am employed by Greenan, Peffer, Sallander & Lally LLP, counsel for Thomson International in this matter. I submit this declaration to support all of Thomson's motions in .imine in this case. I can truthfully testify from my own personal knowledge as follows.

2.      I have reviewed the medical records in Dr. Shulman's expert file for Erickson, Kahlie, Mena and Thompson. None of these records contains any kind of affidavit or declaration.

3.      Plaintiffs' joint statement exhibit A lists a number of medical, health department and billing records for each of the plaintiffs. I have reviewed all of the designated records, which are listed below. None of the records includes or is accompanied by any declaration or affidavit

Greenan,
Peffer,
Sallander &
Lally LLP

regarding the business records exception:

**Angelo, Ashleigh**

**Medical Records**:

• Henderson Hospital Records (PH PLAINTIFF ANGELO 1 – 555)

• Sunrise Hospital Records (PH PLAINTIFF ANGELO 556 – 590)

• Sunrise Hospital and Medical Center Records (PH PLAINTIFF ANGELO 729 – 956, 1620- 1627)

• Centennial Hills Hospital Records (PH PLAINTIFF ANGELO 957-979)

• Laboratory Medicine Consultants Records (PH PLAINTIFF ANGELO 980-981)

• Babylon Health Records (PH PLAINTIFF ANGELO 987-1024)

• CareNow Urgent Care – Green Valley & warm Springs Records (PH PLAINTIFF ANGELO 1026-1050)

• Digestive Associates Records (PH PLAINTIFF ANGELO 1051-1065)

• P3 Health Records (PH PLAINTIFF ANGELO 1072-1173)

• Southwest Medical Associates Surgery Center Records (PH PLAINTIFF ANGELO 1174-1340)

• Urgent Care Sierra Heights Healthcare Center Records (PH PLAINTIFF ANGELO 1343-1431)

• Doctors Center Records (PH PLAINTIFF ANGELO 1628-1635)

**Bills**

• Henderson Hospital Bills (PH PLAINTIFF ANGELO 591-620)

• Sunrise Hospital Bills (PH PLAINTIFF ANGELO 621-650, 724-728)

• Babylon Health Bills (PH PLAINTIFF ANGELO 1025)

• Digestive Associates Bills (PH PLAINTIFF ANGELO 1066-1071)

• Southwest Medical Associates Surgery Center Bills (PH PLAINTIFF ANGELO 1341-1342)

• Urgent Care Sierra Heights Healthcare Center Records (PH PLAINTIFF ANGELO

2

**DECLARATION OF ROBERT SEEDS SUPPORTING
DEFENDANT'S MOTIONS IN LIMINE NO. 1**          Case No.:   1:21-cv-01609-JLT-CDB

1600-1608)

• Southwest Medical Bills (PH PLAINTIFF ANGELO 1609-1613)

**Public Health Records**

• Southern Nevada Health Department Records (PH PLAINTIFF ANGELO 651-673)

**Erickson, Amanda**

**Medical Records:**

• Kalispell Regional Healthcare Records (PH PLAINTIFF ERICKSON 1 – 111)

Case 1:21-cv-01609-JLT-CDB Document 134 Filed 05/10/24 Page 31 of 47

• MedNorth Kalispell Urgent Care Records (PH PLAINTIFF ERICKSON 112-140)

**Bills:**

• Kalispell Regional Healthcare Bills (PH PLAINTIFF ERICKSON 141-143)

• MedNorth Kalispell Urgent Care Bills (PH PLAINTIFF ERICKSON 144-145)

• Northwest Imaging Bills (PH PLAINTIFF ERICKSON 146-147)

• Walmart Pharmacy Receipt (PH PLAINTIFF ERICKSON 148)

**Health Department Recs:**

• Flathead County Health Department Records (PH PLAINTIFF ERICKSON 151-177)

• Montana Health Department Records (PH PLAINTIFF ERICKSON 178-190)

**Kahlie, John**

**Medical Records**

• St Charles Hospital Records (PH PLAINTIFF KAHLIE 1-53, 184, 218 – 273)

**Bills:**

• St Charles Hospital Bill (PH PLAINTIFF KAHLIE 54)

**Health Department Recs:**

• Oregan Health Department Records (PH PLAINTIFF KAHLIE 55-800)

• Deschutes County Public Health Records (PH PLAINTIFF KAHLIE 81-106)

**Mena, Jose**

**DECLARATION OF ROBERT SEEDS SUPPORTING
DEFENDANT'S MOTIONS IN LIMINE NO. 1**     Case No.:   1:21-cv-01609-JLT-CDB

Greenan,
Peffer,
Sallander &
Lally LLP

**Medical Records**:

• McKenzie County Rural Clinic Records (PH PLAINTIFF MENA 1-277)

• Sanford Health Records (PH PLAINTIFF MENA 278-304, 334-424)

**Bills:**

• McKenzie County Rural Clinic Bills (PH PLAINTIFF MENA 425-431)

**Health Department Recs:**

• North Dakota Health Department Records (PH PLAINTIFF MENA 432-438)

**Mitchell, Linda**

**Medical Records:**

• Bryn Mawr Hospital Records (PH PLAINTIFF MITCHELL 1 – 360; 535-1058)

• Main Line Family Practice Records (PH PLAINTIFF MITCHELL 361-375; 389-410; 413-422; 437-445)

• Bryn Mawr Specialist Association Records (PH PLAINTIFF MITCHELL 1094-1135; 1143-1154; 1175-1253)

• Bryn Mawr Hospital Infectious Disease records (PH PLAINTIFF MITCHELL NEW 1727 - 2247) (Old Bates PH PLAINTIFF MITCHELL 1727-2247)

**Bills:**

• Bryn Mawr Hospital Bills (PH PLAINTIFF MITCHELL 457-471)

• Main Line Family Practice Bills (PH PLAINTIFF MITCHELL 472 – 474)

• Sav-On Pharmacy Prescription Receipt (PH PLAINTIFF MITCHELL 531)

• Bryn Mawr Hospital Infectious Disease Bills (PH PLAINTIFF MITCHELL1169)

• Bryn Mawr Specialist Bills (PH PLAINTIFF MITCHELL NEW 1283-1291) (Old Bates PH PLAINTIFF MITCHELL 1183 – 1191)

**Health Department Recs:**

• Pennsylvania Health Department Records (PH PLAINTIFF MITCHELL 475-526)[1]

---

[1] Questionnaire omits both id numbers. Investigation summary has her name but no numbers, and does not say that she had Newport merely that she was a "confirmed case". Multiple hearsay. Test results do not include Newport. Does not include line list.

**DECLARATION OF ROBERT SEEDS SUPPORTING DEFENDANT'S MOTIONS IN LIMINE NO. 1**     Case No.:   1:21-cv-01609-JLT-CDB

Greenan,
Peffer,
Sallander &
Lally LLP

**Thompson, James**

**Records:**

• Legacy Salmon Creek Records (PH PLAINTIFF THOMPSON 1-40)

• Cascade Park Medical Office Records (PH PLAINTIFF THOMPSON 2689-2765)

• Sunnybrook Surgery Center Records (PH PLAINTIFF THOMPSON 2781-2891)

• Kaiser Permanente (Sunnybrook, Orchard, and Salmon Creek locations) Records (PH
PLAINTIFF THOMPSON 2909-3147)

• Kaiser Permanente (Advanced Gastroenterology) Records (PH PLAINTIFF
THOMPSON 3148- 3367)

• North County EMS Records (PH PLAINTIFF THOMPSON 3369-3370, 3372 – 3379)

**Bills:**

• Legacy Salmon Creek Bills (PH PLAINTIFF THOMPSON 41-45)

• Cascade Park Medical O   ice and Sunnyside Medical Center Bills (PH PLAINTIFF
THOMPSON 2766-2780)

• Kaiser Permanente Bills (PH PLAINTIFF THOMPSON 2892 – 2908, 3380-3397)

• North County EMS Records (PH PLAINTIFF THOMPSON 3368, 3371)

**Health Department Recs:**

• Oregon Health Department Records (PH PLAINTIFF THOMPSON 46-55)

• Washington State Health Department Records (PH PLAINTIFF THOMPSON 56-2620)

• Clark County Health Department Records (PH PLAINTIFF THOMPSON 2621 – 2667

4.      Exhibit 1 is a true and correct copy of pages 9, 20, 21, and 26 – 28 of the
deposition taken of Frank Yiannis in this case.

5.      Exhibit 2 is a true and correct copy of 166 pages my office received after making
a Freedom of Information Act request to the FDA. We received the same 166 pages many times
in response to such requests. Exhibit 3 is a true and correct copy of the cover letter that
accompanied one of them.

6.      I have reviewed the 166 pages produced by the FDA pursuant to our Freedom of

5

**DECLARATION OF ROBERT SEEDS SUPPORTING**            Case No.:   1:21-cv-01609-JLT-CDB
**DEFENDANT'S MOTIONS IN LIMINE NO. 1**

Information Act request for information regarding its investigation of Salmonella Newport. It contains no records of emails or other communications between FDA employees, or its employees and any other governmental investigators. It does contain a document that we call the CORE report. I have counted more than 50 redactions in that 17 page report. I see in it no fact that supports the FDA conclusion that Thomson red onions were the source of infection for the Salmonella outbreak. It contains no communications between the FDA and the state agencies it worked with on the investigation. It purports to trace the infection back to Thomson through Sysco and Onions 52, but it contains no evidence, and no finding, that Thomson was the only source of onions for Sysco or Onions 52 during the relevant time period. Finally nothing in it indicates that that Onions 52's location was inspected or any samples taken and tested. Exhibit 2 contains an FDA Traceback Investigation Summary. In its 21 pages, I have counted at least 226 redactions that obscure the identities of every entity on its traceback diagrams except 3: Thomson, Onions 52 and Fresh Point.

7.   I have reviewed the report titled *Salmonella* Newport/Red onion/Jul 2020 Traceback Investigation Summary that is found in the FDA FOIA response. It begins with 21 pages of narrative in which I have counted at least 226 redactions that conceal virtually all of the evidence the FDA relied on. The FDA production includes a Master Traceback diagram, but it does not appear to include the other attachments that are identified at the end of it.

8.   I have reviewed over 2000 pages of California Department of Public Health records produced by plaintiff Austin in this case. Exhibit 4 is a true and correct copy of a heavily redacted email exchange that occurred as part of its investigation of the 2020 Salmonella outbreak. Exhibit 5 is a true and correct copy of some 239 pages of invoices, bills of lading and the like that the CDPH gathered in its effort to trace illnesses to their sources. Exhibit 6 is a true and correct copy of an internal CDPH email dated July 31, 2020, the day that Thomson decided to recall all its onions; one of plaintiffs' witnesses, Brandon Adcock is a recipient of this almost completely redacted email; this shows we will be hampered in cross-examining him if he testifies at trial. Exhibit 7 is a true and correct copy of documents I extracted from this production of

**DECLARATION OF ROBERT SEEDS SUPPORTING DEFENDANT'S MOTIONS IN LIMINE NO. 1**   Case No.:  1:21-cv-01609-JLT-CDB

Greenan, Peffer, Sallander & Lally LLP

CDPH records to provide examples of the redactions in the California records.

9.    The Marler Clark firm produced to us documents that appear to be records that the State of Michigan produced to the firm under its Freedom of Information Act. In the cover letter of its 1172 page production. Michigan stated that it was producing "All non-exempt records pertaining to the Salmonella Newport outbreak in 2020, including Traceback information into the exposures and suspected sources identified for this outbreak." The letter goes on to tell us what Michigan would not disclose:

> Pursuant to the federal FOIA statute, redactions have been made by FDA in the enclosed records for confidential commercial information, trade secret information, and personal privacy information.

> Furthermore, draft documents completed prior to a final report, deliberative communications made prior to the final agency determination, are denied as it is exempt from disclosure under FOIA, MCL 15.243 Section 13(1)(m), which states communications and notes within a public body of an advisory nature to the extent that they cover other than purely factual materials and are preliminary to a final agency determination of policy or action.

10.    Exhibit 8 is a true and correct copy of the After Action Report that is exhibit 14 on plaintiff's list.

11.    Plaintiffs have produced over 2000 pages of documents regarding the Canadian investigation. We have not attached them as an exhibit but if the Court asks we will provide a copy. The Public Health Agency of Canada maintains on its website some records regarding its investigation of the outbreak. Exhibit 9 is a true and correct copy of a document showing the state of its investigation as of July 30, 2020.

12.    Plaintiff Austin produced over 1000 pages of documents that related to the Canadian investigation. Among the documents in this compilation is an Issue Detail Report numbered 97199 that is identified in this production as a major document relating to the *Salmonella* investigation. Exhibit 10 is a true and correct copy of that document, which I have reviewed in detail. It sheds little light on how the Canadian investigators concluded that Thomson onions were responsible for the alleged outbreak. It largely concerns the recall – its title is SALMONELLA NEWPORT IN ONIONS (THOMSON INTERNATIONAL, US RECALL) -SYSCO CANADA INC. – and its first 50 pages describe the scope of the recall, not

7

the traceback. After those 50 pages there are two pages that have redactions. Following those are 6 pages that look like some sort of time sheets, after which pages 58 - 126 describe the traceback. Of these 69 pages, at least 54 contain redactions, redacting the identities of contact persons and customers who received onions from Sysco. For instance, Page number 60 states that Sysco identified Freshpoint as having supplied "the onions of concern" for some patients That page also shows the investigators learned that "Freshpoint identified **[redacted]** and Thomson International" as the growers/shippers of the product. Later on the same page the identities of two importers of record are redacted. These redactions leave open the possibility that some supplier other than Thomson supplied infected onions to sick people, contradicting the final conclusion that Thomson was the only source of onions infected with the outbreak strain of *Salmonella* Newport. Following this, pages 127 to 152 concern the recall and are not redacted. The balance of the file is mixed, with some redactions, including page 158, where the redactions conceal the identity of a source of *Salmonella* Newport-contaminated onions where the traceback excluded Thomson as the source

13.     Exhibit 11 is a true and correct copy of another Issue Detail Report from that production. I have reviewed this document and have determined that at least 72 of its 111 pages contain one or multiple redactions.

14.     Exhibit 12 is a true and correct copy of pages 100 and 108 of the deposition taken of Ernest Julian in this case.

15.     Exhibit 13 is a true and correct copy of pages 26 – 28 of the deposition of Frank Yiannis.

16.     I have reviewed the public health and other records produced by these plaintiffs. I have found actual laboratory reports, showing that the plaintiff tested positive for *Salmonella* Newport, only for Ashley Angelo, John Kahlie, and James Thompson. Exhibit 14 collects true and correct copies of their reports.

17.     Exhibit 15 collects true and correct copies of Washington State lab reports for tests for *Salmonella* Newport that we have obtained in this case. Every Washington State lab

**DECLARATION OF ROBERT SEEDS SUPPORTING**     Case No.:  1:21-cv-01609-JLT-CDB
**DEFENDANT'S MOTIONS IN LIMINE NO. 1**

Greenan,
Peffer,
Sallander &
Lally LLP

report we have seen contains the following warning:

> DISCLAIMER: This test was adopted and its performance characteristics determined by the WA State PHL. It has not been approved by the FDA. Results are for infection control and epidemiological purposes and should not be used as the sole means for clinical diagnosis or patient management

18. Ashley Angelo's Lab Report, purportedly issued by the Southern Nevada Health District Laboratory System, appears in a document production numbered PH PLAINTIFF ANGELO 000001 – 714. Page 672. I have reviewed that production. It includes no affidavit addressing the business records status of any of its pages.

19. John Kahlie's Lab Report, purportedly issued by the Oregon State Public Health Laboratory, appears in his Initial Disclosure document production numbered PH PLAINTIFF KAHLIE 000055 – 000144. I have reviewee that entire production. It contains no document that is under penalty of perjury, and nothing that contains the information needed to satisfy the business records exception. His document production includes a file bates numbered as PH PLAINTIFF 000001-002065. I have reviewed that production. It includes no affidavit or declaration that is under penalty of perjury.

20. James Thompson's lab report, produced as TII000059642 to 60697, purporting to have been issued by the Oregon State Public Health Laboratory, was obtained by office via a document subpoena by Compex, an attorney services vendor. Its 1056 page production includes no affidavit or other document showing that any of the production is admissible as a business record.

21. Exhibit 16 is a true and correct copy of pages 674 to 714 of a document production by Ashley Angelo, PH PLAINTIFF ANGELO 000001 - PH PLAINTIFF ANGELO 000714 (2).pdf

22. Exhibit 17 is a true and correct copy of pages 107 to 142 of a document production by John Kalhie, PH PLAINTIFF KAHLIE 000001 - PH PLAINITFF KAHLIE 000144.

23. Plaintiff Austin, now deceased and dismissed from this case, produced 1144 pages of Washington State Department of Health General Outbreak Records. Exhibit 18 is a true

Greenan, Peffer, Sallander & Lally LLP

**DECLARATION OF ROBERT SEEDS SUPPORTING DEFENDANT'S MOTIONS IN LIMINE NO. 1**     Case No.:   1:21-cv-01609-JLT-CDB

and correct copy of the first 18 pages of those records, which is a printout from the CDC line list that shows only confirmed cases from the State of Washington, where Austin resided. Austin is case number 89 on that list.

24.     That same production of Washington State Department of Health General Outbreak Records contains another 3 page line list. Exhibit 18a is a true and correct copy of the that list is a printout from the CDC line list that shows only confirmed cases from the State of Washington, where Austin resided. His name appears on the second page of the exhibit, unredacted..

25.     Exhibit 19 is a true and correct copy of the document titled "Investigation Report: Factors Potentially Contributing to the Contamination of Red Onions Implicated in the Summer 2020 Outbreak of *Salmonella* Newport".

26.     Exhibit 20 is a true and correct copy of the document titled "FDA Issues Report Highlighting Salmonella Outbreak in Red Onions" found at https://www.fda.gov/food/cfsan-constituent-updates/fda-issues-report-highlighting-salmonella-outbreak-red-onions

27.     In this case there is a dispute over whether Ashley Angelo has pancreatitis and if so what caused it. Exhibit 21 is a true and correct copy of an excerpt from 641 pages of medical records that plaintiff Angelo produced in September 2023. It shows her repeating to an urgent care clinic that she had been diagnosed with pancreatitis.

28.     Exhibit 22 is a true and correct copy of the cover letter to the Michigan FOIA response produced by the Marler firm when it was in this case. That production exceeded 1000 pages.

29.     Exhibit 23 is a true and correct copy of an email exchange I had with plaintiffs' counsel meeting and conferring regarding motions in limine. We subsequently had a phone conversation regarding the items listed. For the most part, we agreed to disagree. We reached agreement regarding evidence of insurance and of Thomson's financial condition. Plaintiffs agreed to use only one of the four experts retained by the Marler firm. As for recalls, plaintiffs agreed not to use such evidence unless they believed that Thomson had opened the door to the

**DECLARATION OF ROBERT SEEDS SUPPORTING**      Case No.:   1:21-cv-01609-JLT-CDB
**DEFENDANT'S MOTIONS IN LIMINE NO. 1**

Greenan,
Peffer,
Sallander &
Lally LLP

exceptions. Exhibit 24 is a true and correct copy of an email that I subsequently sent to him regarding a procedure for implementing that agreement. As of this writing I have not heard from him regarding this, so we are filing a motion in limine arguing for a procedure.

  I declare under penalty of perjury under California and Federal law that the foregoing is true and correct. Executed on June 4, 2024 in Contra Costa County, California.

_Robert Seeds_
_____

Robert Seeds, declarant

**DECLARATION OF ROBERT SEEDS SUPPORTING DEFENDANT'S MOTIONS IN LIMINE NO. 1**  Case No.:   1:21-cv-01609-JLT-CDB

Greenan,
Peffer,
Sallander &
Lally LLP

# EXHIBIT 1

925-831-9029                                    emerickfinch@emerickfinch.com

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO


KEITH ROBERT WILLIS,

                    Plaintiff,                    **CERTIFIED TRANSCRIPT**

vs.                                              Case No.
                                                 37-2020-00027164-
                                                 CU-PL-CTL
THOMSON INTERNATIONAL,
INCORPORATED, a California
Corporation; DOES 1-10,
inclusive; ROE ENTITIES 1-10,
inclusive,

                    Defendants.

_____/

AND RELATED CROSS-ACTION




     VIDEOCONFERENCE DEPOSITION OF FRANK YIANNAS, MPH







          Taken remotely before LORI A. YOCK, CSR, RPR

          Certified Shorthand Reporter No. 5801

               State of California

               Monday, July 31, 2023

1      Q.  Can you give me an estimate?

2      A.  I would be guessing, but we can go back and

3  look at the outbreak table that the FDA publishes in a

4  transparent manner for the public and see how many

5  outbreaks the FDA was reporting at that time.  We can

6  get that number with precision.

7      Q.  Okay.  So is it a number like five or 500?

8      A.  Oh, no.  It's never 500, thank goodness for

9  that.  But I would say in the summer months it could

10  range from five to ten outbreak investigations going on

11  at any given time.

12      Q.  All right.  Now, based on your description, I'm

13  thinking that you are the most senior person at the FDA

14  who was involved in the Salmonella Newport outbreak in

15  2020 --

16      A.  Yes, that would be correct.

17      Q.  How many people reported directly to you on

18  the -- and let me just back up a second.  I don't want to

19  have to keep saying the long name.  So can I just call it

20  the outbreak?

21      A.  Sure.  We'll know you are talking about this

22  one.

23      Q.  Yes.  So how many people reported to you about

24  the outbreak investigation?

25      A.  Well, in terms of reporting structure, that

1  to keep investigating at all?

2       A.  It doesn't have to, but -- there's no legal

3  definition that says that, you know, FDA, you have to.

4  But I think that's clearly what is expected from a

5  public health agency is to try to understand why this

6  happened.  Again, to use an analogy, as in an airplane

7  disaster, people want to investigate why it happened to

8  see if we can prevent these things from happening again.

9          And so while the FDA is always pressured with

10  too much work to do and limited resources, I can tell

11  you outbreak investigations are a pretty high priority

12  because of that nature.  So during my tenure, we pushed

13  very hard to say when outbreaks happen it's not enough

14  to respond and simply remove contaminated product from

15  the market.  We need to understand why they occurred and

16  try to prevent them from happening in the first place.

17  And I will tell you, if you talk to congressional

18  leaders, which I have many times, that's the

19  expectation, too, is, you know, how do we prevent these

20  things from happening.  So let's just not remove

21  contaminated product from the marketplace.

22       Q.  Is there any leg of the FDA's outbreak

23  investigation that is intended to impose liability on

24  anyone?

25       A.  No.  The outbreak investigation isn't what I

1    document it.  But I think really you're going to spend a

2    lot of time asking questions that aren't really that

3    relevant.  The truth of the matter is the FDA document

4    outlines the four distributors; they name them.  And if

5    you ask Onions 52, the shipments of onions from Thomson

6    to those four distributors they did not handle.  I am

7    fully prepared to tell you how I know with confidence

8    that Distributor D linked to those points of service,

9    but we're arguing for something that isn't really

10   substantial or material.  You just need me to show you

11   the paper trail.

12          But that's how you do it.  You see the clusters

13   of cases, you see the illnesses, you know what

14   distributor, and you can easily deduce which points of

15   the boxes they're in there.  That's the methodology.  I

16   think it's clear as day.  You might want to spend two

17   hours talking about it, but it is what it is, Bob.  It's

18   undeniable.

19   Q.   Well, that's your testimony, and I get that.

20   And I get that you're advocating a position, and I'm not

21   debating with you.  I want to understand how you got

22   there, and I'm entitled to do that.  So let me go here.

23          You told me in your prior deposition that this

24   traceback concerned red onions, correct?

25   A.   Yes.

Page 26

1      A.   Yes, sir.

2      Q.   Is there anything there that tells you that the

3  red onions did not pass through Onions 52?

4      A.   That the red onions did not pass through.  No,

5  the fact that the FDA was tracing forward these

6  particular lots told me that they knew they were red

7  onions.  To me it's just a function of they didn't

8  document it here in their summary, but you can see,

9  trace forward where they were tracking was those jumbo

10  red onions.

11      Q.   I'm not -- I'm not questioning that it's red

12  onions.  I'm trying to understand now that Minkus was

13  distributing red onions --

14      A.   From Thomson.  That they originally received

15  through Thomson through a business dealing with

16  Onions 52.

17      Q.   That's the next part I'm going to.  So it's

18  your testimony, as I understand it, that you have data

19  that says that the red onions that Minkus was handling

20  went to Minkus directly from Thomson without passing

21  through Onions 52.

22      A.   That's correct.

23      Q.   And I'm trying to find out where that fact is.

24  It may not be in this document.

25      A.   It's not in this document.  It will have to be

1    through the packing slips and the business transactions

2    that occurred.  But those records exist.  What we're

3    doing ultimately, Bob, is we're trying to summarize the

4    chain of custody in a word document here.  And sometimes

5    when people are documenting this, they're leaving out

6    words that you and I might have wished they would have

7    put in there.  We wish they would have put "red onions"

8    in there.  But I think to satisfy you, it seems like at

9    the end of the day you're going to have to see all these

10   packing slips and invoices and bills of lading lined up

11   so you can see the chain of custody and the documents in

12   which these documents that we're reviewing were dropped.

13       Q.    Have you seen all those documents and bills of

14   lading lined up?

15       A.    No.  I never saw those documents Bob, when I

16   was deputy commissioner because there were a lot of

17   documents, but I relied on the summaries that the FDA

18   CORE team did.  But those documents would exist, and FDA

19   would have seen them and have them in their database.

20   And the documents will exist in the entities as well,

21   whether it's Onions 52 or Thomson or Minkus Family Farm,

22   if they kept them.  They certainly existed at the time

23   of the investigation.

24       Q.    Okay.  So what is the information then that you

25   saw -- and maybe you didn't see any -- that supports

1   your statement that these red onions did not pass

2   through Onions 52?

3        A.   There were conversations that were had with

4   Onions 52.  And I will work through Marler and Clark to

5   say that they -- to make sure that we get to see the

6   chain of custody.  But they're based on verbals at this

7   point.

8        Q.   Did you participate in those conversations?

9        A.   In this one I didn't.  I have participated in

10  some conversations with Onions 52, but in this

11  particular case, verifying that the conclusions on this

12  diagram -- the question -- the big question that I had,

13  and Marler Clark was able to answer it through

14  conversations with Onions 52, for these transactions

15  with these distributors, did they take possession of

16  them.  And the answer is no.

17       Q.   I'm going to show you my screen.  I'm showing

18  you an email from Joseph Bermudez to Jenny Schell dated

19  Wednesday, 10-25-2023.

20       A.   Yes.

21       Q.   Is that what you're referring to?

22       A.   I suspect this is the conversation that was had

23  between Marler Clark and Joseph Bermudez, who I've

24  talked to in the past, yeah.  I'm trying to read it

25  here:  CFO confirmed that shipments directly from --

Page 137

```
 1                    CERTIFICATE OF REPORTER

 2

 3         I, LORI A. YOCK, CSR No. 5801, a Certified

 4   Shorthand Reporter in and for the State of California,

 5   do hereby certify:

 6            That prior to being examined, the witness named

 7   in the foregoing deposition was by me duly sworn to

 8   testify to the truth, the whole truth, and nothing but

 9   the truth.

10            That said deposition was taken before me via

11   video conference at the time set forth and was taken

12   down by me in shorthand and thereafter reduced to

13   computerized transcription under my direction and

14   supervision, and I hereby certify the foregoing

15   deposition is a full, true and correct transcript of my

16   shorthand notes so taken.

17            And I further certify that I am neither counsel

18   for nor related to any party to said action nor in any

19   way interested in the outcome thereof.

20            IN WITNESS WHEREOF, I have hereunto subscribed

21   my name this 11th day of August, 2023.

22

23

24                          LORI A. YOCK
                            CSR No. 5801
25
```

# EXHIBIT 2



## Salmonella Newport/Red Onion/Jul 2020
## EON # 432687
## Incident Summary Report
## 11/3/20

## Authors:
**CORE Signals & Surveillance Team: Tyann Blessington, PhD, MS, MPH**
**CORE Response Team (3): Evelyn Pereira, MPH**

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

1

## ABSTRACT

On 7/13/20, after receiving notification from PulseNet, FDA CORE Signals began evaluating a cluster of 134 *Salmonella* Newport illnesses from 16 states [CA (3), IA (3), IL (1), MI (13), MN (3), MO (2), MT (11), NC (3), OH (5), OR (42), SD (8), TN (1), UT (28), WA (1), WI (1), WY (9)]. Canadian health authorities reported one clinical isolate matching the genetic sequence of this cluster. At the time of transfer, epidemiologic information was unable to identify a single suspect vehicle. Vehicles of interest included: tomatoes, cilantro, onions, and peppers. The traceback investigation was narrowed to red onions based on the findings of the Canadian outbreak investigation which identified red onions from Thomson International Inc. (Bakersfield, CA) as the likely source of Canadian illnesses. FDA's traceback investigation identified Thomson International Inc. (Bakersfield, CA) as the source of red onions to ten US POS where ill people reported exposure prior to becoming ill. On 8/1/20, Thomson International Inc. (Bakersfield, CA) initiated a recall of red, yellow, white, and sweet yellow onions. A total of 113 samples were collected by FDA during investigations at Thomson International, Inc (Bakersfield, CA) or targeted sampling at distribution centers. Ten samples (4 sediment, 1 scat and 5 ultrafiltration water samples) were reported positive for *Salmonella* but did not match the outbreak strain. The vehicle for this outbreak was confirmed as red onions based on the epidemiologic and traceback evidence. At the conclusion of the CORE Response phase, a total of 1132 cases in 48 states [AK (25), AL (2), AR (2), AZ (39), CA (128), CO (32), CT (2), DE (2), FL (8), GA (11), HI (3), ID (43), IL (54), IN (4), IA (31), KS (3), KY (3), ME (6), MA (2), MD (7), MI (47), MN (19), MO (11), MS (5), MT (72), NC (6), ND (9), NE (10), NH (1), NJ (12), NM (3), NV (14), NY (14), OH (11), OK (1), OR (110), PA (27), RI (3), SC (1), SD (24), TN (7), TX (2), UT (115), VA (10), WA (150), WI (11), WV (3), WY (27)] and 515 Canadian cases in 7 Canadian provinces were associated with this outbreak.

## SIGNALS AND SURVEILLANCE ACTIVITIES

On 7/10/20, PulseNet users were notified of a national cluster of *Salmonella* Newport illnesses, that were genetically related to historical almond isolates and a historical Newport cluster. On 7/13/20, CORE Signals and CDC discussed the emerging outbreak and the cluster's relationship to historical isolates. The cluster rapidly expanded and at the time of transfer on 7/21/20, there were 134 cases across 16 states: CA (3), IA (3), IL (1), MI (13), MN (3), MO (2), MT (11), NC (3), OH (5), OR (42), SD (8), TN (1), UT (28), WA (1), WI (1), WY (9). Most illnesses were geographically focused within the central, midwestern, and western states. Isolation dates ranged from 6/20/20 to 7/11/20, and available onset dates (n=42) ranged from 6/19/20 to 7/7/20. The cases ranged in age from 2 to 92 (median = 40) years, and 55% of cases were female. Twenty-four cases were hospitalized, and there were no deaths. At the time of transfer, the outbreak was considered to be ongoing and was expected to expand

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

(FOUO) For Official Use Only                                                                2020-Nov-03

due to a 16-day lag time (the time between illness onset and laboratory confirmation).

The genetic sequences of the cluster isolates for the outbreak cluster 2007MLJJP-1 were considered highly related by 0-4 alleles and 0-6 SNPs. Additionally, Canadian health authorities reported one clinical isolate matching the genetic sequence of this cluster. Of historical note, the isolates for outbreak cluster 2007MLJJP-1 were within five alleles or 11 SNPs of isolates from the outbreak cluster, 1509MLJJP-1, which closed without an identified vehicle. In addition, NCBI's Pathogen Detection Pipeline identified historical clinical isolates from the United Kingdom as well as CA almonds (raw almond samples collected in 2016 and 2017) that were within 14 SNPs from this cluster. The nut samples were collected under a blinded sampling assignment with a contract laboratory and the associated firm and branding information were not available.

CDC hosted States calls on 7/15/20 and 7/20/20 and cases reported multiple common exposures including, fresh produce (tomatoes, cilantro, onions, and leafy greens), eggs, cheese, beef, chicken, and pork. Tree nuts were rarely reported (3/25 cases). State investigators decided to interview a select few existing and new cases with a modified National Hypothesis Generating Questionnaire (NHGQ). The only food items that were significant ($\alpha$ =0.05) when compared to the FoodNet Population Survey were cilantro and leafy greens. Cases across several states reported consuming foods from Mexican-style and sandwich-style restaurants. Nationally, 6 cases reported Subway, 3 reported Jersey Mike's, and 2 reported Jimmy John's. Many state partners reported an increase and/or backlog of *Salmonella* Newport or *Salmonella* isolates pending further characterization in their laboratories.

Eight restaurant and facility subclusters were identified in CA and OR.
- The California Department of Public Health investigated 5 Mexican-style restaurant sub-clusters all located in the Northern CA region and all part of a larger *Salmonella* serogroup C outbreak investigation. The 5 subcluster locations and their subcluster identifications are listed below. At the time of transfer, most illness isolates were pending WGS, therefore it was unknown if these illnesses were related by WGS or epi-linked to the Newport cluster, 2007MLJJP-1. Two 2007MLJJP-1 cluster isolates, CA___M20X01046 and CA___M20X01079, were associated with CA subcluster 1 and 2, respectively. The remaining isolates associated with the CA clusters were not sequenced by the time of transfer. All serogroup C outbreak cases were residents of Northern CA and most were from the San Francisco Bay area. Most cases reported consuming fresh produce as part of their meal or as an ingredient in salsa and pico de gallo. Identified meal dates ranged from 6/16/20 to 7/7/20. State investigators requested the restaurants to

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

3

provide lists of ingredients (including dried spices and seasonings) used to make pico de gallo, salsas, and guacamole. Invoices for produce (including cilantro and tomatoes) were requested for all restaurants.  Cilantro and tomatoes were the items of greate

- o (CA-01),
- o (CA-02),
- o (CA-03),
- o (CA-04),
- o (CA-05),

(b) (4)

- Oregon Health Authority investigated 3 subclusters; 2 were associated with restaurants (Mexican-style and Subway) and the 3rd was associated with an assisted living center. The 3 subcluster locations and their subcluster identifications are listed below. Identified meal dates ranged from 6/25/20 to 7/7/20. On 7/17/20, Josephine County Public Health issued a public notice of their investigation for subcluster OR-01. Product samples of cilantro (OR-01), onion (OR-02), and tomato (OR-01, OR-02, and OR-03) were collected from the points-of-service for microbiological analysis. All were negative.

- o (OR-01),
- o (OR-02),

(b) (4)

(b) (4)

- o (OR-03), Subway (various locations)

At the time of transfer, microbiological and epidemiological information were unable to identify a single suspect vehicle. CDC believed the vehicle was likely an FDA-regulated food product; tomatoes, cilantro, onions, and peppers were items of greatest interest. Supplier review and traceback evaluation were needed to identify common suppliers and aid in the evaluation of the vehicle items of interest. CDC was preparing a web-based public notice about this outbreak and investigation at the time of transfer.

This incident was transferred from CORE Signals to CORE Response Team 3 on 7/21/20 based on the following rationale:

1) This was a rapidly expanding multi-state outbreak likely associated with a FDA-regulated product; items of interest included tomatoes, cilantro, onions, and peppers.
2) Response coordination for traceback, sampling, product and firm actions, and communication was needed.

## RESPONSE

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

4

**Epidemiology**

A case was defined as a person with infection with *Salmonella* Newport with an isolate matching by cgMLST within 0-6 alleles and an illness onset on or after 6/15/20.This outbreak included 1132 cases from 48 states [AK (25), AL (2), AR (2), AZ (39), CA (128), CO (32), CT (2), DE (2), FL (8), GA (11), HI (3), ID (43), IL (54), IN (4), IA (31), KS (3), KY (3), ME (6), MA (2), MD (7), MI (47), MN (19), MO (11), MS (5), MT (72), NC (6), ND (9), NE (10), NH (1), NJ (12), NM (3), NV (14), NY (14), OH (11), OK (1), OR (110), PA (27), RI (3), SC (1), SD (24), TN (7), TX (2), UT (115), VA (10), WA (150), WI (11), WV (3), WY (27)]. Isolation dates ranged from 6/20/20 to 9/14/20, while confirmed reported onset dates ranged from 6/19/20 to 9/11/20. Ages ranged from 5 days to 102 years (median 41), and 58% of cases were female. Of the cases with information available, 167/705 (24%) were hospitalized, and there were no reported deaths. All isolates were closely related to each other at 0-6 alleles by cgMLST.

There were early signals for Mexican-style foods. Canada identified clinical cases caused by the same strain and noted red onions as a leading hypothesis in their investigation. Based on Canada's findings and preliminary review of traceback records, red onions were identified as the suspect vehicle.

From 380 returned questionnaires for the US outbreak, 344 (91%) ill people reported consuming onions or meals that likely contained onions. Of which, 66% of cases reported consuming red onions, or meals that likely contained red onions, 62% reported white onions, and 53% yellow onions. Some cases reported eating multiple onion varieties.

CDC closed this investigation as of 10/2/2020 with red onions as the confirmed vehicle of this outbreak.

The Public Health Agency of Canada declared the Canadian outbreak over on 9/25/20. At closeout, there were 515 confirmed cases of *Salmonella* Newport linked to this outbreak in the following provinces: British Columbia (121), Alberta (293), Saskatchewan (35), Manitoba (26), Ontario (14), Quebec (25) and Prince Edward Island (1). Seventy-nine of 419 individuals (79%) with information available were hospitalized. Three people died (deaths not attributed to *Salmonella*). Illnesses occurred between 6/15/20 (onset) to 8/28/20 (specimen collection date).

The CDC linelist and WGS tree are available on EON # [432687](#).

**Traceback**

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

5

A regulatory traceback was initiated for four legs at [b] [4] points-of-service (POS) in response to this outbreak of *Salmonella* Newport illnesses. Four traceback legs representing 26 cases were initiated on 07/21/20. Factors used in identifying "best cases" were: more than one case at a single POS with exposures to red onions. Case patients included in the traceback investigation had known meal/exposure dates which ranged from 06/19/20 to 07/15/20. The timeframe of interest for record collection was identified as two weeks at POS for known meal dates and three weeks for onset dates.

*Additional Traceback and Traceforward Information*
The four legs of traceback were performed on the confirmed vehicle of red onions. Exposures to other colors of onions were identified by CDC and state partners. The California Department of Public Health (CDPH) and the Michigan Department of Agriculture & Rural Development (MDARD) performed traceback of yellow onions for [b] [4] points-of-service.

CDPH traced onions (red and yellow) from [b] [4] points-of service (POS). Thomson brand yellow onions were sourced from Onions 52 (Syracuse, UT) for [b] [4] of the [b] [4] POS. Additional yellow onion suppliers were identified for each of the [b] [4] POS. [b] [4] POS sourced yellow onions from [b] [4]     [b] [4]     The traceback for these legs was limited by recordkeeping, especially at the level of the suppliers to the points-of-service.

MDARD traced yellow onions from [b] [4] points-of-service. [b][4] POS received yellow onions that were sourced solely from Thomson International (Bakersfield, CA) via Onions 52. [b] [4] POS sourced onions from [b] [4]     including Thomson International (Bakersfield, CA) via Onions 52. [b] [4] POS received onions from [b] [4]     but not Thomson International (Bakersfield, CA) or Onions 52 (Syracuse, UT).

Through the recall audit check procedures, traceforward information was obtained describing customer lists that received recalled onions. A traceforward product flow diagram was produced showing Thomson International Inc's direct customers, as well as the supply chains for the four legs of red onion traceback, and the yellow onion tracebacks performed by the CDPH and the MDARD. The POS identified in the traceforward product flow diagram indicate if red and/or yellow onions sourced from Thomson International Inc were known to have been supplied at some time; this does not indicate if the onions were the onions that were consumed by the cases, just known distribution. Additional grocery companies identified in the recall audit check and downstream recalls included: ALDI, Food Lion, Giant Food, Hello Fresh, Imperfect Foods, Kroger, Publix Super Markets, Stop & Shop, Walmart, and WinCo.

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

6

*Traceback Conclusion*
The traceback investigation identified four legs of distribution for red onions served at (b) (4) points-of-service. Thomson International Inc (Bakersfield, CA) was identified as the source of the red onions based on convergence of the legs of traceback. Additional information from traceback investigations performed by CDPH and MDARD support this conclusion

Traceback Limitations
This traceback investigation was limited by the exposure information provided by cases in identified clusters, the size of illness clusters identified, limited supply chain diversity identified, and lack of adequate recordkeeping. Epidemiologic information regarding case exposures was limited when cases were unable to recall the type of onions consumed. The majority of the clusters, nine of ten, were less than four cases per point-of-service. Three of the four legs of red onion traceback were through various Sysco distribution centers and did represent a broader diversity of supply chains.

Records were not available or were incomplete at some points along the distribution chains: (b) (4) did not identify Sysco as a supplier, but later records from Sysco identified it as such; records at Thomson International Inc for field level information were known to be incorrect and information used in this traceback was the best information that the firm could identify.

The traceback summary, timeline and diagrams are available on EON # 432687.

**Establishment Inspections and Investigations**

*Record Requests*
On 7/24/20, CORE issued an information request to ORA HAF1E (NWE-DO) for traceback data from Subway Company (b) (4) . The request was fulfilled on 7/30/20. Multiple, but not all, Subway locations identified by ill people were supplied onions from (b) (4) ; (b) (4) However, given that (b) (4) could not explain all the Subway exposures, no follow up was conducted at (b) (4)

On 7/27/20, CORE issued an assignment (eNSpect Assignment #167287) to ORA HAF3W (DAL-DO) for record collection at Sysco (b)4) , TX; FEI #(b)4) ). The Sysco locations included in the US traceback investigation received onions from (b)4) ).

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

7

On 7/28/20, CORE issued an assignment (eNSpect Assignment #167509) to ORA HAF4W (DEN-DO) for record collection at Onions 52 Inc (Syracuse, UT; FEI #3016800010) related to the Canadian traceback investigation. Records were received on 7/29/20 and forwarded to Canadian partners for review. The assignment was closed out on 7/31/20.

On 7/28/20, CORE requested record collection by ORA HAF6W (SEA-DO) from (b) (4) ). Records were received on 7/28/20. (b) (4) received onions from (b) (4) suppliers. Due to lack of convergence on these suppliers, follow up was not conducted at these suppliers.

On 8/4/20, CORE issued an assignment (eNSpect #169871) to ORA HAF6E (CHI-DO) for record collection at (b) (4) . This was a supplier of interest for a MI subcluster not supplied by Sysco (b) (4) ). Records were received on 8/6/20 and no additional follow up was initiated. The assignment was closed out on 8/12/20.

On 8/10/20, CORE issued an assignment (eNSpect #170684) to ORA HAF6E (CHI-DO) for record collection at (b) (4) ). (b) (4) received red onions from (b) (4) suppliers (b) (4) ) and (b) (4) which was subsequently supplied to one subcluster. Follow up at the identified suppliers was not initiated.

*Targeted Sampling*

On 8/19/20, CORE issued an assignment (FACTS# 12061015) to ORA HAF1E (NWE-DO) for product sampling at Sysco (b)(4) , MA). Two samples were collected. The assignment was closed out on 8/24/20.

On 8/19/20, CORE issued an assignment (FACTS# 12061168) to ORA HAF1E (NYK-DO) for product sampling at Sysco (b)(4) , NY). Eighteen samples were collected. The assignment was closed out on 8/25/20.

On 8/19/20, CORE issued an assignment (FACTS# 12061016) to ORA HAF3W (DAL-DO) for product sampling at Sysco (b)(4) , TX). Two samples were collected.

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

8

On 8/19/20, CORE issued an assignment (FACTS# 12061017) to ORA HAF4W (DEN-DO) for product sampling at Sysco (b) (4)          (FEI (b) (4)  ; (b)(4)          ,
UT). Twenty-four samples were collected. The assignment was closed out on 8/25/20.

On 8/19/20, CORE issued an assignment (FACTS# 12061018) to ORA HAF6W (SEA-DO) for product sampling at Sysco (b) (4)      (FEI # (b)(4)              , OR).
Sixteen samples were collected. The assignment was closed out on 8/21/20.

The samples that were collected consisted of red, white or yellow onions subject to recall by Thomson International, Inc. (Bakersfield, CA).

_Investigations_
CORE issued an assignment (FACTS #12055268) to ORA HAF5W (SAN-DO) for an inspection including record collection and environmental sampling at Thomson International Inc. (Bakersfield, CA; FEI #3004391505) on 8/2/20. The inspection was initiated on 8/3/20 by ORA HAF5W and the California Department of Food and Agriculture. The assignment was closed out on 8/5/20.

CORE issued an assignment (FACTS #12055297) to ORA OHAFO Domestic Produce Safety Branch (ORA PSN) for an investigation and sampling at Thomson International Inc. (Bakersfield, CA; FEI #3004391505) on 8/2/20. On 8/6/20, ORA PSN, California Department of Public Health and the California Department of Food and Agriculture initiated the investigation. Based on traceback records received from Thomson International Inc (Bakersfield, CA), CORE identified three fields [Thomson Gladestone (Glad E), R&G FLD 161, Thomson 32-1] in Bakersfield, CA and one field in Holtville, CA (Pepper 22), where the implicated lots were harvested. Investigators collected product, soil, water, environmental and sediment samples. A FDA-4056 was not issued for either investigation but a discussion was held with the firm to discuss the exclusion of pests, records management and cleaning and sanitizing procedures. The inspection was closed out on 8/27/20.

CORE issued an assignment (FACTS #12060391) to ORA OHAFO Domestic Produce Safety Branch (ORA PSN) for an investigation and water and environmental sampling at Thomson International Inc. (Bakersfield, CA; FEI #3004391505) growing fields and surrounding area in Holtville, CA on 8/18/20. One implicated lot included in the traceback was harvested from the Pepper 22A field in Holtville, CA. On 8/20/20, ORA PSN initiated the investigation. Investigators collected soil, water, environmental and sediment samples. A FDA-4056 was not issued. The inspection was closed out on 8/24/20.

_Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE)._

9

As a follow up to the first investigations, ORA PSN initiated investigations (FACTS # 12068471) at Thomson International Inc. (Bakersfield, CA; FEI #3004391505) fields in Bakersfield, CA and Holtville, CA fields. The investigations were coordinated through CFSAN Office of Compliance and Office of Food Safety.

**Laboratory**
A total of 113 samples were collected by FDA as part of this outbreak investigation. One hundred three samples were negative. Ten samples were positive for *Salmonella*.

*Sysco* (b)(4)
ORA Investigators from four ORA HAF Divisions [1E (NYK, NWE), 3W (DAL), 4W (DEN), 6W (SEA)] collected a total of 62 onions samples from (b) (4) Sysco (b) (4) :



Twenty samples were analyzed at Northeast Food and Feed Laboratory (NFFL). Eighteen samples were analyzed at Pacific Southwest Food and Field Laboratory (PSFFL). Twenty-four samples were analyzed at Denver Laboratory (DENL).

The 62 samples collected from the Sysco (b)(4) were reported negative.

*Thomson International Inc. (Bakersfield, CA) Investigations*
During the inspection conducted by ORA HAF5W and the California Department of Food and Agriculture at Thomson International Inc. (Bakersfield, CA), three environmental (#1145759, 1145760, 1145761) samples and one scat sample (#1141449) were collected. Samples were analyzed at PSFFL and reported negative for *Salmonella*.

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

10

Investigators collected twenty-two samples during the investigation conducted by ORA PSN at Thomson international Inc. (Bakersfield, CA). Fourteen onion samples (#1145947, 1145948, 1145625-29, 1145955, 1145956, 1146412-1146416), four water samples (#1145623, 1145624, 1145951, 1145953), one scat sample (#1145949) and three sediment samples (#1145950, 1145952, 1145954) were collected. The twenty-two samples were analyzed at NFFL and all were negative for *Salmonella*.

ORA PSN Investigators collected twenty-five samples during the investigation at the Thomson International, Inc (Bakersfield, CA) growing areas in Holtville, CA. Three environmental (#1137802, 1137803, 1137804) and 22 investigational [7 ultra-filtration water (#1146713, 1146714, 1146757, 1146791, 1146793, 1146796, 1146797), 2 grab water (#1146717, 1146753), 1 drag swab (1091981), 8 sediment (#1146712, 1146715, 1146716, 1146754-1146756, 1146792, 1146794), 3 soil/scat (1037805, 1146795, 1091980), onion wrappings (#1091982)] samples were collected. The seven water ultra-filtration samples were analyzed by CFSAN ORS. Eight of the twenty-five samples were analyzed at NFFL and the remaining ten samples were analyzed by PSFFL.

A total of 51 samples were collected during the investigations at Thomson International Inc. at Bakersfield, CA and Holtville, CA. Ten samples were positive for *Salmonella* and were collected from the Imperial Irrigation District areas surrounding the Thomson International Inc. fields in Holtville, CA. A summary of the positive samples and serotypes are included below:

- 4 sediment samples
    - #1146715 (*S*. Newport*; *S*. IIIa 53:z4,z23:-)
    - #1146716 (*S*. Oranienburg**, *S*. Muenchen; IIIa 41:z4,z23:-; IIIa 53:z4,z23:-)
    - #1146754 (*S*. Newport*, *S*. Montevideo)
    - #1146755 (*S*. Montevideo)
- 5 ultrafiltration water samples
    - #1146713 (*S*. Newport*)
    - #1146714 (*S*. Newport*, *S*. Montevideo, *S*. enterica subspecies VI 44:z36[z38]:-)
    - #1146757 (*S*. Newport*, *S*. Montevideo, *S*. Thompson)
    - #1146791 (*S*. Newport*, *S*. Braenderup, S. Montevideo, *S*. Senftenberg, *S*. Thompson, *S*. Wangata)
    - #1146797 (*S*. Anatum, *S*. Taksony, S. Tennessee)
- 1 scat sample
    - #1146795 (*S*. IIIa 41:z4,z23:-)

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

11

\* Does not match outbreak strain of S. Newport
\*\* WGS unresolved due to abnormal genome size, sequence ran twice

_WGS Analysis_
A total of the 141 isolates were WGS analyzed from the ten positive samples. One isolate from sample #1146716 had an unresolved WGS analysis due to an abnormal genome size (~5.9 Mb). The remaining 140 isolates were found to belong to possibly 17 different Salmonella strains. Although S. Newport was isolated from six of the ten positive samples, none of the isolates were genetically related to the outbreak strain.

Of note, isolates from one sediment sample were genetically identical to one another, representing the same strain. It's possible that this strain was the same strain that caused the alfalfa sprout outbreak in 2016 (1601MLJJ6-1).

Additionally, isolates from a different sediment sample were genetically related to each other and likely match clinical isolates from the 2018 sprout outbreak 1801MLJIX-1. Both the 2016 and 2018 sprouts outbreaks identified seed suppliers in or nearby Holtville, CA as firms of interest.

The FDA sample tracker and final WGS report is available on EON # 432687.

**Product/Firm Actions/Firm Events**
On 7/30/20, Sysco (b)(4)                          , TX) initiated a recall of Imperial Fresh brand red onions imported into Canada from the US and distributed in Western Canada through the following Sysco locations: (b)(4)
                                          . The onions were supplied by Thomson International, Inc (Bakersfield, CA).

On 7/31/20, Thomson International Inc. ceased operations at their Bakersfield, California facility and agreed to voluntarily recall onions. The recall was initiated on 8/1/20. Red, yellow, white, and sweet yellow onions produced by Thomson International and shipped from 5/1/20 through 8/1/20 were subject to recall.

As a result of the Thomson International Inc (Bakersfield, CA) recall, multiple firms initiated downstream recalls or posted notices on their respective websites including: Emerald Fruit & Produce Inc. (Eugene, OR), Giant Eagle (Pittsburgh, PA), Taylor Farms (Dallas, TX), Walmart (Bentonville, AR), Food Lion (Salisbury, NC), Publix Super Markets (Lakeland, FL), The Kroger Co. & subsidiaries [Smith's Food & Drug, Fry's Food Stores, Fred Meyer Stores, Kroger Delta Division, Kroger Mid Atlantic]

_Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE)._

(Cincinnati, OH), Progressive Produce LLC (La Mirada, CA), Spokane Produce (Spokane, WA), Hello Fresh (New York, NY), Imperfect Produce (San Francisco, CA).

FDA created a majors recall page to track downstream recalls.

## COMMUNICATIONS

In the course of the investigation, firm calls were held with Sysco Merchandising and Supply (Houston, TX), Thomson International Inc. (Bakersfield, CA) and Onions 52 (Syracuse, UT) to discuss the outbreak, public communication and product actions.

FDA, CDC, PHAC and CFIA held an Industry Call on 7/31/20 to discuss public communications.

Thomson International Inc. (Bakersfield, CA) issued a press release for their recall on 8/1/20.

FDA issued public communications regarding this outbreak on 7/31/20. Subsequent updates were made on 7/31/20, 8/3/20, 8/7/20, 8/11/20, 8/13/20, 8/18/20, 9/1/20, 10/8/20.

CDC issued public communications regarding this outbreak on 7/24/20. Subsequent updates were made on 7/221/20, 7/24/20, 7/31/20, 8/3/20, 8/7/20, 8/18/20, 9/1/20, 10/8/20.

On 8/5/20, USDA FSIS issued a Public Health Alert regarding the recall of RTE meat and poultry products that contained recalled onions.

The Public Health Agency of Canada issued a Public Health Notice regarding this outbreak on 7/24/20. The Public Health notice was further updated on 7/30, 8/2/20, 8/7/20, 8/14/20, 8/21/20, 8/31/20, 9/14/20, 10/1/20.

A Recall Notice related to Sysco (b)(4)                        , TX) was issued by CFIA on 7/30/20.

CFIA issued a Recall Notice for the Thomson International Inc. (Bakersfield, CA) recall on 8/1/20.

## CONCLUSION

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

13

As of 10/5/20, a total of 1132 illnesses were reported from 48 states, including 167 hospitalizations. A traceback investigation identified Thomson International Inc. (Bakersfield, CA) as the source of red onions to ten US POS where ill people reported eating prior to becoming ill. A total of sixty-two product samples were collected from *(b) (4)* Sysco Distribution Centers. Fifty-one samples were collected from investigations at Thomson International Inc facility and fields in Bakersfield, CA and Holtville, CA were collected. Of the total 113 samples collected, ten samples were reported positive for *Salmonella* but did not match the outbreak strain. Thomson International Inc. Bakersfield, CA) initiated a recall of red, white, yellow and sweet yellow onions on 8/1/20. Based on the epidemiologic and traceback evidence, red onions were confirmed as the vehicle of this *Salmonella* Newport outbreak.

## ACKNOWLEDGEMENTS

CORE would like to acknowledge the work of ORA HAF5W, ORA Produce Safety Network, California Department of Public Health, and the California Department of Food and Agriculture for mobilizing and initiating the investigations at Thomson International Inc. quickly which contributed directly to the outbreak investigation. Additionally, we would like to acknowledge the laboratory staff within ORA's Pacific Southwest Food and Feed Laboratory and Northeast Food and Feed Laboratory for analyzing the samples collected during the investigations at Thomson International Inc. Many thanks to the State Partners in Arizona, California, Maryland, Michigan, Minnesota, Montana, North Dakota, Oregon and Wyoming that collected traceback records for the numerous subclusters identified. Your contributions to this outbreak investigation are appreciated.

## INCIDENT COORDINATION GROUP

**Incident Group List – *Salmonella* Newport/ Red Onion/ Jul 2020**
**Coordinated Outbreak Response and Evaluation Network**
Signals & Surveillance: LCDR Tyann Blessington
Response: Response Team 3
- Lead Coordinator: Evelyn Pereira
- Operations: LCDR Matt Doyle
- Planning: Stranjae' Ivory
Outbreak Evaluation: Marie Armstrong
Communications: Corinne Newhart
Senior Leadership

| Office of Regulatory Affairs (ORA) |
|---|
| Human and Animal Food East |

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

14

| Division I – NYK-DO (New York), NWE-DO (New England) | Kim Langello; Nikki Vaught |
| Division II – BLT-DO (Baltimore), PHI-DO (Philadelphia), NWJ-DO (New Jersey) | LCDR Valeria Moore, Judith Paterson, William Muszynski |
| Division III – ATL-DO (Atlanta) | Wilbur Huggins |
| Division IV – FLA-DO (Florida), SJN-DO (San Juan) | Nelson Venerio, Marianela Aponte Cruz |
| Division V – CIN-DO (Cincinnati), NOL-DO (New Orleans) | Brenda Zimmer, Lindsay Bertling |
| Division VI – CHI-DO (Chicago), DET-DO (Detroit) | Joseph Cooper |
| **Human and Animal Food West** | |
| Division I – MIN-DO (Minneapolis) | Heidi DeBeck Douglas (Doug) Snyder |
| Division II – KAN-DO (Kansas City) | Erin Dugan |
| Division III – DAL-DO (Dallas) | Jane Broussard, |
| Division IV – DEN-DO (Denver) | CDR Holly Miller |
| Division V – SAN-DO (San Francisco), LOS-DO (Los Angeles) | Hermie Francisco, Nicole Yuen |
| Division VI – SEA-DO (Seattle) | LCDR Kelsey Volkman |
| **ORA Headquarters** | |
| Office of Human and Animal Food Operations – Senior ERC | Kimberly Livsey, James (Chris) Yee |
| Division of Domestic Human and Animal Foods Operations | Linda Stewart, Nicole Clausen, Larry Stringer |
| Produce Safety Network (PSN) | CDR Brittany Nork, Gerald Bromley, Brandi McGrady |
| Division of Import Operations | Jeffery Hilgendorf |
| Office of Regulatory Science | Yelena Karaseva |

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA.  This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

15

|  | Terri McConnell |
|---|---|
|  | Darcy Brillhart |
| Office of Strategic Planning and Operational Policy – Recalls Branch |  |
| Office of Global Policy and Strategy Latin America Office | Jason Cornell |
| Office of Criminal Investigations | Steven Li |
| **Center for Food Safety and Applied Nutrition (CFSAN)** | |
| Office of Compliance | CFSAN OC RCRT11 |
| Office of Food Safety | Mary Tijerina, Cecilia (Maria) Crowley, Patricia Homola Kruti Ravaliya, Stephen Hughes |
| International Affairs Staff | CAPT Teresa Fox, Jeffery Read |
| Office of Analytics and Outreach | Yan Luo |
| Office of Regulatory Science | Rebecca Bell; Hua Wang; Thomas Hammack |
| Division of Produce Safety | Kurt Nolte |
| Office of the Center Director | Mickey Parish |
| **Office of the Commissioner** | |
| Office of Chief Counsel | Alexandra Jabs |
| Office of Emergency Operations | Russell Zablan |
| **Centers for Disease Control and Prevention (CDC)** | |
| Division of Foodborne, Waterborne & Environmental Diseases – Outbreak Response and Prevention Branch (ORPB) | CDR Laura Gieraltowski, Kane Patel, Zachary McCormic, Krystalyn B Martin, Colin A Schwensohn, Kenai McFadden, Lauren Stevenson, CDR Matthew Wise |
| **US Department of Agriculture (USDA)** | |
| Food Safety and Inspection Service | LCDR Jennifer Freiman LCDR Andrea Cote |
| **Canada** | |
| Canadian Food Inspection Agency | Robin Atkinson, Ken Marcynuk, Lorraine Haskins, Leah Isaac |
| Public Health Agency of Canada | Joyce Cheng |

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

16

| State Partners | |
|---|---|
| Alabama (AL) | Montana (MT) |
| Alaska (AK) | Nebraska (NE) |
| Arizona (AZ) | New Hampshire (NH) |
| Arkansas (AR) | New Jersey (NJ) |
| California (CA) | New Mexico (NM) |
| Colorado (CO) | New York (NY) |
| Connecticut (CT) | Nevada (NV) |
| Delaware (DE) | North Carolina (NC) |
| Florida (FL) | North Dakota (ND) |
| Georgia (GA) | Ohio (OH) |
| Hawaii (HI) | Oklahoma (OK) |
| Idaho (ID) | Oregon (OR) |
| Illinois (IL) | Pennsylvania (PA) |
| Indiana (IN) | Rhode Island (RI) |
| Iowa (IA) | South Carolina (SC) |
| Kansas (KS) | South Dakota (SD) |
| Kentucky (KY) | Tennessee (TN) |
| Maine (ME) | Texas (TX) |
| Maryland (MD) | Utah (UT) |
| Massachusetts (MA) | Virginia (VA) |
| Michigan (MI) | Washington (WA) |
| Minnesota (MN) | West Virginia (WV) |
| Mississippi (MS) | Wisconsin (WI) |
| Missouri (MO) | Wyoming (WY) |

## SUPPORTING DOCUMENTS

1. CDC Line list
2. WGS Tree
3. CORE Sample Spreadsheet
4. Traceback Diagram
5. Traceback Timeline
6. Incident Package
7. Incident Data Form

*Only for use by internal FDA, FDA Commissioned Officials, and those with signed 20.88 agreements with FDA. This report contains protected, privileged, confidential, and commercial information and may only be released outside FDA with appropriate redaction. This document was prepared by the Coordinated Outbreak Response and Evaluation Network (CORE).*

17

# Salmonella Newport (2007MLJJP-1)/ Unknown/ Jul 2020

Date(s):

Type of Incident: CORE Signals            Product Centers: CFSAN            Qualifier: Foodborne Illness
Districts Involved:                       RRT Involved:                     Notification Source: CDC

## Description

On 7/10/2020, CDC notified PulseNet users of a national cluster of Salmonella Newport illnesses. The cluster has rapidly expanded and as of 7/21/2020, there are 134 cases across 16 states: CA (3), IA (3), IL (1), MI (13), MN (3), MO (2), MT (11), NC (3), OH (5), OR (42), SD (8), TN (1), UT (28), WA (1), WI (1), WY (9). Most illnesses are geographically focused in the central, midwestern, and western states; however, recently illnesses have been identified in southeast states of NC and TN. Isolation dates range from 6/20/2020 to 7/11/2020 and onset dates (n=42) range from 6/19/2020 to 7/7/2020. The lag time is 16 days and the outbreak is considered ongoing. The cases range in age from two to 92 years, with a median age of 40 years and 55% of cases are female. There have been 24 hospitalizations and no deaths. Seven of 68 cases have self-identified as having Hispanic/Latino ethnicity.

Isolates from all cases are highly related to each other and are within 0-4 alleles and 0-6 SNPs. Additionally, Canada health authorities report one clinical isolate matching the genetic sequence of this cluster. This cluster is related by five alleles or 11 SNPs to isolates from the historical cluster 1509MLJJP-1, which closed without an identified vehicle. NCBI's Pathogen Detection Pipeline identified historical clinical isolates from the United Kingdom and CA almond isolates (raw almond samples collected in 2016 and 2017) are related within 14 SNPs from this cluster. The nut samples were collected under a blinded sampling assignment with a contract laboratory.

CDC hosted States Calls on 7/15 and 7/20 and cases reported multiple common exposures including, fresh produce (tomatoes, cilantro, onions, and leafy greens), eggs, cheese, beef, chicken, and pork. Tree nuts were rarely reported (three of 25 cases). State investigators decided to interview a select few existing and new cases with a modified National Hypothesis Generating Questionnaire (NHGQ). The only food items that were significant (a =0.05) when compared to the FoodNet Population Survey were cilantro and leafy greens. Cases across several states reported consuming foods from Mexican-style and sandwich-style restaurants. Nationally, 6 cases reported Subway, 3 reported Jersey Mike's, and two reported Jimmy John's.

Eight restaurant and facility subclusters have been identified in CA and OR.
 The California Department of Public Health is investigating five Mexican-style restaurant sub-clusters all in the Northern CA region and all part of a larger Salmonella serogroup C outbreak investigation. This investigation involves 38 cases and 35 cases are pending WGS sequencing (so at this time, it is unknown if these are related by WGS or epi-linked to the larger Newport cluster 2007MLJJP-1). All CA cases in this cluster are from northern CA and most are in the San Francisco Bay area. An additional 10 Salmonella illnesses from Central and Southern California have not been added to this cluster. Most cases reported consuming fresh produce as part of their meal or as an ingredient in salsa and pico de gallo. State investigators have requested the restaurants provide lists of ingredients (including dried spices and seasonings) used to make pico de gallo, salsas, and guacamole. Invoices for produce (including cilantro and tomatoes) have been requested for all restaurants. Cilantro and tomatoes are items of greatest interest for their state investigation.
 Oregon Health Authority is investigating 3 sub-clusters; 2 are associated with restaurants (Mexican-style and Subway) and the 3th is associated with an assisted living center.

Sub-clusters identified in the Salmonella Newport (2007MLJJP-1) investigation.
*(b) (4)*

(b)(4)

8. Subway (various locations) (OR-03)

No single suspect vehicle has been identified; however, CDC believes the vehicle is likely an FDA-regulated food product and may possibly be tomatoes, cilantro, onions, or peppers. Supplier review and traceback efforts may be able to aid the investigation by identifying common suppliers and narrowing down the items of interest.

CDC will be issuing an investigational notice about this investigation.

On Tuesday, 7/21/2020, CORE Signals transferred this incident to CORE Response Team 3 based on the following rationale:
1) This is a rapidly expanding multi-state outbreak likely associated with a FDA-regulated product; items of greatest interest include tomatoes, cilantro, onions, or peppers.
2) Response coordination for traceback, sampling, product and firm actions, and communication is needed

### Surveillance Information / Epidemiology

| Pathogen/Contaminant: | Biological - Bacteria / Salmonella Newport | Serotype: | |
|---|---|---|---|
| **Total Cases:** | 134 | **Confirmed:** | | **Hospitalized:** | 24 | **Deaths:** | 0 |
| Location/Number of Cases: | | CA (3), IA (3), IL (1), MI (13), MN (3), MO (2), MT (11), NC (3), OH (5), OR (42), SD (8), TN (1), UT (28), WA (1), WI (1), WY (9) | | | | | |
| Age Range: | 2-92 | % Female: | 55 |
| Median Age: | 40 | Animal/Human: | |
| Date of First Exposure: | | Date of Last Exposure: | |
| Date of First Onset: | 06/19/2020 | Date of Last Onset: | 07/07/2020 |
| Date of First Isolation: | 06/20/2020 | Date of Last Isolation: | 07/11/2020 |
| PFGE Pattern ID: | | PulseNet Cluster ID: | 2007MLJJP-1 |
| PFGE Pattern Frequency: | | Serotype Frequency: | |
| MLVA pattern/Frequency: | | Historical Pattern Information: | |

| **Complaint #** | | **Complaint Details** | |
|---|---|---|---|
| | | | |
| Pet Food Reports? | | MedWatch Reports? | |

### Vehicle / Product

| Product Category: | |
|---|---|
| Product Name: | Unknown |
| Product Description: | |
| Food Safety Code: | |
| Vehicle Status: | |
| Product Actions: | |
| Product Origin: | |

### Laboratory Information

| Total Number of Samples: | Number of Positive Samples: | Number of Pending/CRO Samples: | Number of Negative Samples: |
|---|---|---|---|
| | | | |

### Investigations / Inspections

### Traceback Investigations

### Communications

| FDA Communication Dates: | |
|---|---|
| Firm Press Release Dates: | |
| Release Dates - Other Sources: | |

| Communications | |
|---|---|
| Situation Report Dates: | |

| **Other Information** | |
|---|---|
| Signals Evaluation: | |
| Signals Evaluation Description: | |
| Response Start Date: | 07/21/2020 |
| Response End Date: | |
| FDA End Date: | |
| Post-Response Activity: | |
| Post-Response Activities Description: | |

## Salmonella Newport/Red Onion/ Jul 2020
Date(s):

| | |
|---|---|
| Type of Incident: CORE Signals | Product Centers: CFSAN | Qualifier: Foodborne Illness |
| Districts Involved: LOS-DO, SAN-DORRT Involved: | | Notification Source: CDC |

### Description

On 7/13/20, after receiving notification from PulseNet, FDA CORE Signals began evaluating a cluster of 134 Salmonella Newport illnesses from 16 states [CA (3), IA (3), IL (1), MI (13), MN (3), MO (2), MT (11), NC (3), OH (5), OR (42), SD (8), TN (1), UT (28), WA (1), WI (1), WY (9)]. Canadian health authorities reported one clinical isolate matching the genetic sequence of this cluster. At the time of transfer, epidemiologic information was unable to identify a single suspect vehicle. Vehicles of interest included: tomatoes, cilantro, onions, and peppers. The traceback investigation was narrowed to red onions based on the findings of the Canadian outbreak investigation which identified red onions from Thomson International Inc. (Bakersfield, CA) as the likely source of Canadian illnesses. FDA's traceback investigation identified Thomson International Inc. (Bakersfield, CA) as the source of red onions to ten US POS where ill people reported exposure prior to becoming ill. On 8/1/20, Thomson International Inc. (Bakersfield, CA) initiated a recall of red, yellow, white, and sweet yellow onions produced by Thomson International. A total of 113 samples were collected by FDA during investigations at Thomson International, Inc (Bakersfield, CA) or targeted sampling at distribution centers. Ten samples (4 sediment, 1 scat and 5 ultrafiltration water samples) were reported positive for Salmonella but did not match the outbreak strain. The vehicle for this outbreak was confirmed as red onions based on the epidemiologic and traceback evidence. At the conclusion of the CORE Response phase, a total of 1132 cases in 48 states [AK (25), AL (2), AR (2), AZ (39), CA (128), CO (32), CT (2), DE (2), FL (8), GA (11), HI (3), ID (43), IL (54), IN (4), IA (31), KS (3), KY (3), ME (6), MA (2), MD (7), MI (47), MN (19), MO (11), MS (5), MT (72), NC (6), ND (9), NE (10), NH (1), NJ (12), NM (3), NV (14), NY (14), OH (11), OK (1), OR (110), PA (27), RI (3), SC (1), SD (24), TN (7), TX (2), UT (115), VA (10), WA (150), WI (11), WV (3), WY (27)] were associated with this outbreak.

### Surveillance Information / Epidemiology

| | | | | |
|---|---|---|---|---|
| Pathogen/Contaminant: | Biological - Bacteria / Salmonella Newport | Serotype: | | |
| **Total Cases:** | 1132 | **Confirmed:** | **Hospitalized:** 167 | **Deaths:** 0 |
| Location/Number of Cases: | AK (25), AL (2), AR (2), AZ (39), CA (128), CO (32), CT (2), DE (2), FL (8), GA (11), HI (3), ID (43), IL (54), IN (4), IA (31), KS (3), KY (3), ME (6), MA (2), MD (7), MI (47), MN (19), MO (11), MS (5), MT (72), NC (6), ND (9), NE (10), NH (1), NJ (12), NM (3), NV (14), NY (14), OH (11), OK (1), OR (110), PA (27), RI (3), SC (1), SD (24), TN (7), TX (2), UT (115), VA (10), WA (150), WI (11), WV (3), WY (27) | | | |
| Age Range: | 5 days -102 | % Female: | | 58 |
| Median Age: | 41 | Animal/Human: | | |
| Date of First Exposure: | | Date of Last Exposure: | | |
| Date of First Onset: | 06/19/2020 | Date of Last Onset: | | 09/11/2020 |
| Date of First Isolation: | 06/20/2020 | Date of Last Isolation: | | 09/14/2020 |
| PFGE Pattern ID: | | PulseNet Cluster ID: | | 2007MLJJP-1 |
| PFGE Pattern Frequency: | Common | Serotype Frequency: | | Common |
| MLVA pattern/Frequency: | | Historical Pattern Information: | | |
| **Complaint #** | | **Complaint Details** | | |
| Pet Food Reports? | | MedWatch Reports? | | |

### Vehicle / Product

| | |
|---|---|
| Product Category: | Produce |
| Product Name: | red onion |
| Product Description: | red onion |
| Food Safety Code: | |
| Vehicle Status: | Lab Confirmed, Epi Confirmed, Traceback Confirmed |

| Vehicle / Product: | | |
|---|---|---|
| Product Actions: | Recalls | |
| Product Origin: | | |

## Laboratory Information

| Total Number of Samples: | 113 | Number of Positive Samples: | 10 | Number of Pending/CRO Samples: | 0 | Number of Negative Samples: | |
|---|---|---|---|---|---|---|---|

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146754 | 08/21/2020 | Soil/sediment: | Environmental | ORA PSN | NFFL |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Newport, S. Montevideo; Does not match the outbreak strain | This is a sediment sample |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146755 | 08/21/2020 | Soil/sediment: | Environmental | ORA PSN | NFFL |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Montevideo; Does not match the outbreak strain | This is a sediment sample |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146715 | 08/21/2020 | Soil/sediment: | Environmental | ORA PSN | NFFL |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Newport; S. IIIa 53:z4,z23:-; Does not match the outbreak strain | This is a soil/sediment sample. |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146716 | 08/21/2020 | Soil/sediment: | Environmental | ORA PSN | NFFL |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Oranienburg, S. Muenchen; IIIa 41:z4,z23:-; IIIa 53:z4,z23:-; Does not match the outbreak strain | This is a soil/sediment sample |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146795 | 08/24/2020 | scat/ bird dropping: | Environmental | ORA PSN | NFFL |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. IIIa 41:z4,z23:-; Does not match the outbreak strain | This is a sample of scat/bird dropping material. |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146713 | 08/20/2020 | Dead End Ultrafiltration | Environmental | ORA PSN | CFSAN ORS |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Newport; Does not match the outbreak strain | This sample includes a Hemodialyzer water filter |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146714 | 08/20/2020 | Dead End Ultrafiltration | Environmental | ORA PSN | CFSAN ORS |

| Laboratory Conclusion | Sample Description |
|---|---|

S. Newport* Same at dev; 016081; id. subspecies VI 44:z36[z38]:-; Does not match the outbreak strain

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146757 | 08/24/2020 | Dead End Ultrafiltration | Environmental | ORA PSN | CFSAN ORS |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Newport, S. Montevideo, S. Thompson; Does not match the outbreak strain | This sample is a water filter sample collected using a Hemodialyzer REXEED 25S. |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146791 | 08/24/2020 | Dead End Ultrafiltration | Environmental | ORA PSN | CFSAN ORS |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Newport, S. Braenderup, S. Montevideo, S. Senftenberg, S. Thompson, S. Wangata; Does not match the outbreak strain | This water filter sample was collected using a Hemodialyzer REXEED 25S |

| Positive Sample Number | Date of Collection | Sample Source | Sample Type | Sample Collected By | Sample Analyzed By |
|---|---|---|---|---|---|
| 1146797 | 08/24/2020 | Dead End Ultrafiltration | Environmental | ORA PSN | CFSAN ORS |

| Laboratory Conclusion | Sample Description |
|---|---|
| S. Anatum, S. Taksony, S. Tennessee; Does not match the outbreak strain | This water filter sample was collected using a Hemodialyzer REXEED - 25S |

## Investigations / Inspections

| Firm Name | City | State | Country | FEI | Type |
|---|---|---|---|---|---|
| Thomson International, Inc | Bakersfield | CA | | 3004391505 | Grower |
| FACTS No | Start Date | End Date | 483 | Activity | |
| 12055268 | 08/03/2020 | 08/05/2020 | No | investigation | |

| Firm Name | City | State | Country | FEI | Type |
|---|---|---|---|---|---|
| Thomson International, Inc | Bakersfield | CA | | 3004391505 | Grower |
| FACTS No | Start Date | End Date | 483 | Activity | |
| 12055297 | 08/06/2020 | 08/27/2020 | No | investigation | |

| Firm Name | City | State | Country | FEI | Type |
|---|---|---|---|---|---|
| Thomson International, Inc | Bakersfield | CA | | 3004391505 | Grower |
| FACTS No | Start Date | End Date | 483 | Activity | |
| 12060391 | 08/18/2020 | 08/24/2020 | No | investigation | |

## Traceback Investigations

| Product Traced: | red onion | | Traceback Completed By: | FDA |
|---|---|---|---|---|
| # of Traceback Legs: | 4 | | Traceback Convergence Identified? | Yes |
| Identified Firm Name: | Thomson International Inc. | | | |
| Traceback Investigations Description: | | | | |

## Communications

| FDA Communication Dates: | 7/31/2020, 8/3/2020, 8/7/2020, 8/11/2020, 8/13/2020, 8/18/2020, 9/1/2020, 10/8/2020 |
|---|---|

| Communications | | |
|---|---|---|
| Firm Press Release Dates: | 8/1/2020 | |
| Release Dates - Other Sources: | | |
| Situation Report Dates: | | |

| Communication Type | Communication Date | Communication Details |
|---|---|---|
| FDA Communications | 07/31/2020 | |

**Communication Link**

https://www.fda.gov/food/outbreaks-foodborne-illness/outbreak-investigation-salmonella-newport-red-onions-july-2020

| Communication Type | Communication Date | Communication Details |
|---|---|---|
| Firm Press Release | 08/01/2020 | |

**Communication Link**

https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/thomson-international-inc-conducts-voluntary-recall-red-yellow-white-and-sweet-yellow-onions-because

| Other Information | |
|---|---|
| Signals Evaluation: | |
| Signals Evaluation Description: | |
| Response Start Date: | 07/21/2020 |
| Response End Date: | |
| FDA End Date: | |
| Post-Response Activity: | |
| Post-Response Activities Description: | |

## INCIDENT OBJECTIVES (ICS 202), Adapted for FDA

| **1. Incident Name:** *Salmonella* Newport/Red Onion/Jul 2020 | **2. Operational Period:** Date From: 9/11/20    Date To: 9/18/20<br>Time From: 1700EDT    Time To: 1700EDT |
|---|---|

**3. Objective(s):**



**4. Operational Period Command Emphasis:**

| 1. Incident Name: *Salmonella* Newport/Red Onion/Jul 2020 | 2. Operational Period: Date From:  9/11/20      Date To:   9/18/20 |
|---|---|
| | Time From:  1700EDT     Time To: 1700EDT |

### General Situational Awareness

On 7/10/2020, CDC notified PulseNet users of a national cluster of *Salmonella* Newport illnesses. The cluster has rapidly expanded and as of 7/23/2020, there are 242 cases across 33 states: AK, AZ, CA, IA, ID, IL, IN, MI, MN, MO, MT, NC, ND, NE, NY, OH, OR, SD, TN, UT, VA, WA, WI, WY. Isolation dates range from 6/20/2020 to 7/11/2020 and onset dates range from 6/19/2020 to 7/7/2020. The cases range in age from two to 92 years, with a median age of 40 years and 55% of cases are female. There have been 29 hospitalizations and no deaths. Isolates from all cases are highly related to each other and are within 0-4 alleles and 0-6 SNPs. Additionally, as of 7/23/20, Canada health authorities report six clinical isolates match the genetic sequence of this cluster and red onions are their leading suspect vehicle. NCBI's Pathogen Detection Pipeline identified historical clinical isolates from the United Kingdom and CA almond isolates (raw almond samples collected in 2016 and 2017) are related within 14 SNPs from this cluster. Cases across several states reported consuming foods from Mexican-style and sandwich-style restaurants including Subway. No single suspect vehicle has been identified; however, based on reported food exposures, vehicles of interest include tomatoes, cilantro, onions, or peppers. CDC issued an Investigation Notice regarding this incident on 7/21/20. CDC is not recommending that consumers avoid any particular food at this time.

Operational Period 1
On 7/24/20, CORE issued an assignment to ORA HAF1E (NWE-DO) for traceback data from Subway Company (b)(4)   , CT). The requested documents were received on 7/30/20. CDC issued a case count update and the Public Health Agency of Canada issued a Public Health Notice regarding this outbreak on 7/24/20. On 7/27/20, CORE issued an assignment (eNSpect Assignment #167287) to ORA HAF3W (DAL-DO) for record collection at Sysco (b) (4)   Related records were received on 7/29-7/30/20. CORE issued an assignment (#167509) to ORA HAF4W (DEN-DO) for record collection at Onions 52 Inc (Syracuse, UT) related to the Canadian traceback investigation. Records were received on 7/29/20. Based on preliminary record review, a majority of Syscos locations included in the US traceback investigation received onions from Onions 52. On 7/28/20, CORE requested record collection by ORA HAF6W (SEA-DO) from (b) (4)
(b) (4)   the requested documents were received on 7/28/20. A firm call was held with Sysco (b) (4)   to discuss the outbreak, public communication and product actions. A firm call with Thomson International Inc. (Bakersfield, CA) and Onions 52 (Syracuse, UT) was held on 7/30/20 to discuss the outbreak, public communication and product actions. Public Health Agency of Canada and the Canadian Food Inspection Agency issued Public Health Notice and recall notice to the outbreak and Sysco (b) (4)   recall on 7/30/20. As of 7/30/20, FDA and CDC declared red onions as the suspect vehicle for this outbreak. On 7/31/20, CDC reported 508 cases and PHAC reported 114 cases. Additionally, an Industry call was held to inform the industry of public communications.

Operational Period 2

On 7/31/20, FDA and CDC issued web posts regarding this outbreak naming Thomson International Inc (Bakersfield, CA) as the likely source. Thomson International Inc. initiated a recall and issued a press release on 8/1/20. Red, yellow, white, and sweet yellow onions produced by Thomson International and shipped from 5/1/20 through 8/1/20 were subject to recall.  The Canadian Food Inspection Agency issued a recall notice for the Thomson International Inc. recall on 8/1/20. The Public Health Agency of Canada issued an updated Public Health Notice on 8/2/20. CORE issued an assignment (FACTS #12055268) to ORA HAF5W for an inspection including record collection and product and environmental sampling at Thomson International and an assignment (FACTS #12055297) to ORA OHAFO Domestic Produce Safety Branch for a root cause investigation, farm investigation and water sampling at Thomson International Inc. on 8/2/2(FDA and CDC issued updated web posts to include information about the Thomson International Inc recall on 8/3/20. On 8/3/20, FDA provided written responses to (b) (4)   regarding traceback investigation questions. ORA HAF5W and the California Department of Food and Agriculture (CDFA) began the inspection at Thomson International on 8/3/20. In total, ORA HAF5W collected three environmental (#1145759, 1145760, 1145761), and one soil scat sample (#1141449). Sample #1145759 and #1145760 were reported negative on 8/6/20 and 8/7/20 respectively. ORA HAF5W and the California Department of Food and Agriculture began a root cause investigation at Thomson International Inc. on 8/6/20. Two product samples (#1145947, 1145948) of red and white onions, respectively, were collected. On 8/4/20, CORE issued an assignment (eNSpect #169871) to ORA HAF6E (CHI-DO) for record collection at (b) (4)
. On 8/5/20, USDA FSIS issued a Public Health Alert regarding the recall of RTE meat and poultry products that contained recalled onions. As a result of the Thomson International Inc (Bakersfield, CA) recall, multiple firms have initiated downstream recalls including: Giant Eagle (Pittsburgh, PA), Taylor Farms (Dallas, TX), Walmart (Bentonville, AR) Food Lion (Salisbury, NC), Publix Super Markets (Lakeland, FL) and The Kroger Co. (Cincinnati, OH). As of 8/7/20, CDC reports 701 illnesses in 46 states.

Operational Period 3

On 8/7/20, FDA and CDC issued updated web posts to include a case count update and downstream recalls. On 8/7/20, Office of Emergency Management provided a map of the Thomson International Inc. (Bakersfield, CA) field locations. On 8/8/2020, ORA PSN collected two water samples (#1145623, 1145624), one sediment sample (#1145950) and one scat sample (#1145949) from Thomson International Inc. On 8/10/20, ORA PSN collected seven onion samples (#1145625-29, 1145955, 1145956) two water samples (#1145951, 1145953), and two sediment samples (#1145952, 1145954). Samples #1145760, 1141449, 1145761, 1145947, 1145948, #1145949 and #1145950 were negative for *Salmonella*. CORE issued an assignment (eNSpect #170684) to ORA HAF6E (CHI-DO) for record collection at (b) (4)   on 8/10/20. On 8/11/20 and 8/13/20, FDA issued an updated web post to include downstream recalls. As a result of the Thomson International Inc (Bakersfield, CA) recall, The Kroger Co. & subsidiaries [Smith's Food & Drug, Fry's Food Stores, Fred Meyer Stores, Kroger Delta Division, Kroger Mid Atlantic] (Cincinnati, OH), Progressive Produce LLC (La Mirada, CA), and Spokane Produce (Spokane, WA) have initiated downstream recalls. On 8/13/20, eleven samples (#1145951-1145956, 1145625-1145629) were reported negative. Based on epidemiologic and traceback evidence, red onions have been confirmed as the vehicle for this outbreak. As of 8/14/20, CDC reports 850 illnesses in 47 states.

Operational Period 4

On 8/13/20, FDA issued an updated web post to include downstream recalls. On 8/14/20, CFIA issued an updated Recall Notice to included additional downstream recalls. On 8/18/20, FDA and CDC issued updated web posts to include a case count update. On 8/18/20, CORE issued an assignment (FACTS# 12060391) to ORA PSN for an investigation at Thomson International Inc. (Bakersfield, CA) growing fields in Holtville, CA. On 8/20/20, ORA PSN initiated the investigation. To date, three environmental (#1137803, 1137803, 1137804) and 22 investigational [7 ultra-filtration water (#1146713, 1146714, 1146757, 1146791, 1146793, 1146796, 1146797), 2 water grab samples (#1146717, 1146753), 1 drag swab (1091981), 8 sediment (#1146712, 1146715, 1146716, 1146754-1146756, 1146792, 1146794), 3 soil/scat (1037805, 1146795, 1091980), onion wrappings (#1091982)] samples have been collected as part of the Holtville investigation. To date, eight of these samples (1091980-1091982, 1146712, 1137802, 1146717, 1146753, 1146756) are negative; four soil/scat samples (#1146715, 1146716, 1146754, 1146755) are presumptive positive; thirteen samples are pending. On 8/17/20, HAF5W (SAN) collected five product samples (#1146412-1146416) from Thomson International Inc. (Bakersfield, CA). These samples were reported negative. From 8/19/20 and 8/20/20, CORE issued five assignments (FACTS# 12061015-12061018, 12061168) to four ORA HAF Divisions [1E (NYK, NWE), 3W (DAL), 4W (DEN), 6W (SEA)] for product sampling at (b) (4) Sysco Distribution Centers [Sysco (b) (4)   , Sysco (b) (4)
(b) (4)   Sysco (b) (4)   , Sysco (b) (4)   and Sysco (b) (4)   ].To date, a total of 32 product samples [NWE (2), DAL (2), DEN (12), SEA (16)] have been collected as a result of these assignments. On 8/24/20, ORA ORS reported that seven product samples (#1146556-1146462) collected from Sysco (b) (4)   ), two samples (#1137387-1137388) collected from Sysco (b) (4) of (b) (4)   and sixteen samples (1127080, 1141377-1141386, 1146603-1146607) collected Sysco (b) (4)   were negative. As a result, twenty-five of these 32 samples are negative with 7 samples pending. As of 8/25/20, CDC reports 993 illnesses in 47 states.

Operational Period 5

From 8/24/20 to 8/25/20, ORA HAF4W (DEN) collected twelve product samples (#1146570-1146575, 1146576-1146581) from Sysco (b) (4)
    On 8/25/20, HAF1E (NYK) collected 18 product samples (1137048-1137056, 1137944-1137952) from Sysco (b) (4)   From 8/25/20 to 8/31/20, ORA ORS reported that two product samples (# 1134051, 1134052), collected from Sysco (b) (4)   seventeen product samples (#1146562-1146561, 1146570-1146581), collected from Sysco (b) (4)   three product samples (#1137946, 1137054- 1137055), collected from Sysco (b) (4)
    and five samples (#1146794, 1146792, 1137803-1137805), collected during the investigation at Thomson International Inc. (Bakersfield, CA) growing fields in Holtville, CA, were negative for *Salmonella*. On 8/28/20, four sediment samples (#1146715, 1146716, 1146754-1146755), collected during the investigation at Thomson International Inc. (Bakersfield, CA) growing fields in Holtville, CA, were confirmed positive for *Salmonella*. One scat sample (#1146795) was reported as CRO. On 8/27/20, CFSAN ORS reported that two ultrafiltration water samples (#1146713-1146714), collected by ORA PSN during the investigation at Thomson International Inc. (Bakersfield, CA) growing fields in Holtville, CA, were CRO; on 8/31/20, the samples were confirmed positive for *Salmonella*. In summary, a total of 113 samples have been collected in response to this outbreak: Six (4 sediment; 2 ultrafiltration water) samples are positive, 1 CRO (scat), 86 samples are negative, 20 (15 product; 5 ultrafiltration water) samples are pending. On 8/24/20, the investigation at Thomson International, Inc. in Holtville, CA was closed out and on 8/27/20, the investigation at Thomson International, Inc. in Bakersfield, CA was closed out. As of 9/1/20, CDC reports 1,023 illnesses in 47 states.

## Operational Period 6

**On 9/2/20, ORA ORS reported that fourteen product samples (#1137944, 1137945, 1137947-1137952, 1137049-1137053, 1137056) were negative for Salmonella. One product sample (#1137048) was reported as CRO but on 9/8/20, the sample was reported negative. Additional analysis of two environmental samples (#1146754, 1146755), previously reported as positive for Salmonella but did not match the outbreak strain by WGS, identified additional potential isolates. Identification, serotyping and WGS are pending. On 9/4/20, ORA ORS reported that one scat sample (#1146795) was confirmed positive for Salmonella; Serotyping and WGS pending. On 9/8/20, CFSAN OAO reported that two Salmonella positive ultrafiltration water samples (#1146713, 1146714) did not match the outbreak strain by WGS. On 9/8/20, three ultrafiltration water samples (#1146757, 1146791 1146797) were confirmed positive for Salmonella. Two samples (#1146793, 1146796) were negative. Serotyping and WGS are pending. In summary, as of 9/11/20 a total of 113 samples have been collected and analyzed for this investigation. Ten samples are positive for Salmonella. WGS for six of the samples (4 sediment, 2 ultrafiltration water) show that the isolates do not match the outbreak strain. WGS is pending for four samples (1 scat, 3 ultrafiltration water). As of 9/11/20, CDC reports 1,095 illnesses in 48 states.**

| 1. Incident Name: *Salmonella* Newport/Red Onion/Jul 2020 | 2. Operational Period: Date From: 9/11/20    Date To:  9/18/20 Time From:  1700EDT    Time To: 1700EDT |
|---|---|

**6. Incident Action Plan** (the items checked below are included in this Incident Action Plan)**:**

☐ ICS 203   ☐ Map/Chart   Other Attachments:
☐ ICS 204   ☐ Weather Forecast/Tides/Currents   ☐ _____
☐ ICS 205   ☐ _____
☐ ICS 206   ☐ _____
☐ ICS 208   ☐ _____

**7. Prepared by:** Name: Stranjae' Ivory    Position/Title: Planning Chief   Signature: *Stranjae' Ivory*

**8. Approved by Incident Commander:** Name: Evelyn Pereira    Signature: *Evelyn Pereira*

| **ICS 202** | **IAP Page** | Date/Time: 11 September 2020 1436 |
|---|---|---|

**Updated by FDA 2/2011**

# *Salmonella* Newport Cluster 2007MLJJP-1

## July 24, 2020

(FOUO) For Official Use Only
***Information for internal use only; not for distribution. Data are preliminary and subject to change***

2020-Nov-03

1

# Cases of *Salmonella* Newport in cluster 2007MLJJP-1 as of July 24, 2020

| State | No. of cases |
|---|---|
| Alaska | 6 |
| Arizona | 13 |
| California | 10 |
| Delware | 1 |
| Florida | 1 |
| Iowa | 10 |
| Idaho | 5 |
| Illinois | 9 |
| Indiana | 1 |
| Kentucky | 1 |
| Maine | 2 |
| Michigan | 15 |
| Minnesota | 7 |
| Missouri | 3 |
| Montana | 11 |
| North Carolina | 3 |
| North Dakota | 3 |
| Nebraska | 5 |
| Nevada | 2 |
| New York | 1 |
| Ohio | 6 |
| Oregon | 51 |
| South Dakota | 13 |
| Tennessee | 2 |
| Texas | 1 |
| Utah | 43 |
| Virginia | 3 |
| Washington | 1 |
| Wisconsin | 2 |
| Wyoming | 11 |
| **Total** | **242** |

- Case definition:
  - Infection with *Salmonella* Newport and
  - with isolate matching by cgMLST within 0-4 alleles
  - with illness onset during 6/19/2020–present

- 242 cases from 30 states

- Isolation dates: 6/20/2020 – 7/15/2020

- Reported onset dates (n=118): 6/19/2020 – 7/11/2020

***Information for internal use only; not for distribution  Data are preliminary and subject to change***

**Table 2.** Patient demographics in *Salmonella* Newport cluster 2007MLJJP-1, as of July 24, 2020

**Table 3.** Patient outcomes in *Salmonella* Newport cluster 2007MLJJP-1, as of July 24, 2020

| Demographics | |
|---|---|
| Age range (median), (n=241) | 0-92 (40) |
| | |
| Age categories in years (n=241) | n (%) |
| <5 | 4 (2) |
| 5 to 17 | 13 (5) |
| 18 to 59 | 166 (69) |
| ≥60 | 57 (24) |
| Sex (n=238) | n(%) |
| Female | 127 (53) |

| Outcomes | n (%) |
|---|---|
| Hospitalized (n=123) | 33 (27) |
| | |
| Died (n=128) | 0 (0) |

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# Persons infected with the outbreak strain of *Salmonella* Newport, by state of residence, as of July 23, 2020 (n=242)



Ill people
- 1-2
- 3-5
- 6-15
- 31-51

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

4

## People infected with the outbreak strain of *Salmonella* Newport by date of sample isolation* as of July 24th, 2020



5

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# WGS Information on Cluster

- All cases highly related at 0-4 alleles by cgMLST.

- Cluster is related (5 alleles) to 2 isolates from the historical cluster 1509MLJJP-1 (no vehicle identified)

- NCBI Pathogen Detection Pipeline shows international clinical matches from the UK and almond isolate matches within 14 SNPs.

- Canada reports matches by sequencing

- Cluster 2007MLJJP-1 is >2,000 alleles apart from 2006MLJJP-1

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# Exposures from SEDRIC as of July 24, 2020

- Leafy greens (45/78) [p-value = 0.127]
- Cilantro (27/78) [p-value = 0.0001]
- Onions (40/78) [p-value = 0.999]
- Tomatoes (55/78) [p-value = 0.034]
- Chicken (56/78) [p-value = 0.411]
- Ground beef (50/78) [p-value < 0.001]
- Other beef (23/78) [p-value = 0.999]
- Almonds (6/54) [p-value= 0.999]
- *all the above includes Yes + maybe


- Grocery stores: 23/102 Walmart, 21/102 Costco, 19/102 Smith's, 14/102 Fred Meyers, 9/102 HyVee
- Mexican style restaurants: 33/95
- Sandwich restaurants: 10/95 Subway, 5/95 Jersey Mike's, 3/95 Jimmy John's

- CA reports 5 Mexican-style restaurant subclusters
- OR reporting various type of subclusters
  - Mexican-style restaurant
  - Nursing home
  - Various Subways
- WY − Mexican-style restaurant subcluster
- MT − Local restaurant subcluster
- MI − 4 Mexican style restaurant subclusters, 1 other restaurant subcluster

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

7

# Exposures from HGQ as of July 24, 2020

- 8/16 ground beef
- 9/16 other beef
- 13/16 chicken
  - No subclustersidentified commonalities among meat items
- 14/16 leafy greens
  - Romaine most common (7)
- 6/16 cilantro
- 13/16 tomatoes
- 9/16 onions
  - +3 likely onion-containing dishes

8

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# *Salmonella* Newport Cluster 2007MLJJP-1

## July 29, 2020

(FOUO) For Official Use Only

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

2020-Nov-03

1

# Cases of *Salmonella* Newport in cluster 2007MLJJP-1 as of July 29, 2020

| State | No. of cases |
|-------|-------------|
| Alaska | 6 |
| Arizona | 14 |
| California | 49 |
| Colorado | 10 |
| Delaware | 1 |
| Florida | 3 |
| Idaho | 6 |
| Illinois | 10 |
| Indiana | 2 |
| Iowa | 15 |
| Kansas | 1 |
| Kentucky | 1 |
| Maine | 4 |
| Maryland | 1 |
| Michigan | 23 |
| Minnesota | 10 |
| Mississippi | 2 |
| Missouri | 8 |
| Montana | 33 |
| Nebraska | 5 |
| Nevada | 5 |
| New York | 5 |
| North Carolina | 3 |
| North Dakota | 5 |
| Ohio | 7 |
| Oregon | 71 |
| Pennsylvania | 2 |
| South Carolina | 1 |
| South Dakota | 14 |
| Tennessee | 5 |
| Texas | 1 |
| Utah | 63 |
| Virginia | 4 |
| Washington | 2 |
| West Virginia | 2 |
| Wisconsin | 5 |
| Wyoming | 17 |

- Case definition:
  - Infection with *Salmonella* Newport and
  - with isolate matching by cgMLST within 0-5 alleles
  - with illness onset during 6/19/2020–present

- 416 cases from 37 states

- Isolation dates: 6/20/2020 –7/18/2020

- Reported onset dates (n=226): 6/19/2020 –7/12/2020

(FOUO) For Official Use Only
***Information for internal use only; not for di          . Data are preliminary and subject to change***
2020-Nov-03

**Table 2.** Patient demographics in *Salmonella* Newport cluster 2007MLJJP-1, as of July 29, 2020

**Table 3.** Patient outcomes in *Salmonella* Newport cluster 2007MLJJP-1, as of July 29, 2020

| Demographics | |
|---|---|
| Age range (median), (n=414) | 0-102 (39) |
| | |
| Age categories in years (n=414) | n (%) |
| <5 | 7 (2) |
| 5 to 17 | 23 (6) |
| 18 to 59 | 300 (72) |
| ≥60 | 84 (20) |
| Sex (n=408) | n(%) |
| Female | 213 (52) |

| Outcomes | n (%) |
|---|---|
| Hospitalized (n=236) | 59 (25) |
| | |
| Died (n=233) | 0 (0) |

(F00 nformation for internal use only; not for distribution. Data are preliminary and subject to change***   3

# Persons infected with the outbreak strain of *Salmonella* Newport, by state of residence, as of July 29, 2020 (n=416)



Ill people
- 1-2
- 3-5
- 6-15
- 16-40
- 41-71

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

4

## People infected with the outbreak strain of **Salmonella** Newport by date of sample isolation* as of July 29th, 2020



Illnesses that started during this time may not yet be reported

Lag time: 22 days

5

***Information for internal use only; not for dis                    ata are preliminary and subject to change***

# WGS Information on Cluster

- All cases highly related at 0-5 alleles by cgMLST.
- Cluster is related (5 alleles) to 2 isolates from the historical cluster 1509MLJJP-1 (no vehicle identified)
- NCBI Pathogen Detection Pipeline shows international clinical matches from the UK and almond isolate matches within 14 SNPs.
- Canada reports matches by sequencing
- Cluster 2007MLJJP-1 is >2,000 alleles apart from 2006MLJJP-1

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# Exposures from HGQ as of July 29, 2020

- 34/52 ground beef
- 25/52 other beef
- 42/52 chicken
- 45/52 leafy greens
  - 21 romaine, 21 iceberg
- 26/52 cilantro
- 40/52 tomatoes
  - 14 cherry/grape, 9 red round, 9 vine, 5 roma, 10 unspecified
- 37/52 onions
  - 10 red, 9 white, 7 yellow, 2 green, 13 unspecified
  - +3 likely onion-containing dishes

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

7

# Subcluster Exposures as of July 29, 2020

| SCID | White Onion | Green Onion | Red Onion | Red Round Tomatoes | Roma Tomatoes | Green Peppers | Hot Peppers | Cilantro | Ground Beef |
|---|---|---|---|---|---|---|---|---|---|
| SC-01 | | X | X | | X | | X | X | |
| SC-02 | | | X | X | | X | | X | X |
| SC-03 | X | | X | | X | X | | X | |
| SC-04 | | X | X | | | X | X | X | X |
| SC-05 | | X | X | | | | X | X | X |
| SC-06 | X | | X | X | | | | X | X |
| SC-07 | X | | X | X | | | | | |
| SC-08 | | X | X | X | | X | | | X |

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

8

# *Salmonella* Newport Outbreak 2007MLJJP-1

## August 12, 2020

(FOUO) For Official Use Only ***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# Cases of *Salmonella* Newport in cluster 2007MLJJP-1
## as of August 12, 2020

| State | No. of cases |
|-------|--------------|
| Alabama | 1 |
| Alaska | 1 |
| Arizona | 32 |
| Arkansas | 2 |
| California | 109 |
| Colorodo | 14 |
| Connecticut | 2 |
| Delaware | 1 |
| Florida | 4 |
| Georgia | 2 |
| Hawaii | 3 |
| Idaho | 33 |
| Illinois | 44 |
| Indiana | 3 |
| Iowa | 20 |
| Kansas | 2 |
| Kentucky | 1 |
| Maine | 5 |
| Maryland | 1 |
| Massachusetts | 2 |
| Michigan | 41 |
| Minnesota | 17 |
| Mississippi | 4 |
| Missouri | 10 |
| Montana | 52 |
| Nebraska | 10 |
| Nevada | 11 |
| New Hampshire | 2 |
| New Jersey | 4 |
| New Mexico | 1 |
| New York | 7 |
| North Carolina | 5 |
| North Dakota | 9 |
| Ohio | 11 |
| Oregon | 90 |
| Pennsylvania | 15 |
| Rhode Island | 1 |
| South Carolina | 1 |
| South Dakota | 21 |
| Tennessee | 6 |
| Texas | 2 |
| Utah | 97 |
| Virginia | 8 |
| Washington | 34 |
| West Virgina | 2 |
| Wisconsin | 9 |
| Wyoming | 21 |

- Case definition:
  - Infection with *Salmonella* Newport and
  - with isolate matching by cgMLST within 0-6 alleles
  - with illness onset during 6/19/2020–present

- 789 cases from 47 states

- Isolation dates: 6/20/2020 – 8/3/2020

- Reported onset dates (n=353): 6/19/2020 – 7/26/2020

(FOUO) For Official Use Only

**Table 2.** Patient demographics in *Salmonella* Newport cluster 2007MLJJP-1, as of August 12, 2020

**Table 3.** Patient outcomes in *Salmonella* Newport cluster 2007MLJJP-1, as of August 12, 2020

| Demographics | |
|---|---|
| Age range (median), (n=786) | 0-102 (40) |
| | |
| Age categories in years (n=786) | n (%) |
| <5 | 16 (2) |
| 5 to 17 | 40 (5) |
| 18 to 59 | 560 (71) |
| ≥60 | 170 (22) |
| Sex (n=774) | n(%) |
| Female | 427 (55) |

| Outcomes | n (%) |
|---|---|
| Hospitalized (n=370) | 94 (25) |
| | |
| Died (n=363) | 0 (0) |

(FOOD information for internal use only; not for distribution. Data are preliminary and subject to change***   3

# Persons infected with the outbreak strain of *Salmonella* Newport, by state of residence, as of August 12, 2020 (n=789)



***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# People infected with the outbreak strain of **Salmonella** Newport by date of sample isolation* as of August 12th, 2020



Isolation Date

*n = 789

(FOUO) Information for internal use only; not for distribution. Data are preliminary and subject to change***

# WGS Information on Cluster

- All cases highly related at 0-6 alleles by cgMLST.

- Cluster is related (5 alleles) to 2 isolates from the historical cluster 1509MLJJP-1 (no vehicle identified)

- NCBI Pathogen Detection Pipeline shows international clinical matches from the UK and almond isolate matches within 14 SNPs.

- Canada reports matches by sequencing

- Cluster 2007MLJJP-1 is >2,000 alleles apart from 2006MLJJP-1

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# Exposures from HGQ (v1) as of August 12, 2020

- 97/130 (75%) onions
  - 32 white, 31 red, 20 yellow, 32 unspecified
  - 108/130 (83%) if including likely onion-containing dishes


- 110/130 (85%) leafy greens
  - 53 iceberg, 47 romaine
- 65/130 (50%) cilantro
- 96/130 (74%) tomatoes
  - 29 cherry/grape, 22 red round, 19 roma, 14 vine, 29 unspecified

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

# Exposures from HGQ (v2)
# as of August 12, 2020

- 12/12 (100%) onions
  - 7 (58%) red
    - 10/12 (83%) yes/maybe red
  - 6 (50%) white
    - 10/12 (83%) yes/maybe white
  - 4 (33%) yellow
    - 6/12 (50%) yes/maybe yellow

- 9/12 (75%) leafy greens
- 7/12 (58%) cilantro
- 8/12 (67%) tomatoes

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

8

# Subcluster Exposures as of August 12, 2020

- ## 26 subclusters identified from 9 states
  - 25 with info provided to CDC
- ## 21 with complete onion info
  - 21/21 any onion
  - 15/21 multiple onion types
  - 16/21 red onions
  - 12/21 yellow onions
  - 10/21 white onions

| Subcluster | White onions | Yellow onions | Red onions |
|---|---|---|---|
| AZ-01 | | X | X |
| CA-01 | X | | X |
| CA-02 | | X | |
| CA-04 | X | | |
| CA-05 | X | X | X |
| IL-02 | | | X |
| MI-01 | X | X | |
| MI-02 | X | X | X |
| MI-04 | X | X | |
| MI-06 | X | X | |
| MT-01 | | | X |
| MT-03 | | | X |
| ND-01 | | | X |
| OR-01 | | X | X |
| OR-02 | | X | X |
| OR-04 | X | | X |
| OR-05 | X | | X |
| OR-06 | | X | X |
| UT-01 | X | | X |
| UT-03 | | X | X |
| WY-01 | | X | X |

***Information for internal use only; not for distribution. Data are preliminary and subject to change***

**CRT3 Meeting Minutes**
*Salmonella* Newport/Unknown/Jul 2020

| Meeting Title: | **Sysco Precall** |
|---|---|
| Date/Time: | 07/30/20, 11:00am ET |
| Facilitator: | CORE |
| Attendees: | ORA: 3W, SERCS, DDHAFO, PSN; CFSAN: OC, OFS, IAS, OAO, CORE; OC: OCC; CDC; CFIA, PHAC |

**Purpose:** To discuss talking points and identify speakers for the upcoming firm call with Sysco (b)(4) , TX).

**Items Discussed:**
**Agenda for Pre-call:**

- Roll Call
- General situational awareness updates
  - 8 subclusters supplied by Sysco. We've received records related to the Canadian traceback, but US records are still pending. Canada is planning on public communications.
  - 3W had a meeting with Sysco this morning to explain purpose of call and agenda. Explained 4 agencies. Discussion regarding public comms
  - Sysco has pushback and apprehension wanted to know if they would be named
  - Kari got a heads-up phone call from Sysco last night. Sysco felt like they only knew of one subcluster associated with Sysco.

- Proposed agenda
  - Introductions
  - Canadian outbreak investigation overview
    - i. PHAC epidemiology update
    - ii. CFIA regulatory update
  - US outbreak investigation overview
    - i. CDC epidemiology update
    - ii. FDA traceback update
  - Discussion regarding public communication

- Talking points
  - PHAC
    - i. 115 confirmed cases. Number of case clusters at restaurants and living facilities. Onions, tomatoes, leafy greens have been id'd as common food. Red Onions have been id'd as likely source. Red onions were supplied by Sysco, no similarities among other food items.
  - CFIA
    - i. May make formal recall request of product sent to Canada. Or at least an indication that it is in the works. If recall, then Sysco would be named publicly. (*OCC doesn't think it's an issue to name suppliers later because we are not naming sysco in our press release)

**CRT3 Meeting Minutes**

*Salmonella* Newport/Unknown/Jul 2020

- o CDC
  - i. 396 ill in 36 states. High proportion list onions. Will send slides. Red onion only item in common among subclusters. Outbreak is moving fast. Will issue CDC Food Safety Alert.
- o FDA
  - i. FDA is tracing 14 subclusters as a part of US investigation. Some did not receive product from sysco. Eight subclusters did received product from Sysco. Products Onion, Tomatoes, and Cilantro. Imperial Fresh brand onions 25# bag. We do have information pending for additional subclusters. Some subclusters may drop off or be added based on information we receive.
- o Communications
  - i. PHAC
    - i.1. In order to prevent further illness preparing to issue an advisory to not eat, sell, or use onions imported from the US.
  - ii. CFIA
    - ii.1. May have to have a food lines about the investigation is ongoing.
  - iii. CDC
    - iii.1.  Planning to follow Canada's advice around not eating, selling, using red onions from the US following Canada's advice
  - iv. FDA
    - iv.1.  Planning to put out outbreak advisory following Canada's advice. Investigation is ongoing.

- Anticipated questions from firm & federal responses
  - o (b) (5)

- Questions to Sysco
  - o Where are the onions grown/from for the timeframe of interest? Want to target any comms
  - o Inquire if onions distributed to Canada were also distributed in the US market
  - o How are onions held

- Identify speakers for the Firm Call
  - o Jane will facilitate the call
  - o FDA –
    - i. CORE – Evelyn Pereira, Corinne Newhart, Dr. Stic Harris
    - ii. Office of Food Safety – Mary Tijerina, Patricia Homola
    - iii. Office of Compliance – Thomas Kuntz
    - iv. Office of Chief Counsel – Alexandra Jabs
  - o CDC –
    - i. CDR Laura Gieraltowski, CDR Matt Wise, Lauren Stevenson
  - o PHAC –
    - i. April Hexemer

**CRT3 Meeting Minutes**

*Salmonella* Newport/Unknown/Jul 2020

- o CFIA –
    - i. Ken Marcynuk
- o Health Canada

**CRT3 Meeting Minutes**
*Salmonella* Newport/Unknown/Jul 2020

| Meeting Title: | **Sysco Firm Call** |
|---|---|
| Date/Time: | 07/30/20, 12:00pm ET |
| Facilitator: | CORE |
| Attendees: | CORE, OC, PSN, OCC, 3W, DDHAFO, OFS, OAO, CDC, CFIA, PHAC, Sysco |

**Purpose:** To discuss the ongoing outbreak investigation with Sysco (b)(4) ▨▨▨▨▨▨▨▨▨, TX).

**Items Discussed:**
1) Introductions
   a) Sysco
   b) FDA
   c) CDC
   d) PHAC
   e) CFIA
2) Canadian outbreak investigation overview
   a) PHAC epidemiology update
      a.i) Epi investigation id'd red onions as likely source. 80% report red onions expect 38% among population
      a.ii) Red onions were received from sysco facilities. Same commonalties were not noted for other food items.
   b) CFIA regulatory update
3) US outbreak investigation overview
   a) CDC epidemiology update
      a.i) Reviewed slides
   b) FDA traceback update
      b.i) Traceback investigation is ongoing. Tracing tomatoes, onions and cilantro. Tracing 14 subcluster. 6 did not get product from Sysco
4) Questions
   a) Has CFIA reached out to suppliers? Not yet. Did have some retail stores that some ill people purchased onions
      a.i) Sysco wants Canada to reach out to Onions 52 and thompson's international.
         (a.i.1)    FDA has reached out to Onions 52 on behalf of CFIA and got records late last night.
   b) Will sysco be named or will it be a more general warning
      b.i) Will id sysco independent operators and will say more may be named as investigation is ongoing. CFIA can share a draft with Sysco of comms
   c) Has sysco looked at onions 52 and thompson's international for the US cases?
      c.i) Onions 52 is coming up with some, but not all onion products (OR restaurant subclusters). All onions are grown and packed next to each other and in same sheds. Excluding subway, Onions52 is the main supplier
5) Discussion regarding public communication


(b) (5)

**CRT3 Meeting Minutes**
*Salmonella* Newport/Unknown/Jul 2020



**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion (Suspect)/Jul 2020

| Meeting Title: | **Onions 52 Precall** |
|---|---|
| Date/Time: | 07/30/20, 4:15pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: 3W, 4W SERCS, DDHAFO, PSN; CFSAN: OC, OFS, IAS, OAO, CORE; OC: OCC; CDC; CFIA, PHAC |

**Purpose:** To discuss talking points and identify speakers for the upcoming firm call with Onions 52 (Syracuse, UT).

**Items Discussed:**
**Agenda for Pre-call:**

- Roll Call
- General situational awareness updates
  o Onions 52 supplied onions to Sysco. Onions 52 sells Thompson and Hartley
  o Onions 52 reached out to ORA HAF3W, they heard from Sysco they needed to call DAL-DO about an outbreak. FDA has an interest in obtaining info from them. Asked about whole vs sliced and diced
  o CFIA needs to know how product is packaged and identified

- Proposed agenda
  o Introductions
  o Canadian outbreak investigation overview
    i. PHAC epidemiology update
       (b) (5)
    ii. CFIA regulatory update
       ii.1.
  o US outbreak investigation overview
    i. CDC epidemiology update
    ii. FDA traceback update
  o Discussion regarding public communication

- OC recalls will ask if the firm plans on taking any product actions at this time. 24 hours to respond to FDAs ask
  o CFIA reports the likely first shipment of interest was May 24.
  o Scoping back to the earliest illness onset date + some lag. Unless we have indication its all of their red onions in exp.
  o CDC's first illness onset is 6/19/20, Canada is 6/15/20

  o Communications
    i. PHAC
       i.1. Will issue public advisory this evening
    ii. CFIA
    iii. CDC

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion (Suspect)/Jul 2020

     iv.  FDA

        iv.1.  (b)(5)

- Anticipated questions from firm & federal responses
- Questions to Onions 52
  - Where were the onions grown that were supplied to the market between may and present
  - Comingling
  - Packaging
  - Who else they pack for
  - Ask about their business model
  - Exclusive suppliers or sell to others
  - 

- Identify speakers for the Firm Call
  - CORE will facilitate the call
  - FDA –
    - i. CORE – Evelyn Pereira, Doug Karas, Dr. Stic Harris
    - ii. Office of Food Safety – Mary Tijerina, Patricia Homola
    - iii. Office of Compliance – Kathy Darlington
    - iv. Office of Chief Counsel – Alexandra Jabs
  - CDC –
    - i. CDR Laura Gieraltowski, CDR Matt Wise, Lauren Stevenson
  - PHAC –
    - i. April Hexemer
  - CFIA –
    - i. Ken Marcynuk

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onions (Suspect)/Jul 2020

| Meeting Title: | **Onions 52 Firm Call** |
|---|---|
| Date/Time: | 07/30/20, 5:00pm ET |
| Facilitator: | CORE |
| Attendees: | CORE, OC, OCC, 3W, 4W, DDHAFO, OFS, OAO, OSPOP Recalls, IAS, CDC, CFIA, PHAC, Onions 52 |
| **Purpose:** To discuss the ongoing outbreak investigation with Onions 52. |||

**Items Discussed:**
1) Introductions
   a) Onions 52
   b) FDA
   c) CDC
   d) PHAC
   e) CFIA

2) Canadian outbreak investigation overview
   a) PHAC epidemiology update
      a.i) Epi investigation id'd red onions as likely source. 80% report red onions expect 38.5% among population
      a.ii) Red onions were received from Sysco facilities. The same commonalties were not noted for other food items.
      a.iii)   Grocery store purchases were not supplied by Sysco.
   b) Questions
      b.i) What grocery store chain? Most commonly reported Save-On-Food
      b.ii) What providence? More western providences, mostly BC
      b.iii)   Outbreak Providences? Shared case count by Providences
      b.iv)   Soby and Lablaw grocery stores have been reported

   c) CFIA regulatory update
      c.i) Still investigating
      c.ii) PHAC risk assessment says red onions sold through Sysco are a high risk so proceeding with class 1 recall tonight
   d) Questions
      d.i) Have you done testing? Strong epi evidence
      d.ii) How is it a class 1 risk? Salmonella in a ready to eat food or food eaten raw is a class 1 risk
      d.iii)   PHAC has been investigating last week. Cases were eating at restaurants where they were reporting burgers. Were perusing understanding toppings on burgers. It was determined that it was likely red onions.
      d.iv)   Processed onions? No, invoices indicate whole onions
      d.v) Testing? There are a few samples in the lab and not representative of all of the onions on the market. Don't always rely on direct product testing
      d.vi)   Stic explained outbreak investigation process

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red Onions (Suspect)/Jul 2020

3) US outbreak investigation overview
   a) CDC epidemiology update
      a.i) Reviewed slides
      a.ii) 396 ill in the US
      a.iii)   Explained restaurant subclusters – 22 illness sub cluster in the US (2-7 illnesses per cluster)
      a.iv)   Issuing a food safety alert tomorrow advising not to eat red onions
   b) Questions
      b.i) Was mostly in restaurants or at home/retail? Most of the subclusters are restaurant locations

   c) FDA traceback update
      c.i) Traceback investigation is ongoing. Tracing tomatoes, onions and cilantro. Tracing 14 subcluster. 6 did not get product from Sysco, but still working to ID their supply chain. 8 subclusters did receive onions from Sysco, 6 specifically received red onions. Onions 52 was identified as the common supplier to these sub clusters
      c.ii) Questions
         (c.ii.1)   Can onions carry salmonella?
         (c.ii.2)   Can they know the POSs? No, they will need to go to Sysco for this information
         (c.ii.3)   Has Sysco identified any supplier that was no onions 52? CFIA says only if there was (b) (4)
         (c.ii.4)   From 5/24- present (b) (4)                                and mostly from (b) (4)               onions up to 6/1. Since June they've been coming from Thompson in California
            (c.ii.4.a) Thompson sells to other accounts besides Sysco, mostly (b) (4)
               (c.ii.4.a.i)   First red onion shipped from CA
               (c.ii.4.a.ii)   Supplied wholesalers in (b) (4)
         (c.ii.5)   Overview of Onions 52 business model
            (c.ii.5.a) Grow, pack, and ship onions 52 weeks/year. Grow in Washington, ID, UT, OR, CA, NM
            (c.ii.5.b)   Sell to US and Canada
            (c.ii.5.c) Thompson - Grower/Shipper in CA. 30-day program ship out of facility and distribute to shed in Bakersfield. Ship Late may – early august. Have outside growers that grow in partnership. Thompson workers harvest product and cure in facility for several days/weeks before packing. Ship to North America through different vendors but mostly onions 52. Red, white, and yellow are grown in same field. Share same equipment. Swabbed and had product samples tested all results were negative
            (c.ii.5.d)   Did overhead watering with well and surface water this year
            (c.ii.5.e) No impacts from COVID
      c.iii)   Recall Ask

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onions (Suspect)/Jul 2020

(c.iii.1)   Swab tested packing lines and sent product sample of red, white, and yellow and watermelon. All were negative.

(c.iii.2)   Were onion samples from same fields of interest? From fields in CA

(c.iii.3)   The fields were completed several weeks ago that would have been the first onions have been gone for several weeks.

(c.iii.4)   How much is likely still on the market? Probably not much, summer onions do last

(c.iii.5)   FDA's ask will stay for a product action to get the product off the shelf

4)   Discussion regarding public communication



**CRT3 Meeting Minutes**
*Salmonella* Newport/Red Onion (suspect)/Jul 2020

| Meeting Title: | SPTC #1 |
|---|---|
| Date/Time: | 07/31/20, 7:00pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: HAF: 5W, DHAFO, PSN, ORS; CFSAN: OC, CORE; CDPH, CDFA |
| **Purpose:** To discuss assignment for Thompson International Inc. |||

**Items Discussed:**

1. Recall overview of what is expected
2. Comms overview
   a. CDC's isn't live yet
3. CORE Leadership – Situation Overview
   a. Concerned with lack of forthcomingness from the firm. Can we get boots on the ground sooner than next week.
4. Who is going out? FDA, CDPH, CA RRT
   a. Questions
      a.i. Water samples
         a.i.1. Sediment or filtration
      a.ii. Ask where the fields are
      a.iii. If and who can get out there this weekend
         a.iii.1. CDPH is behind the curve. Would need to get approval from mgmt. lab isn't prepared to take samples. Will not be able to get staff there this weekend
         a.iii.2. 5W – Can start with PSN and support maybe not to Wednesday. Mentioned that this could delay recall because company is working on limited staff.
            a.iii.2.a. Can offer support to PSN, but cant lead
            a.iii.2.b. POC
         a.iii.3. CDFA – can assist, but not lead
      a.iv. Env sampling, raw onion collection should be initial focus
      a.v. ORA/ORS will ID lab that can take samples
      a.vi. Assignment needs to be issued Sunday, early is better
      a.vii. Need eric brown and Rebecca bell
      a.viii. Contact mike Mahovic or Samir
      a.ix. Food contact surface sampling zone 1, 2, 3; water sampling of canal and reservoirs at fields
      a.x. If staff gets out there and cant do recall and env at same time
         a.x.1. Not our problem if they cant shadow sample us
      a.xi. CDFA and CDPH do not know who owns the canal. Will likely need to get permission to sample
         a.xi.1. CDFA will reach out to water district

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red Onion (suspect)/Jul 2020

| Meeting Title: | **Tactics #2** |
|---|---|
| Date/Time: | 07/31/20, 2:00pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: HAF: 1E, 2E, 5E, 6E, 1W, 2W, 3W, 4W, 5W, 6W, SERCs, DHAFO, PSN, ORS, OSPOP, LAO; CFSAN: OC, OFS, IAS, OAO, CORE; OCC, OEO; CDC; CFIA, PHAC; AK, CA, IL, IN, MD, MI, MN, MO, ND, NE, NY, OH, OR, TN, UT, VA, WA, WI, WV |

**Purpose:** To discuss proposed incident objectives and field activities to occur during the upcoming Operational Period. These incident objectives and activities will be reviewed to determine what has been accomplished to date and what additional work is needed.

**Items Discussed:**
- Collaborate with CDC to obtain epidemiologic information regarding any new cases, updates to exposure histories, and whole genome sequencing analyses.

  o 508 cases in 39 states

  o 6/19-7/19/20 onsets

- Collaborate with Canadian Food Inspection Agency and Public Health Agency of Canada to obtain updates to their epidemiologic information, product sampling results, and traceback investigation.

  o PHAC: 114 cases in 5 providences, 6/15-7/18 onset, 15 clusters

  o CFIA: Recall from sysco in western Canada. Sysco sells directly online to consumers in ON. Investigating process in Vancouver that imports from same company as sysco.

- Coordinate traceback activities and collaborate with investigational partners to evaluate additional clusters for potential traceback investigations.
  o Product flow diagram was reviewed
  o CDPH say (b)(4) leg is getting worse as they go further into it. FDA may remove it as a subcluster due to poor records
  o OR reports many cases shopping at (b)(4)
- Collaborate with Office of Regulatory Affairs Human and Animal Foods 1E (NWE-DO) to develop a traceback information request for Subway (b)(4) CT).
  o Received records. All locations appear to be 1 off exposure minus MI. Named (b)(4) farms as source for onions, not seeing it elsewhere. Sysco doesn't supply to all subways and those it does were specifically branded for subway.

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion (suspect)/Jul 2020

- Follow up with Office of Regulatory Affairs Human and Animal Foods 3W (DAL-DO) on eNSpect Assignment #167287 for record collection from Sysco (b)(4)        , TX).
  - Received records from Sysco. Still expecting some information. Sysco can provide records on the lots that were distributed
  - Held firm call with sysco yesterday, prior to Canada webpostings.
- Follow up with Office of Regulatory Affairs Human and Animal Foods 4W and 5W (DEN-DO, SAN-DO) and Office of Regulatory Affairs Produce Safety Network regarding potential assignment for an inspection and record collection at Thomson International Inc (Bakersfield, CA).
  - Thomson is packer and farm implicated in our investigation.
  - Intending to initiate a voluntary recall. Requesting epi summary and traceback summary to help them understand how they are tied to the outbreak. Will recall all varieties of onions shipped 5/26-present (all shipments out of Bakersfield location to sysco).
  - 1st shipment from (b) (4) onions was earlier, not going to recall these because didn't go to sysco and have (b) (4).
  - Want explanation on states/providences they don't ship product to MB, ME.
  - Have product in warehouse in Canada they want to test.
  - Inspection at Thomson.
    - PSN can coordinate per usual. Need to talk to SMEs to see if need to expand past secondary activities farm.
    - Mission critical designation – OC can coordinate it through Bill Correll.
    - Timing: sometime next week to get it pulled together
    - Collecting samples of recalled product.
      - OC says samples can be regulatory
      - Glen Bass wants more discussion before collecting samples.
      - OC recalls says they can be research samples.
  - CDPH asks about what Thomson is doing in the Bakersfield facility
    - 5W says ceasing operations and shipping activities
    - 5 fields in Bakersfield. Each field has different varieties of onions.
  - Firm indicated they have a very specific traceability program and can tie to variety of onions
- Represent FDA on CDC-facilitated States calls, the Canadian Outbreak Investigation Coordinating Committee call, and Industry calls.
  - Held industry call today with FDA, CDC, CFIA, PHAC letting industry know comms likely to come out
- Coordinate with federal, state, and local communications partners to ensure appropriate messaging is provided related to this investigation.

  - CORE is preparing to issue web post. In clearance now.

  - CDC is working on getting investigation notice updated today. Want recall notice, but if recall isn't done today they will go out with broader advice.

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red Onion (suspect)/Jul 2020

- o   PHAC no plans

- o   CFIA might issue additional recall warning updates if new recalls

- o   States: CA – no press, OR likely to issue press.

- Disseminate incident related information to FDA stakeholders and facilitate the sharing of incident related information across partner agencies through FoodSHIELD
*Salmonella* Newport/Red Onion (suspect)/Jul 2020

- Solicit recommendations from investigation partners related to process improvements, food safety and preventive controls, research opportunities, and education/training.

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion/Jul 2020

| Meeting Title: | SPTC #2 |
|---|---|
| Date/Time: | 08/14/20, 12:00pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: DHAFO, PSN; CFSAN: OC, OFS, CORE |

**Purpose:** Discuss observations identified during the Thomson International Inc Root Cause Investigation.

**Items Discussed:**

1. PSN Update from Thomson International, Inc.
   a. Concerns:
      i. Buildings not fully enclosed to protect from animals soiling equipment
      ii. Inadequate measures against pest control (cat, pigeons, scat) and for equipment cleaning
      iii. Multiple SOPs contradict (no record of training of employees) and lack of coordination within organization
   b. Water samples (pending results)
2. Produce Safety Rule
   a. Discussed Forms 4056 and 484
   b. Verbal vs. written issuance
3. Review documents and edit
   a.

   b.

4. Questions
   A. (b) (4) Onion tail water usage
      i.
      ii. Investigating water event's relation to onion contamination
      iii. Field harvested onions in (b) (4)
      iv. Shipments in traceback show harvest date (b) (4)     Rationale: Can't rule out contamination by timing.

   B. Sanitation Records
      i. Records must reflect reality
   C. Was fertilizer with poultry pellets used? No
   D. What prompted the usage of sanitizer in the water?
      i. Firm uses (b) (4)
         (b) (4)
      ii. No direct usage of sanitizer in the water
   E. Are chemicals being used according with the label? Not confirmed
   F. Water Treatment complying with EPA rule
      i. Not FDA jurisdiction but water treatment has to be used according to the label

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion/Jul 2020

    G.  Harvest measures
- i.  Either mechanical or by hand
- ii.  PSN will summarize harvesting observations and share with group

5.  Assignment responses
- A.  PSN will follow-up in writing once organized
- B.  Issue assignments to Holtville
  - i.  Red onions grown at Holtville were packed in Bakersfield or other packing facility
  - ii.  Planning to issue new assignment for Holtville (draft assignment based on previous Bakersfield assignment)
  - iii.  Volunteers will be contacted about forming groups to investigate Holtville. Due to COVID conditions, working with volunteers on outbreaks back to back (Cyclospora then S. Newport).

6.  Next Steps:
- A.  PSN will schedule another call to follow up on questions and recommendations

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion (suspect)/Jul 2020

| Meeting Title: | **Tactics #3** |
|---|---|
| Date/Time: | 08/07/2020, 2:00pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: HAF: 1E, 2E, 5E, 6E, 1W, 2W, 4W, 5W, 6W, SERCs, DHAFO, PSN, ORS, OSPOP, LAO; OCI; CFSAN: OC, OFS, OAO, CORE; OCC, OEO; CDC; FSIS; CFIA, PHAC; AZ, CA, IL, IA, MI, MN, MO, ND, NY, OR, TN, UT, VA, WA, WI, WV |

**Purpose:** To discuss proposed incident objectives and field activities to occur during the upcoming Operational Period. These incident objectives and activities will be reviewed to determine what has been accomplished to date and what additional work is needed.

**Items Discussed:**
- Collaborate with CDC to obtain epidemiologic information regarding any new cases, updates to exposure histories, and whole genome sequencing analyses.

  o 701 cases in 46 states (around 40 uploads per day)

  o 6/19-7/19/20 onset dates

  o White, Yellow, Red onion types

- Collaborate with Canadian Food Inspection Agency and Public Health Agency of Canada to obtain updates to their epidemiologic information, product sampling results, and traceback investigation.

  o PHAC: 239 cases in 7 providences, 6/15-7/22 onset dates, 29 hospitalized, 0 deaths, Red Onion continuously reported

  o CFIA: Recall updates. Working through secondary products and anticipate more products under recall. Samples from senior living facilities have been undetected for Salmonella (pending more results).

- Coordinate traceback activities and collaborate with investigational partners to evaluate additional clusters for potential traceback investigations.

  o Traceback diagram was reviewed
  o Noted (b)(4) grows berries, not onions
  o One field cannot supply majority of US and Canada but packing house could be the commonality
  o Investigate (b)(4) ' relationship with Onions 52

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion (suspect)/Jul 2020

- o Michigan cluster of yellow onions being reported (requesting additional information from Thomson International)
- o Monitoring CDPH's Traceback leg
- o Possible onion shortage's linkage to increased export of onions to Central America
- o OR didn't receive samples from (b)(4) of interest
- Follow up with Office of Regulatory Affairs Human and Animal Foods 3W (DAL-DO) on eNSpect Assignment #167287 for record collection from Sysco (b)(4) , TX).

- Follow up with Office of Regulatory Affairs Human and Animal Foods 5W (SAN-DO) and Office of Regulatory Affairs Produce Safety Network regarding assignments FACTS #12055268 and FACTS #12055297 for Root Cause Investigation and record collection at Thomson International Inc (Bakersfield, CA).
  - o Team 1
    - Collected environmental samples (2). Negative results
    - Noted animal activity within and around the packing facilities
  - o Team 2
    - Revisited same locations as Team 1
    - Noted sanitation concerns
    - Reviewed (b) (4) connection
    - SOPs didn't correlate with packing facility protocol
    - Collected onion samples (pending results)
    - Teams 2A & 2B formed to inspect fields, growing practices, water usage
  - o Scat samples appear to be mammalian
  - o Packing lines (b) (4)

- Follow up with Office of Regulatory Affairs Office of Regulatory Science regarding samples #1145760, #1145761, and #1141449.
  - o Lab samples are pending results

- Coordinate with federal, state, and local communications partners to ensure appropriate messaging is provided related to this investigation.

  - o CORE updated case counts and included additional recalls

  - o CDC updated outbreak notices with additional recalls and locations

  - o PHAC will be updating Public Health Notice

  - o CFIA: no plan

  - o States: no plan

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion (suspect)/Jul 2020

- Represent FDA on CDC-facilitated States calls, the Canadian Outbreak Investigation Coordinating Committee call, and Industry calls.

- Disseminate incident related information to FDA stakeholders and facilitate the sharing of incident related information across partner agencies through FoodSHIELD *Salmonella Newport/Red Onion (suspect)/Jul 2020*

- Solicit recommendations from investigation partners related to process improvements, food safety and preventive controls, research opportunities, and education/training. https://www.surveymonkey.com/r/NXRRM2Q

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

| Meeting Title: | **Tactics #4** |
|---|---|
| **Date/Time:** | 08/14/2020, 2:00pm ET |
| **Facilitator:** | CORE |
| **Attendees:** | ORA: HAF: 1E, 2E, 5E, 6E, 1W, 3W, 4W, 5W, 6W, SERCs, DHAFO, PSN, DIO, ORS, OSPOP, OCI; CFSAN: OC, OFS, OAO, CORE; OEO; CDC; FSIS; CFIA, PHAC; AZ, IL, MI, MN, MT, ND, OR, PA, TN, UT, WA, WI, WV |

**Purpose:** To discuss proposed incident objectives and field activities to occur during the upcoming Operational Period. These incident objectives and activities will be reviewed to determine what has been accomplished to date and what additional work is needed.

**Items Discussed:**
- Collaborate with CDC to obtain epidemiologic information regarding any new cases, updates to exposure histories, and whole genome sequencing analyses.

  o 850 cases from 47 states

  o 06/19-07/26/20 onset dates

  o 108/133 confirmed onion exposures

  o From questionnaire, majority report eating multiple types on onions

  o 26 subclusters

- Collaborate with Canadian Food Inspection Agency and Public Health Agency of Canada to obtain updates to their epidemiologic information, product sampling results, and traceback investigation.

  o 339 cases in 7 provinces, majority in Western Canada

  o 06/15/-07/2/20 onset dates

  o 07/27/20 isolation date

  o 133/154 report red onion exposure in restaurants and grocery store

  o Updating Public Health Notice to reflect case count

  A. CFIA

    i. Post recalls for secondary products (for example, fresh salsa)

    ii. Identify fields associated with Thomson International? → Field-level traceback not available

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red onion/Jul 2020

iii.   *(b) (4)*   Subway traced back (Subway *(b) (4)* )

- Coordinate traceback activities and collaborate with investigational partners to evaluate additional clusters for potential traceback investigations.
  - o   Added *(b) (4)* to diagram
  - o   Additional clusters?
    - ▪   MI → working to investigate cluster in *(b) (4)* White and yellow onions reported. Will conduct record collection.
  - o   *(b) (4)* background and connection to traceback (PSN will contact investigation team to follow up)
- Follow up with Office of Regulatory Affairs Human and Animal Foods 6E (CHI-DO) regarding an assignment for record collection from *(b)(4)* , IL).
  - o   Continue attempts for collection via phone and email
  - o   Once received, update traceback diagram as needed
- Follow up with Office of Regulatory Affairs Human and Animal Foods 5W (SAN-DO) and Office of Regulatory Affairs Produce Safety Network regarding assignment FACTS #12055297 for Root Cause Investigation and record collection at Thomson International Inc (Bakersfield, CA).
  - o   Evaluating records
  - o   Deciding on determinations in either written or verbal
  - o   Concerns for pest, employee training, and sanitation
  - o   Holtville investigation pending since it's confirmed that onions grown in Holtville were packed/processed at Bakersville packing facility and shipped to customers
  - o   Will share assignment with SMEs but will be using template for Bakersfield's assignment
- Follow up with Office of Regulatory Affairs Office of Regulatory Science regarding samples #1145623, #1145624.
  - o   Pending results
  - o   No validated method for Salmonella filtration analyses
  - o   Suggest better way to collect water samples in future
- A.   Thoughts on the need for more onion samples?

  - o   Office of Compliance - interested in sampling as many onions as possible from the implicated timeframe and/or recall

  - o   Produce Safety Network - investigators sampled all lots of onions available in Bakersfield

  - o   Considering Sysco onions previously collected or other onions to use for more sampling

- Coordinate with federal, state, and local communications partners to ensure appropriate messaging is provided related to this investigation.

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red onion/Jul 2020

- o CORE:

    - ▪ Monitoring downstream recalls.

    - ▪ Notices updated yesterday with secondary products affected by recall.

    - ▪ Major recalls page released to post downstream recalls

- o CDC: updated posts and case count update will be next week.

- o CDPH: no updates

- o CFIA: no updates

- o States: no updates

- Represent FDA on CDC-facilitated States calls, the Canadian Outbreak Investigation Coordinating Committee call, and Industry calls.
    - o CDC- no plans
- Disseminate incident related information to FDA stakeholders and facilitate the sharing of incident related information across partner agencies through FoodSHIELD *Salmonella Newport/Red Onion/Jul 2020*

- Solicit recommendations from investigation partners related to process improvements, food safety and preventive controls, research opportunities, and education/training. https://www.surveymonkey.com/r/NXRRM2Q

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion/Jul 2020

| Meeting Title: | **SPTC #5** |
|---|---|
| **Date/Time:** | 09/10/20, 12:00pm ET |
| **Facilitator:** | CORE |
| **Attendees:** | ORA: ORS; CFSAN: ORS, CORE |

| **Purpose:** Discuss laboratory methodology used to analyze the samples collected as part of the outbreak. |
|---|

**Items Discussed:**

1. Overview of samples
   a) Sampling assignments sent as part of investigations
   b) 26 samples collected from Thomson Intl. Bakersfield (all negative)
   c) 25 samples collected from Thomson Intl. Holtville (10 positive for Salmonella but WGS pending)
   d) 52 product samples collected from distribution centers (all negative)

2. ORA ORS
   a) Onion samples analyzed with Trypticase Soy Broth (TSB)
   b) Environmental samples
      a.i. Lactose Broth (LB) was used for environmental samples (sampling recommendations were changed)
      a.ii. Sediment and water samples were spiked
      a.iii. Mix of 2004.03 and 2011.03 methods with swab type samples
      a.iv. Mix of spiked samples with the VIDAS method
   c) Scat samples
      a.i. Scat samples were spiked

3. CFSAN ORS
   a) Onion samples
      i. Inhibitory test on Salmonella growth
      ii. Found Trypticase Soy Broth (TSB) worked well
   b) Environmental samples
   c) Scat samples

4. Methodology
   a) Sampling guidance was changed amidst analyses
   b) Discussed ways to document changes/recommendations via Sharepoint, etc..
   c) Ensure offices are operating from the most recent guidance
   d) Advised to separate assignments from methodologies
   e) CFSAN ORS would like feedback from analysts to improve effectiveness

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red Onion/Jul 2020

    f)  Supported open lines of communication between ORA ORS and CFSAN ORS for best practices

5.  Updates for remaining isolates

    a)  8 isolates from 754 sample pending WGS

    b)  31 isolates from 755 sample pending WGS

    c)  For the 4 positive samples, WGS should be confirmed next week

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

| Meeting Title: | **Tactics #5** |
|---|---|
| Date/Time: | 08/25/2020, 12:00pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: HAF: 1E, 2E, 4E, 1W, 2W, 3W, 4W, 5W, 6W, DHAFO, PSN, DIO, ORS, OSPOP, ORA OE, LAO, OCI; CFSAN: OC, OFS, OAO, OOA, ORS, DPS, OCC, OEO, CORE; CDC; FSIS; CFIA, PHAC; IL, MD, MN, MT, ND, OR, UT, WA, WI, WV |

**Purpose:** To discuss proposed incident objectives and field activities to occur during the upcoming Operational Period. These incident objectives and activities will be reviewed to determine what has been accomplished to date and what additional work is needed.

**Items Discussed:**

- Collaborate with CDC to obtain epidemiologic information regarding any new cases, updates to exposure histories, and whole genome sequencing analyses.

  o 993 cases from 47 states, onset dates 06/19 - 08/3/20 (investigating one case with 08/14/20 onset date)

  o Decline in reports of cases

  o Cases are related 0-6 alleles by cgMLST

  o Analyzed 300 responses to questionnaire (80% identified onions)

  o 34 sub clusters (31 from restaurants, 3 from grocery stores)

- Collaborate with Canadian Food Inspection Agency and Public Health Agency of Canada to obtain updates to their epidemiologic information, product sampling results, and traceback investigation.

  A. CFIA

     ▪ Cases appear to be slowing down

     ▪ No updates

     ▪ No food safety warnings updated recently

     ▪ Observing possible exposures

  B. PHAC

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

- 395 cases, latest onset date is 08/07/20, most exposures are from restaurants or living facilities

- Updated public health notice, decline in confirmed cases

- 1 sample of recalled onion (0nions 52 from Costco) pending analysis

- Next meeting is on Thursday

- Coordinate traceback activities and collaborate with investigational partners to evaluate additional clusters for potential traceback investigations.

- Follow up with Office of Regulatory Affairs Human and Animal Foods 5W (SAN-DO) and Office of Regulatory Affairs Produce Safety Network regarding assignment FACTS #12055297 for investigation and record collection at Thomson International Inc (Bakersfield, CA).
  - Preparing to do close out on Wednesday or Thursday of this week at Bakersfield. Finalizing details for the close out meeting

- Coordinate with Office of Regulatory Affairs Human and Animal Foods 5W (SAN-DO/LOS-DO) and Office of Regulatory Affairs Produce Safety Network regarding an assignment for Root Cause Investigation at Thomson International, Inc. (Holtville, CA).
  - Completed environmental sampling of cooling area
  - Visited Pepper 22A field for sprinkler
  - Completed ultra-filtration sample
  - Provided firm with a 484
  - No more sampling locations to visit and no more samples to acquire
  - One sample # was duplicated because of how it was keyed in the system. Corrections are pending
  - Any issues the investigators obviously noted? No, not to their understanding

- Follow up with Office of Regulatory Affairs Human and Animal Foods 4W (DEN-DO) and 1E (NYK-DO) regarding sample collection assignments FACTS# 12061017 and FACTS# 12061168 at Sysco (b)(4)                    , UT) and Sysco (b)(4)         , NY).
  - A. DEN-DO
    - Sampling team is collecting 6 samples from 3 remaining item numbers. Issue 484 and close out afterwards
  - B. NYK-DO
    - Plan on collecting 16 samples for submission
  - Ability to use 702b portions depends on if sample is perishable. Can the lab convert 702b portions to samples? Response pending
  - Offices will work together on perishability of onions and legal usage of 702b portions

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red onion/Jul 2020

- o Who's responsible for reporting results from 702b samples? Who to report to (Thomson, Sysco, or both)? Will follow up

- Follow up with Office of Regulatory Affairs Office of Regulatory Science and Center for Food Safety and Applied Nutrition Office of Regulatory Science regarding presumptive and pending samples.
  - o Original ultra-filtration samples did not arrive in expected timeframe and were potentially compromised while sitting at elevated temperatures. Samples are being processed
  - o Best case scenario, presumptive positive samples will be confirmed on Friday. Results from WGS will be ready on Monday with the latest being Tuesday. No updates on other pending samples.
  - o Some onions at Holtville were not subject to the recall (harvest dates were before Bakersfield). Only fresh harvested bulb onions (none are frozen) are of concern.

- Coordinate with federal, state, and local communications partners to ensure appropriate messaging is provided related to this investigation.
  - o If lab results are positive, communication strategy will change

- Represent FDA on CDC-facilitated States calls, the Canadian Outbreak Investigation Coordinating Committee call, and Industry calls.

- Disseminate incident related information to FDA stakeholders and facilitate the sharing of incident related information across partner agencies through FoodSHIELD *Salmonella Newport/Red Onion/Jul 2020*

- Solicit recommendations from investigation partners related to process improvements, food safety and preventive controls, research opportunities, and education/training.
https://www.surveymonkey.com/r/NXRRM2Q

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

| Meeting Title: | Tactics #6 |
|---|---|
| Date/Time: | 09/01/2020, 12:00pm ET |
| Facilitator: | CORE |
| Attendees: | ORA: HAF: 1E, 2E, 4E, 5E, 3W, 4W, 5W, 6W, OHAFO, DHAFO, PSN, DIO, ORS, LAO, OCI; CFSAN: OC, OFS, IAS, OAO, ORS, DPS, OCC, OEO, CORE; CDC; FSIS: CFIA, PHAC; CA, IA, IL, IN, KS, MD, MI, MN, MT, OR, UT, VA, WI |

**Purpose:** To discuss proposed incident objectives and field activities to occur during the upcoming Operational Period. These incident objectives and activities will be reviewed to determine what has been accomplished to date and what additional work is needed.

**Items Discussed:**

- Collaborate with CDC to obtain epidemiologic information regarding any new cases, updates to exposure histories, and whole genome sequencing analyses.

  o 1,023 cases from 47 states

  o 7 new additions over weekend

  o 08/18/20 is the latest isolation date

  o 06/19-08/03/20 onset dates

  o 0-6 cgMLST

  o 34 sub clusters from 13 states

- Collaborate with Canadian Food Inspection Agency and Public Health Agency of Canada to obtain updates to their epidemiologic information, product sampling results, and traceback investigation.

  o CFIA

    ▪ No updates and completed traceback

  o PHAC

    ▪ 457 confirmed cases

    ▪ 7 provinces (majority in Alberta)

    ▪ 08/11/20 is the latest isolation date

    ▪ 2 reported deaths (one case is confirmed to not be linked to Salmonella outbreak and one case's cause of death is unknown)

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

- Identified many links to Thomson International, Inc. onions

- Coordinate with Office of Regulatory Affairs Human and Animal Foods 5W (SAN-DO/LOS-DO) and Office of Regulatory Affairs Produce Safety Network regarding assignment FACTS# 12060391 for an investigation at Thomson International, Inc. (Holtville, CA).
  - No updates
  - Working on reports and will share with CORE once complete
  - Thomson investigation in Holtville, CA closed on 08/24/20
  - Thomson investigation in Bakersfield, CA closed on 08/27/20
- Follow up with Office of Regulatory Affairs Office of Regulatory Science and Center for Food Safety and Applied Nutrition Office of Regulatory Science and Office of Analytics and Outreach regarding presumptive and pending sample results and WGS analysis.
  - In total, 113 samples collected
  - CFSAN ORS
    - 2 Ultrafiltration samples are Salmonella positive (pending WGS), 5 Ultrafiltration samples are pending confirmation
  - ORA ORS
    - Product samples are pending completion.
    - From environmental samples (sediment, water, etc..), positive for Salmonella and several isolates submitted for WGS (6 do not match clinical outbreak)
    - 1 scat sample is pending confirmation
    - 20 samples pending WGS
  - Office of Analytics and Outreach
    - Waiting for one sample to be re-sequenced
  - Division of Produce Safety
    - Shared and discussed field map
    - Red onions were grown in lower half of Pepper 22A field and yellow onions were grown in upper half of Pepper 22A field
    - Yellow dots represent where sediment samples were collected
    - White dots represent where CRO, pending, or negative samples were collected
    - Holtville Eight Drain flows water from south to west to north. Provides drainage for 8 eight blocks, snaking through valley, collecting from production fields
    - Pepper Lateral flows irrigation water from east to west
    - Cattle farm that appears in compromising condition is nearby a drain of interest
    - Area is dry (no rain since February of this year). Average temperatures range 110-120° Fahrenheit
    - Elementary school and Hay Forage Site are north of fields
  - For Holtville, onions planted in October were harvested in May of this year
  - Office of Compliance: planning internal call to strategize plan
- Coordinate with federal, state, and local communications partners to ensure appropriate messaging is provided related to this investigation.

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

- o   FDA plans to update case counts
- o   CDC plans to update case counts
- o   CAN updated case counts yesterday
- Represent FDA on CDC-facilitated States calls, the Canadian Outbreak Investigation Coordinating Committee call, and Industry calls.
    - o   No plans
- Disseminate incident related information to FDA stakeholders and facilitate the sharing of incident related information across partner agencies through FoodSHIELD *Salmonella Newport/Red Onion/Jul 2020*

- Solicit recommendations from investigation partners related to process improvements, food safety and preventive controls, research opportunities, and education/training. https://www.surveymonkey.com/r/NXRRM2Q

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

| Meeting Title: | **Tactics #7** |
|---|---|
| **Date/Time:** | 09/11/2020, 12:00pm ET |
| **Facilitator:** | CORE |
| **Attendees:** | ORA: HAF: 1E, 2E, 4E, 5E, 1W, 2W, 6W, OHAFO, DHAFO, PSN, ORS, CFSAN: OC, OFS, IAS, ORS, DPS, OCD, OCC, OEO, CORE; CDC; FSIS; CFIA, PHAC; CA, IL, MD, MI, MN, MT, NY, OR, UT, VA, WI |

**Purpose:** To discuss proposed incident objectives and field activities to occur during the upcoming Operational Period. These incident objectives and activities will be reviewed to determine what has been accomplished to date and what additional work is needed.

**Items Discussed:**
- Collaborate with CDC to obtain epidemiologic information regarding any new cases, updates to exposure histories, and whole genome sequencing analyses.

  - 1,095 cases in 48 states

  - 06/20/20 - 08/25/20 onset dates

  - Related by 0-6 alleles cgMLST

  - From questionnaires, 66% reported red onions

  - No timeline on outbreak slowing down

- Collaborate with Public Health Agency of Canada to obtain updates to their epidemiologic information.

  - PHAC

    - 506 cases

    - Outbreak is slowing down

    - 08/16/20 is latest onset date

    - Long reporting delay

  - CFIA

    - No updates

**CRT3 Meeting Minutes**
*Salmonella* Newport/Red onion/Jul 2020

- Follow up with Office of Regulatory Affairs Office of Regulatory Science and Center for Food Safety and Applied Nutrition Office of Regulatory Science and Office of Analytics and Outreach regarding presumptive and pending sample results and WGS analysis.
    - WGS for water samples (multiple serotypes, with Newport being one of them) should be confirmed next week
    - WGS for 1 scat sample should be confirmed early next week

- Follow up with Center for Food Safety and Applied Nutrition Office of Food Safety, Office of Compliance, Office of Regulatory Affairs Produce Safety Network regarding an investigation at Thomson International, Inc. (Bakersfield, CA).

    - Requested need for more sample collection as part of ongoing concern

    - Collaboration between Office of Compliance and Office of Food Safety

    - Samples collected will be regulatory

    - CFSAN Office of Compliance will issue assignment

    - ORA Produce Safety Network will receive support for ultrafiltration water samples next week

    - Samples are expected to arrive at CFSAN Office of Regulatory Science

    - Currently, scope of assignment is incomplete

    - Division of Produce Safety discussion of map

        - Focused on sediment sample collection (interested in 10 UF water samples)

        - Plans for water collection also

        - Relationship between retention basin, etc..

        - Soil samples weren't collected. Water, sediment, product, and scat samples were collected

        - 1 scat sample appeared as Poly D, indicating that it is most likely not S. Newport

        - Discussed "Sep 2020 Suggested Environmental Sample Collection" document

        - Desire for water samples from (b) (4) to be re-done

**CRT3 Meeting Minutes**

*Salmonella* Newport/Red onion/Jul 2020

- ▪ Nearby (b) (4) is being noted for potential relationship

  o Product from Holtville went through Bakersfield facility

  o If positive match to outbreak strain in Holtville, suggested to not go to Bakersfield. This would not explain outbreak. Not all lots of interest, etc.. received product from Holtville

  o Possible to (b) (5) ? Agreed but will follow-up with leadership. Will mobilize as if starting on Tuesday to avoid last minute haste.

  o Ensured CA still has people available to help.


- Coordinate with federal, state, and local communications partners to ensure appropriate messaging is provided related to this investigation.

  o No updates


- Disseminate incident related information to FDA stakeholders and facilitate the sharing of incident related information across partner agencies through FoodSHIELD *Salmonella Newport/Red Onion/Jul 2020*


- Solicit recommendations from investigation partners related to process improvements, food safety and preventive controls, research opportunities, and education/training. https://www.surveymonkey.com/r/NXRRM2Q

# *Salmonella* Newport Outbreak associated with red onions - BC, AB, SK, MB, ON, QC, PEI, USA – 2020-151

Updated: August 5, 2020

(FOUO) For Official Use Only

(b)(4)

(b)(4)

(b)(4)



- Onions 52 has sales arrangement with Thomson International, Bakersfield, CA
HQ Syracuse

Thomson International Inc.

Thomson sells directly to BC and MB – MB product not distributed

Thomson sells bulk of onions to Onions 52. Cross docking occurs in Hartley Produce in Washington (TBC). This product goes all over the US via Sysco and independent retailers and into Canada via Sysco and others

# Thomson Farms

- Fields based out of Bakersfield  CA area

- Common processing, storage, packing out of Bakersfield CA.

- 30 day onion program on field

- Shipping from end of May through August (First Canadian onset associated with May 24th distributed product)

- Use outside growers in near-by fields as well as their own fields

- Harvest is done by one Thomson crew



Thompson Farm, CA

Onions 52

(b)(4)

Fresh Point

(b) (4)

(b)(4)

(b) (4)

**LEGEND**

Cases details* where red onion was reported

Cases details* where red onion was not reported, but appeared on records and was most likely consumed

* BC ID (PHAC ID), "x2" indicates this individual reported more than one red onion exposure and appears more than once in this diagram

Indicates new information for OMD pulled from Fresh Point records or EHO records

<u>Tuesday, August 11:</u>
- No samples were collected.
- Information collected on Tuesday, August 11 provided further evidence that Thomson does not have adequate knowledge or control over their operation
    - They have 15 total employees; nearly all work is performed by contract labor crews or 3rd parties
    - They rely heavily on paperwork and documentation provided by their outside contractors
        - While reviewing documentation (newly discovered on Tuesday, August 11) the investigation team observed 6 post-dated "Well Head Inspection Checklists" and requested copies of all of these forms from 2019 to present (noting the dates of post dated documents prior the request). The copies and originals returned did not include the post dated documents.
        - While reviewing field and ranch risk assessment forms, the team consistently observed the exact same descriptions copy and pasted to describe different ranches
            - For example, Thomson's only Bakersfield ranch with 3 well-heads is Ranch 3. However, nearly all ranches were listed as having 3 well-heads on site on Thomson risk assessment documents. These descriptions were written in paragraph form and it was exactly the same from one document to the next
- The investigation team came across a PrimusGFS audit report (they believe it was dated around April, 01, 2020). However, once they saw it, Mr. Thomson (politely) took the report from the team and said it was only for internal review. The team was interested in this report, as a lot of SOPs seemed to be dated directly before that Primus audit. As mentioned previously, the team has concerns about the SOPs being followed, so this is part of what the team is still reviewing/evaluating (see "Next Steps (internal)" section, below).

<u>Pending Information from the team:</u>
I posed the following back to the team, and will let you know as soon as I have the information.
    - Additional request from CRT3 (see attached e-mail).
    - From CRT3: "Pepper 22 is in Holtville and covers many of the earlier shipments with some later ones mixed in. If this is not accessible during this assignment, <u>we would need to know if any product from there (Holtville) was processed in Bakersfield or if equipment was shared, etc.</u>"
        - Once we have this intel from the investigators, we'll need to discuss with CRT3 and SMEs whether an investigation in Holtville is needed. If it is, ORA PSN will start that process of trying to get volunteers for that assignment.
        - Per records the team reviewed, the ranches in Holtville have access to and occasionally use surface water for irrigation.

<u>Next steps (internal):</u>





# Salmonella Newport/Red Onion (suspect) Jul 2020

Pepper 22a

**Classification:** Farm



Pepper 22a

Source: Esri, Maxar, GeoEye, Earthstar Geographic, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community, Esri, HERE, Garmin, (c) OpenStreetMap contributors, and the GIS user community, USGS TNM – National Hydrography Dataset. Data Refreshed July, 2020.



0    0.07   0.15        0.3 Miles

(FOUO) For Official Use Only

N

***FDA Office of Emergency Management***
***Geographic Information Systems***

2020-Nov-03

For FDA Use Only | Created on 07 August 2020 by Ahmed Askar | Sources: CFSAN CORE

***Salmonella* Newport/Red onion/Jul 2020**
**Traceback Investigation Summary**
**EON 371142**

**For internal FDA use only. This summary contains confidential, commercial information and may not be released outside FDA without appropriate redaction.**

**Traceback Abstract**
A regulatory traceback was initiated for four legs at ten points-of-service (POS) in response to an outbreak of *Salmonella* Newport illnesses. As of 10/08/2020, there were 1,132 culture-confirmed illnesses in 48 states [AK (25), AL (2), AR (2), AZ (39), CA (128), CO (32), CT (2), DE (2), FL (8), GA (11), HI (3), ID (43), IL (54), IN (4), IA (31), KS (3), KY (3), ME (6), MA (2), MD (7), MI (47), MN (19), MO (11), MS (5), MT (72), NC (6), ND (9), NE (10), NH (1), NJ (12), NM (3), NV (14), NY (14), OH (11), OK (1), OR (110), PA (27), RI (3), SC (1), SD (24), TN (7), TX (2), UT (115), VA (10), WA (150), WI (11), WV (3), WY (27)]. CDC identified red onions as the vehicle of interest. Reported onset dates ranged from 06/19/2020 to 09/11/2020.

Four traceback legs representing 26 cases were initiated on 07/21/2020. Factors used in identifying "best cases" were: more than one case at a single POS with exposures to red onions. Case patients included in the traceback investigation had known meal/exposure dates which ranged from 06/19/2020 to 07/15/2020. The timeframe of interest for record collection was identified as two weeks at POS for known meal dates and three weeks for onset dates.

The four traceback legs converged on Thomson International Inc. LLC (Bakersfield, CA).

A summary of each traceback leg, including data analysis discussion, follows:

**Traceback Leg 1 (Sysco Montana POS Leg)**

Points-of Service:



- Thomson International Inc. LLC; 11220 S. Vineland Rd., Bakersfield, CA 93307-9489

(FOUO) For Official Use Only                                                                                              2020-Nov-03

(b) (4)

This restaurant is located at (b) (4) . There were two lab-confirmed cases associated with this POS with meal dates of 06/19/2020 or 06/20/2020 and 06/25/2020 or 06/26/2020. The case with the earlier meal date reported eating a nacho meal. The case with the later meal date also reported eating a nacho meal and the case's friend reportedly ate a burger and shared the nachos before becoming ill with diarrhea (unconfirmed case). (b) (4)

FDA Human and Animal Foods Division 6 West (Seattle District Office) worked with the Montana Department of Agriculture to collect records and information from the restaurant. FDA Human and Animal Foods Division 6 East (Chicago District Office) collected records related to this restaurant from US Foods Inc (Rosemont, IL) as a part of eNSpect assignment # 170684. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this restaurant from Sysco (b)(4) , TX) as a part of eNSpect assignment # 167287.

(b) (4) received red onions from their distributors (b)(4) , MT) and (b)(4) , IL).

FROM: (b)(4)

Product Description: ONION RED JMBO BOX

| Shipment Date | Invoice # | Qty |
|---|---|---|
| (b) (4) | | |

FROM: (b) (4)

Product Description: 1/10# PACKER ONIONS RED JMBO

| Invoice Date | Invoice # | Qty |
|---|---|---|
| (b) (4) | | |

The bolded lots above were implicated because they would have been available at the restaurant within three weeks of the case patients' illness onset dates.

(b) (4)

This restaurant is located at (b) (4) . There were two lab-confirmed cases associated with this POS with illness onset dates of 06/25/2020 and 06/26/2020. The case with the earlier onset date reported yes to eating red and white onions. The case with the later onset date reported maybe to eating onions.

(FOUO) For Official Use Only                                                                     2020-Nov-03

FDA Human and Animal Foods Division 1 West (Minneapolis District Office) worked with the North Dakota Department of Health to collect records and information from the restaurant. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this restaurant from Sysco (b) (4) as a part of eNSpect assignment # 167287.

(b) (4) received red onions from their distributor (b)(4)
(b) (4)

FROM: (b)(4)
Product Description: 25 LB IMPFRSH ONION RED JMBO FRSH BOX

| Invoice Delivery Date | Invoice # | Qty |
| --- | --- | --- |



The bolded lots above were implicated because they would have been available at the restaurant within three weeks of the case patients' illness onset dates.

(b) (4)

This restaurant is located at (b) (4) . There were two lab-confirmed cases, and a third unconfirmed case, associated with this POS with meal dates of 06/21/2020, between 06/19/2020 and 06/26/2020, and between 06/24/2020 and 07/01/2020. One confirmed case with an illness onset date of 06/27/2020 ate regularly at (b) (4) , reported eating a burrito there, and said yes to eating white onions.

FDA Human and Animal Foods Division 4 West (Denver District Office) worked with the Wyoming Department of Agriculture to collect records and information from the restaurant. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this restaurant from Sysco (b) (4) ) as a part of eNSpect assignment # 167287.

(b) (4) received red onions from their distributor (b)(4) , MT).

(FOUO) For Official Use Only                                                  2020-Nov-03

FROM: (b)(4)

Product Description: 25 LB IMPFRSH ONION RED JMBO FRSH BOX

| Invoice Delivery Date | Invoice # | Qty |
|---|---|---|

(b) (4)

\*Invoice number was illegible.

The bolded lots above were implicated because they would have been available at the restaurant within two weeks of the case patients' meal dates.

(b) (4)  -

This restaurant is located at (b) (4)  . There were three lab-confirmed cases associated with this POS with meal dates of 07/09/2020 and 07/10/2020. The cases reported eating a burger meal and a nacho meal, respectively.

FDA Human and Animal Foods Division 6 West (Seattle District Office) worked with the Montana Department of Agriculture to collect records and information from the restaurant. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this restaurant from Sysco (b) (4)  as a part of eNSpect assignment # 167287.

(b) (4)  received red onions from their distributor (b)(4)  , MT).

FROM: (b)(4)

Product Description: 25 LB IMPFRSH ONION RED JMBO FRSH BOX

| Invoice Delivery Date | Invoice # | Qty |
|---|---|---|

(b) (4)

The bolded lots above were implicated because they would have been available at the restaurant within two weeks of the case patients' meal dates.

(b)(4)

(FOUO) For Official Use Only                    2020-Nov-03

FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this distributor from Sysco (b) (4)
], as a part of eNSpect assignment # 167287.

Sysco Montana Inc received red onions from Thomson International Inc. (Bakersfield, CA) via distributor Onions 52 Inc (Syracuse, UT), (b) (4)

FROM: Onions 52 Inc
TO: (b) (4)
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA

| BOL Ship Date | Order # | Cust PO # | Qty |
|---|---|---|---|
| (b) (4) | | | |

FROM: Onions 52 Inc
TO: (b) (4)
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA

| BOL Ship Date | Order # | Cust PO # | Qty |
|---|---|---|---|
| (b) (4) | | | |

FROM: Onions 52 Inc
TO: (b) (4)
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA

| BOL Ship Date | Order # | Cust PO # | Qty |
|---|---|---|---|
| (b) (4) | | | |

(FOUO) For Official Use Only                2020-Nov-03

FROM: Onions 52 Inc
TO: (b) (4)
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA

| BOL Ship Date | Order # | Cust PO # | Qty |
|---|---|---|---|
| (b) (4) | | | |

The bolded lots above were implicated because they would have been available to supply the implicated shipments to the POS. A single shipment with red onions from (b) (4) ) has a ship date (b) (4) the first implicated shipment at (b) (4) and was not implicated. A single shipment with Subway branded red onions in a 35-lb container from (b) (4) was not implicated due to branding and container size.

(b) (4)

(b) (4)

FDA Human and Animal Foods Division 6 East (Chicago District Office) collected records related to this distributor from (b) (4) as a part of eNSpect assignment # 170684.

(b) (4)   received red onions from (b) (4)

FROM: (b) (4) .
TO: (b) (4)
Product Description: 10#BG RED ONIONS T-JFP-C JUMBO US#1 Product of USA

| BOL Ship Date | Order # | Cust PO # | Qty |
|---|---|---|---|
| (b) (4) | | | |

FROM: (b) (4)
TO: (b) (4)
Product Description: US #1 Jumbo Red Onions 10# Mesh

| BOL Ship Date | PO # | Delivery PO # | Qty |
|---|---|---|---|
| (b) (4) | | | |

The bolded lots above were implicated because they would have been available to supply the implicated shipments to the POS.

Onions 52 Inc (Syracuse, UT) [FEI: 3016800010]

Onions 52 Inc is located at 800 S. 2000 W., Syracuse, UT 84075-6924.

FDA Human and Animal Foods Division 4 West (Denver District Office) collected information and records related to this distributor as a part of eNSpect assignment # 167509.

Onions 52 Inc has a sales arrangement with Thomson International Inc, LLC (Bakersfield, CA).

Thomson International Inc, LLC (Bakersfield, CA) [FEI: 3004391505]

Thomson International Inc, LLC is located at 11220 S. Vineland Rd., Bakersfield, CA 93307-9489.

FDA Human and Animal Foods Division 5 West (San Francisco District Office) and the California Department of Food and Agriculture performed an investigation with record collection and environmental sampling as a part of FACTS assignment # 12055268. FDA Office of Regulatory Affairs Produce Safety Network, FDA Human and Animal Foods Division 5 West (San Francisco District Office), the California Department of Public Health, and the California Department of Food and Agriculture performed an investigation with record collection and environmental, product, and water sampling as a part of FACTS assignment # 12055297.

Thomson International Inc, LLC provided data in a spreadsheet that identified the growers, fields, harvester, harvest dates, pack dates, and lots for the red onions identified by the order numbers and customer purchase order numbers from implicated shipments sent to Sysco Montana Inc. Additional documentation provided by Thomson International Inc, LLC included corrected invoices and pallet tags associated with each order, however the associated lot numbers were not consistent and not routinely managed by the firm. Thomson International Inc, LLC identified the spreadsheet as the most accurate source of traceability information.

FOR: Choppers
Product Type: JR25CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---|---|---|---|---|---|---|---|
| 0172701 | 1915141 | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | ?** | 523 |

**Pack date was not available.

FOR: Doc Holliday's Roadhouse
Product Type: JR25CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---|---|---|---|---|---|---|---|
| 0164626 | 1914859 | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | 05/28/2020 | 523 |
| 0169326 | 1914965 | Thomson | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/16/2020 | ?** | 523 |
| 0175601 | 1915267 | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | 06/06/2020, 06/08/2020 | 523 |
| 0179308 | 1915445 | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/16/2020 | 533 |
| 0180808 | 1915529 | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/16/2020 | 533 |

**Pack date was not available.

(FOUO) For Official Use Only                                                                                                    2020-Nov-03

FOR: Las Margaritas
Product Type: JR25CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---------|-----------|--------|-------|-----------|---------------|-----------|-----|
| 0164626 | 1914859 | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | 05/28/2020 | 523 |
| 0169326 | 1914965 | Thomson | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/16/2020 | ?** | 523 |
| 0172701 | 1915141 | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | ?** | 523 |
| 0175601 | 1915267 | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | 06/06/2020, 06/08/2020 | 523 |
| 0179308 | 1915445 | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/16/2020 | 533 |
| 0180808 | 1915529 | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/16/2020 | 533 |
| 0184915 | 1915683 | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/19/2020 | 533 |
| 0186715 | 1915807 | Thomson | 32-1 | JJ Harvesting | 06/30/2020 – 07/02/2020 | 07/06/2020 | 553 |
| 0189722 | 1915996 | Thomson | GLAD E | JJ Harvesting | 06/22/2020 – 06/26/2020 | 06/26/2020 | 543 |

**Pack date was not available.

FOR: MT Pints
Product Type: JR25CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---------|-----------|--------|-------|-----------|---------------|-----------|-----|
| 0180808 | 1915529 | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/16/2020 | 533 |
| 0192922 | 1916091 | Fast, Thomson | R&G 161, GLAD E | JJ Harvesting | 06/02/2020 – 06/09/2020, 06/22/2020 – 06/26/2020 | 06/19/2020, 06/26/2020 | 533, 543 |

Four fields were identified for the implicated red onions in this leg.
- Pepper 22 (Holtville, CA)
  - 32°53'22.2" N – 115°22'8" W
  - 32°53'22.2" N – 115°22'9" W
  - 32°53'22.2" N – 115°22'10" W
- R&G Field 161 (Bakersfield, CA)
  - 35°24'22" N – 119°11'25" W
- Thomson 32-1 (Bakersfield, CA)
  - 35°24'18" N – 118°89'47" W
  - Of note, the 07/06/2020 pack date associated with lot 553 grown in this field is after the 06/22/202 ship date for Order # 0186715 and after the meal dates associated with the POS Las Margaritas.
- Thomson Gladestone (GLAD E) (Bakersfield, CA)
  - 35°16'01" N – 118°56'57" W

(b) (4)

(b) (4)                              is located at (b) (4)                              . Follow up was not conducted at this firm because it was not identified as a point of convergence.

(b) (4)

(b) (4)                                            is located at (b) (4)
                        . Follow up was not conducted at this firm because it was not identified as
a point of convergence.

**Traceback Leg 2 (Sysco Portland POS Leg)**

Points-of Service:



(b) (4)

Endpoint:
- Thomson International Inc. ~~LLC~~: 11220 S. Vineland Rd., Bakersfield, CA 93307-9489

(b) (4)

(b) (4)

This restaurant is located at (b) (4)                              . There were two lab-
confirmed cases associated with this POS with illness onset dates of 06/30/2020 and 07/01/2020.
The case with the earlier onset date reported eating chicken at (b) (4)

FDA Human and Animal Foods Division 6 West (Seattle District Office) worked with the
Oregon Health Authority to collect records and information from the restaurant. FDA Human
and Animal Foods Division 3 West (Dallas District Office) collected records related to this
restaurant from Sysco (b) (4)                              as a part of eNSpect assignment
# 167287.

(b) (4) received red onions from their distributor (b)(4)                    , OR).

FROM: (b)(4)              .
Product Description: 25 LB IMPFRSH ONION RED MED FRSH CTN

| Invoice Delivery Date | Invoice # | Qty |
| --- | --- | --- |

The bolded lot above was implicated because it would have been available at the restaurant
within three weeks of the case patients' illness onset dates.

(b) (4)

This restaurant is located at (b) (4)                              . There were five
lab-confirmed cases associated with this POS with meal dates of 06/30/2020 and 07/02/2020.

(FOUO) For Official Use Only                                                    2020-Nov-03

Sixty-nine additional probable cases were identified. One case patient with an illness onset date of 07/03/2020 reported eating carne asada and chips with salsa.

FDA Human and Animal Foods Division 6 West (Seattle District Office) worked with the Oregon Health Authority to collect records and information from the restaurant. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this restaurant from Sysco (b) (4)                                 as a part of eNSpect assignment # 167287.

(b) (4)          received red onions from their distributor (b)(4)                  , OR).

FROM: (b)(4)          .
Product Description: 25 LB IMPFRSH ONION RED JMBO FRSH BOX

| Invoice Delivery Date | Invoice # | Qty |

(b) (4)

The bolded lots above were implicated because they would have been available at the restaurant within two weeks of the case patients' meal dates.

(b) (4)

This long-term care facility is located at (b) (4)                 . There were three lab-confirmed cases associated with this POS with illness onset dates of 07/08/2020 and 07/09/2020. The three cases are all residents at this long-term care facility and ate all of their meals here; a specific meal date of 07/02/2020 was provided.

FDA Human and Animal Foods Division 6 West (Seattle District Office) worked with the Oregon Health Authority to collect records and information from the long-term care facility. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this long-term care facility from Sysco (b) (4)                  ) as a part of eNSpect assignment # 167287.

(b) (4)                     received red onions from their distributors (b)(4)          .
((b) (4)          and (b) (4)

FROM: (b)(4) .
Product Description: 5 LB IMPFRSH ONION RED JMBO CTN

| Invoice Delivery Date | Invoice # | Qty |
|---|---|---|

(b) (4)

The bolded lots above were implicated because they would have been available at the restaurant within three weeks of the case patients' illness onset dates. A single shipment of red onions was received from (b) (4) , but it was not implicated because it was received after the likely meal dates.

(b) (4)

This restaurant is located at (b) (4) . There were two lab-confirmed cases associated with this POS with meal dates of 07/09/2020. The cases were at a catered event on 07/09/2020.

FDA Human and Animal Foods Division 6 West (Seattle District Office) worked with the Oregon Health Authority to collect records and information from the restaurant. FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this restaurant from Sysco (b) (4) as a part of eNSpect assignment # 167287.

(b) (4) received red onions from their distributor (b)(4) , OR).

FROM: (b)(4) .
Product Description: 25 LB IMPFRSH ONION RED JMBO FRSH BOX

| Invoice Delivery Date | Invoice # | Qty |
|---|---|---|

(b) (4)

The bolded lots above were implicated because they would have been available at the restaurant within three weeks of the case patients' illness onset dates.

(b)(4) , OR) [FEI: (b)(4)

(b)(4) . is located at (b) (4) .

Page 11 of 21

FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this distributor from Sysco (b) (4)

], as a part of eNSpect assignment # 167287.

Sysco Portland, Inc. received red onions from Thomson International Inc. (Bakersfield, CA) via distributor Onions 52 Inc (Syracuse, UT).(b) (4)

including with shipper

(b) (4)                              or shipper (b) (4)

FROM: Onions 52 Inc
TO: (b)(4)
Product Description: US#1 Carton 25 lb Medium Red Conv Globe Type Onions Produce of USA

(b)(4)

FROM: Onions 52 Inc
TO: (b)(4)
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA

(b)(4)

FROM: Onions 52 Inc
TO: (b)(4)
Product Description: US#1 Carton 5 lb Jumbo Red Conv Globe Type Onions Produce of USA

(b)(4)

(FOUO) For Official Use Only                              2020-Nov-03

FROM: Onions 52 Inc
TO: (b)(4)
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA



FROM: *(b) (4)*
TO: (b) (4)
Product Description: BAG RED ONIONS 25 LBS JUMBO USA

| BOL Ship Date | Order # | Cust PO # | Qty |
| --- | --- | --- | --- |
| (b) (4) | | | |

The bolded lots above were implicated because Sysco (b)(4)    . provided traceability
information connecting incoming shipments from Onions 52 Inc and (b) (4)    to their
outgoing shipments to supply the POS.

Onions 52 Inc (Syracuse, UT) [FEI: 3016800010]

Onions 52 Inc is located at 800 S. 2000 W., Syracuse, UT 84075-6924.

FDA Human and Animal Foods Division 4 West (Denver District Office) collected information
and records related to this distributor as a part of eNSpect assignment # 167509.

Onions 52 Inc has a sales arrangement with Thomson International Inc, LLC (Bakersfield, CA).

(b) (4)

(b) (4)    is located at (b) (4)                                        Follow
up was not conducted at this firm because it was not identified as a point of convergence.

Thomson International Inc, LLC (Bakersfield, CA) [FEI: 3004391505]

Thomson International Inc, LLC is located at 11220 S. Vineland Rd., Bakersfield, CA 93307-
9489.

FDA Human and Animal Foods Division 5 West (San Francisco District Office) and the
California Department of Food and Agriculture performed an investigation with record
collection and environmental sampling as a part of FACTS assignment # 12055268. FDA Office
of Regulatory Affairs Produce Safety Network, FDA Human and Animal Foods Division 5 West
(San Francisco District Office), the California Department of Public Health, and the California

(FOUO) For Official Use Only                                                    2020-Nov-03

Department of Food and Agriculture performed a root cause investigation with record collection and environmental, product, and water sampling as a part of FACTS assignment # 12055297.

Thomson International Inc, LLC provided data in a spreadsheet that identified the growers, fields, harvester, harvest dates, pack dates, and lots for the red onions identified by the order numbers and customer purchase order numbers from implicated shipments sent to Sysco Portland, Inc. Additional documentation provided by Thomson International Inc, LLC included corrected invoices and pallet tags associated with each order, however the associated lot numbers were not consistent and not routinely managed by the firm. Thomson International Inc, LLC identified the spreadsheet as the most accurate source of traceability information.

FOR: Shari's
Product Type: MR25CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---|---|---|---|---|---|---|---|
| 0170701 | 1915078A | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | 06/06/2020 | 523 |

FOR: Si Casa Flores
Product Type: JR5CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---|---|---|---|---|---|---|---|
| 0170701 | 1915078A | RothFleisch | Pepper 22 | JJ Harvesting | 05/10/2020 – 05/15/2020 | 06/06/2020 | 523 |
| 0184415 | 1915621A | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/19/2020 | 531 |

FOR: Avamere at Three Fountains
Product Type: JR5CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---|---|---|---|---|---|---|---|
| 0184415 | 1915621A | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/19/2020 | 531 |

FOR: Baja Fresh
Product Type: JR25CTN

| Order # | Cust PO # | Grower | Field | Harvester | Harvest Dates | Pack Date | Lot |
|---|---|---|---|---|---|---|---|
| 0184415 | 1915621A | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/16/2020, 06/22/2020 | 533 |
| 0189022 | 1915874A | Fast | R&G 161 | JJ Harvesting | 06/02/2020 – 06/09/2020 | 06/19/2020 | 533 |

Two fields were identified for the implicated red onions in this leg.
- Pepper 22 (Holtville, CA)
  - 32°53'22.2" N – 115°22'9" W
- R&G Field 161 (Bakersfield, CA)
  - 35°24'22" N – 119°11'25" W

**Traceback Leg 3 (Sysco (b)(4) POS Leg)**

Point-of Service:

(b) (4)

Endpoint:

- Thomson International Inc. ~~LLC~~; 11220 S. Vineland Rd., Bakersfield, CA 93307-9489

(b) (4)

This (b) (4) is located at (b) (4).
There were two lab-confirmed cases associated with this POS with the same illness onset date of 07/06/2020. Exposure information was not available for either case.

FDA Human and Animal Foods Division 4 West (Denver District Office) worked with the Arizona Department of Health Services to collect records from (b) (4). FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this facility from Sysco (b) (4) as a part of eNSpect assignment # 167287.

(b) (4) received red onions from their distributor (b)(4). (b) (4)

FROM: (b)(4).
Product Description: 25 LB IMPFRSH ONION RED JMBO FRSH BOX

| Invoice Delivery Date | Invoice # | Qty |
|---|---|---|



The bolded lots above were implicated because they would have been available at (b) (4) within three weeks of the case patients' illness onset date.

Sysco (b)(4), AZ) (b) (4)

Sysco Arizona, Inc. is located at 611 South 80th Ave., Tolleson, AZ 85353-4025.

FDA Human and Animal Foods Division 3 West (Dallas District Office) collected records related to this distributor from Sysco (b) (4)
(b) (4) as a part of eNSpect assignment # 167287.

Sysco Arizona, Inc. received red onions from Thomson International Inc. (Bakersfield, CA) via distributor Onions 52 Inc (Syracuse, UT), (b) (4) via Onions 52 Inc (Calipatria, CA), and Thomson International Inc. (Bakersfield, CA) via both Onions 52 Inc (Syracuse, UT) and (b) (4)

(FOUO) For Official Use Only                                    2020-Nov-03

FROM: Onions 52 Inc
Product Description: US#1 Carton 25 lb Jumbo Red Conv Globe Type Onions Produce of USA



The bolded lots above were implicated because they would have been available to supply the implicated shipments to the POS. A single shipment with red onions from (b)(4)  , NC) via Onions 52 Inc (Calipatria, CA) had a delivery date (b)(4) before the first implicated shipment at (b)(4)  and was not implicated. A single shipment from Thomson International Inc. (Bakersfield, CA) via both Onions 52 Inc (Syracuse, UT) and (b) (4) was delivered after the case onset date and was not implicated.

Onions 52 Inc (Syracuse, UT) [FEI: 3016800010]

Onions 52 Inc is located at 800 S. 2000 W., Syracuse, UT 84075-6924.

FDA Human and Animal Foods Division 4 West (Denver District Office) collected information and records related to this distributor as a part of eNSpect assignment # 167509.

Onions 52 Inc has a sales arrangement with Thomson International Inc, LLC (Bakersfield, CA).

Thomson International Inc, LLC (Bakersfield, CA) [FEI: 3004391505]

Thomson International Inc, LLC is located at 11220 S. Vineland Rd., Bakersfield, CA 93307-9489.

FDA Human and Animal Foods Division 5 West (San Francisco District Office) and the California Department of Food and Agriculture performed an investigation with record collection and environmental sampling as a part of FACTS assignment # 12055268. FDA Office of Regulatory Affairs Produce Safety Network, FDA Human and Animal Foods Division 5 West (San Francisco District Office), the California Department of Public Health, and the California Department of Food and Agriculture performed a root cause investigation with record collection and environmental, product, and water sampling as a part of FACTS assignment # 12055297.

Field-level information was not requested for this leg because the traceback information was not available until after the data collection at Thomson International Inc, LLC occurred.

(FOUO) For Official Use Only                                                                              2020-Nov-03

**Traceback Leg 4** (b) (4)                                   )

Point-of Service:
- (b) (4)

Endpoints:
- (b) (4)
- Thomson International Inc. ~~LLC~~; 11220 S. Vineland Rd., Bakersfield, CA 93307-9489

(b) (4)

This restaurant is located at (b) (4)                    There were three lab-confirmed cases associated with this POS with meal dates of 07/09/2020, 07/14/2020, and 07/15/2020. The cases reported eating grilled chicken with red onions, a hot and spicy buffalo chicken salad with red onions, and a cheeseburger with red onions, respectively.

FDA Human and Animal Foods Division 2 East (Baltimore District Office) worked with the Maryland Department of Health and the Cecil County Health Department to collect records and information from the restaurant.

(b) (4)                    received red onions from their distributor (b) (4)
                    The restaurant indicated that it utilizes a first-in/first-out practice for its onions.

FROM: (b) (4)
Product Description: Onions Red Jumbo

| Invoice Date | Invoice # | Qty |
|---|---|---|



The bolded lots above were implicated because they would have been available at the restaurant within two weeks of the case patients' meal dates.

(b) (4)

(b) (4)        is located at (b) (4)                    .

FDA Human and Animal Foods Division 2 East (New Jersey District Office) collected records from this distributor.

(b) (4)  received red onions from (b) (4)  and (b) (4) . The firm indicated that it works with a broker and receives its onions from various suppliers at the (b) (4)  The firm purchases the red onions from these suppliers and delivers them to its customers the same day.

FROM: (b) (4)
Product Description: Red Onions



| Spreadsheet Purchase Date | Brand |
| --- | --- |

FROM: (b) (4)
Product Description: Onion Red Jumbo-25 LB.U.S.A.

| Invoice Date | Ticket # | Brand | Qty |
| --- | --- | --- | --- |

***brand not listed

The bolded lots above were implicated because (b) (4)  purchased from these suppliers and delivered them to the point-of-service on the same day as implicated shipments.

(b) (4)

(b) (4)  is located at (b) (4) . Follow up was not conducted at this firm because it was not identified as a point of convergence.

(b) (4)

(b) (4)  is located at (b) (4)

FDA Human and Animal Foods Division 2 East (Baltimore District Office) collected records from (b) (4)

(b) (4)  received jumbo red onions via (b) (4)  does not come into possession of the onions) and indicated which of these shipments were used to fill shipments to (b) (4)  brand red onions were from (b) (4)

(FOUO) For Official Use Only
2020-Nov-03

VIA: (b) (4)

Product Description: 25 LB. US#1 JUMBO RED ONIONS

| BOL Delivery Date | Invoice # | Brand | Qty |
|---|---|---|---|
| (b) (4) | | | |

The bolded lots above were implicated because (b) (4) . indicated that they were used to fill the implicated shipments sent to (b) (4) brand filled the (b) (4) invoice shipment and the (b) (4) and (b) (4) invoice shipments to (b)(4) . TLC brand onions are packaged by Thomson International Inc. ~~LLC~~ (Bakersfield, CA).

FROM: (b) (4)

Product Description: Onions 25# Jumbo Red US #1 Onions

| Invoice Date | Invoice # | Qty |
|---|---|---|
| (b) (4) | | |

(b) (4)

(b) (4) is located at (b) (4) .

(b) (4) and did not have possession of the onions. The (b) (4) red onions were sourced (b) (4)

Minkus Family Farm Inc (New Hampton, NY) *(b) (4)*

Minkus Family Farm Inc is located at 101 Celery Ave., New Hampton, NY 10958-2203.

Minkus Family Farm Inc is a customer of Onions 52 Inc (Syracuse, UT) and received onions that were a part of Thomson International Inc. ~~LLC~~'s recall related to this investigation.

Onions 52 Inc (Syracuse, UT) [FEI: 3016800010]

Onions 52 Inc is located at 800 S. 2000 W., Syracuse, UT 84075-6924.

Onions 52 Inc has a sales arrangement with Thomson International Inc. ~~LLC~~ (Bakersfield, CA).

Thomson International Inc. ~~LLC~~ (Bakersfield, CA) [FEI: 3004391505]

Thomson International Inc. ~~LLC~~ is located at 11220 S. Vineland Rd., Bakersfield, CA 93307-9489.

FDA Human and Animal Foods Division 5 West (San Francisco District Office) and the California Department of Food and Agriculture performed an investigation with record collection and environmental sampling as a part of FACTS assignment # 12055268. FDA Office of Regulatory Affairs Produce Safety Network, FDA Human and Animal Foods Division 5 West

(FOUO) For Official Use Only

(San Francisco District Office), the California Department of Public Health, and the California Department of Food and Agriculture performed a root cause investigation with record collection and environmental, product, and water sampling as a part of FACTS assignment # 12055297.

Lot information was not identified for the implicated onions from this leg of traceback. The implicated shipment in this leg was identified after relevant records were requested from Onions 52 Inc and Thomson International Inc, LLC.

**Additional Traceback and Traceforward Information**

The above four legs of traceback were performed on the confirmed vehicle of red onions. Exposures to other colors of onions were identified by CDC and state partners. The California Department of Public Health and the Michigan Department of Agriculture & Rural Development performed traceback of yellow onions for seven points-of-service.

The California Department of Public Health traced onions (red and yellow) from (b) (4) had seven confirmed cases, (b) (4) had three confirmed cases, (b) (4) had three confirmed cases, and (b) (4) had three confirmed cases. (b) (4) received yellow onions that were sourced (b) (4) and Thomson brand yellow onions from Onions 52. (b) (4) received yellow onions that were sourced (b) (4) (b) (4) (b) (4) and Onions 52. (b) (4) received yellow onions that were sourced (b) (4), Onions 52, and (b) (4) received yellow onions that were sourced (b) (4) (b) (4) and red onions that were sourced (b) (4) ). The traceback for these legs was limited by recordkeeping, especially at the level of the suppliers to the points-of-service.

The Michigan Department of Agriculture & Rural Development traced yellow onions from (b) (4) had three confirmed cases, (b) (4) ) had two confirmed cases, and (b) (4) ) had six confirmed cases. (b) (4) received yellow onions that were sourced (b) (4), and Thomson International (Bakersfield, CA) via Onions 52. (b)(4) received yellow onions that were sourced back to Thomson International (Bakersfield, CA) via Onions 52. (b) (4) received yellow onions that were sourced back to (b)(4), IL) and Anthony Marano Company (Chicago, IL; a customer of Onions 52).

Through the recall audit check procedures, traceforward information was obtained describing customer lists that received recalled onions. A traceforward product flow diagram was produced showing Thomson International Inc, LLC's direct customers, as well as the supply chains for the four legs of red onion traceback, and the yellow onion tracebacks performed by the California Department of Public Health and the Michigan Department of Agriculture & Rural

(FOUO) For Official Use Only

Development. The points-of-service identified in the traceforward product flow diagram indicate if red and/or yellow onions sourced from Thomson International Inc, LLC were known to have been supplied at some time; this does not indicate if the onions were the onions that were consumed by the cases, just known distribution. Additional grocery companies identified in the recall audit check and downstream recalls included: ALDI, Food Lion, Giant Food, Hello Fresh, Imperfect Foods, Kroger, Publix Super Markets, Stop & Shop, Walmart, and WinCo.

**Conclusion**

The traceback investigation identified four legs of distribution for red onions served at ten points-of-service. Thomson International Inc (Bakersfield, CA) was identified as the source of the red onions based on convergence of the legs of traceback. Additional information from traceback investigations performed by the Canadian Food Inspection Agency, the California Department of Public Health and the Michigan Department of Agriculture & Rural Development support this conclusion

**Limitations**

This traceback investigation was limited by the exposure information provided by cases in identified clusters, the size of illness clusters identified, limited supply chain diversity identified, and lack of adequate recordkeeping. Epidemiologic information regarding case exposures was limited when cases were unable to recall the type of onions consumed. The majority of the clusters, nine of ten, were less than four cases per point-of-service. Three of the four legs of red onion traceback were through various Sysco distribution centers and did represent a broader diversity of supply chains.

Records were not available or were incomplete at some points along the distribution chains: one point-of-service did not identify Sysco as a supplier, but later records from Sysco identified it as such; records at Thomson International Inc, LLC for field level information were known to be incorrect and information used in this traceback was the best information that the firm could identify.

**Attachments**

Traceback Timeline

Master & Detailed Traceback and Traceforward Diagrams

(FOUO) For Official Use Only                                                    2020-Nov-03

**Appendix B:** Red onion exposures and details based on exposures reported by confirmed cases, purchase records and restaurant/retirement residence menus and invoices (includes cases who answered red onion question, were part of a cluster, or reported a meal at a restaurant supplied by Sysco)

| Case ID | Onset | Collection | Reported Red Onion Exposure | Cluster Case | Cluster Name | Cluster Role | Date of Cluster Meal | Cluster Supplied by Sysco | Restaurant Name (non-cluster) | Restaurant Meal Contained Red Onions | Restaurant Supplied Red Onions by Sysco |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Retirement Residence Clusters **Note BC-29 is a resident of (b) (4) | | | | | | and also reported restaurant exposures | | | | | |
| BC-29 | | 2020-07-13 | Y | Yes | (b) (4) | Resident | | (b) (4) | (b)(4) | | (b)(4) |
| BC-29 | | 2020-07-13 | Y | Yes | | Resident | | | | | |
| AB-32 | 2020-07-02 | 2020-07-08 | | Yes | | Resident | | | | | |
| AB-33 | 2020-06-15 | 2020-07-11 | | Yes | | Resident | | | | | |
| AB-31 | 2020-07-01 | 2020-07-01 | | Yes | | Resident | | | | | |
| BC-07 | 2020-07-13 | 2020-07-13 | | Yes | | Resident | | | | | |
| BC-25 | 2020-07-09 | 2020-07-14 | | Yes | | Resident | | | | | |
| AB-47 | 2020-07-07 | 2020-07-07 | | Yes | | Resident | | | | | |
| AB-56 | 2020-07-05 | 2020-07-10 | | Yes | | Resident | | | | | |
| AB-45 | 2020-07-08 | 2020-07-08 | | Yes | | Resident | | | | | |
| AB-26 | 2020-06-27 | 2020-06-29 | | Yes | | Resident | | | | | |
| AB-27 | 2020-06-25 | 2020-06-30 | | Yes | | Resident | | | | | |
| AB-28 | 2020-06-24 | 2020-06-29 | | Yes | | Resident | | | | | |
| AB-29 | 2020-07-04 | 2020-07-06 | | Yes | | Resident | | | | | |
| AB-30 | 2020-06-22 | 2020-06-29 | | Yes | | Resident | | | | | |
| BC-06 | 2020-07-09 | 2020-07-11 | | Yes | | Resident | | | | | |
| AB-42 | 2020-07-02 | 2020-07-06 | | Yes | | Resident | | | | | |
| AB-43 | 2020-07-04 | 2020-07-07 | | Yes | | Resident | | | | | |
| AB-34 | 2020-06-30 | 2020-07-03 | | Yes | | Staff | | | | | |
| **Restaurant Clusters** | | | | | | | | | | | |
| AB-64 | 2020-07-07 | 2020-07-10 | Y | Yes | | Patron | 2020-07-04 | | | | |
| AB-65 | 2020-07-09 | 2020-07-10 | | Yes | | Patron | 2020-07-04 | | | | |
| AB-63 | 2020-07-07 | 2020-07-08 | P | Yes | | Staff | 2020-07-02 | | | | |
| ON-02 | 2020-07-11 | | Y | Yes | | Patron | 2020-07-08 | | | | |
| BC-18 | 2020-07-04 | 2020-07-06 | | Yes | | Patron | 2020-06-28 | | | | |

2020-Nov-03

| Case ID | Onset | Collection | Reported Red Onion Exposure | Cluster Case | Cluster Name | Cluster Role | Date of Cluster Meal | Cluster Supplied by Sysco | Restaurant Name (non-cluster) | Restaurant Meal Contained Red Onions | Restaurant Supplied Red Onions by Sysco |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-21 | 2020-07-01 | 2020-07-04 | Y | Yes | (b) (4) | Patron | 2020-06-28 | (b) (4) | (b) (4) | | (b) (4) |
| AB-113 | 2020-06-30 | 2020-06-30 | Y | Yes | | Patron | 2020-06-27 | | | | |
| AB-15 | 2020-06-29 | 2020-07-02 | DK | Yes | | Patron | 2020-06-27 | | | | |
| AB-16 | 2020-07-02 | 2020-07-06 | Y | Yes | | Patron | 2020-06-30 | | | | |
| AB-84 | 2020-06-30 | 2020-07-02 | Y | Yes | | Patron | 2020-06-26 | | | | |
| AB-61 | 2020-06-28 | 2020-07-07 | | Yes | | Patron | 2020-06-27 | | | | |
| AB-62 | 2020-07-04 | 2020-07-08 | Y | Yes | | Staff | | | | | |
| AB-75 | 2020-07-01 | 2020-07-04 | Y | Yes | | Patron | 2020-06-30 | | | | |
| AB-104 | 2020-07-02 | 2020-07-06 | Y | Yes | | Staff | 2020-07-01 | | | | |
| AB-76 | 2020-06-30 | 2020-07-04 | Y | Yes | | Patron | 2020-06-24 | | | | |
| BC-12 | 2020-07-02 | 2020-07-10 | Y | Yes | | Patron | | | | | |
| BC-15 | 2020-07-01 | 2020-07-08 | Y | Yes | | Patron | | | | | |
| BC-13 | 2020-07-02 | 2020-07-10 | Y | Yes | | Patron | 2020-06-28 | | | | |
| BC-26 | 2020-07-07 | 2020-07-13 | | Yes | | Patron | 2020-06-28 | | | | |
| AB-70 | 2020-07-06 | 2020-07-09 | | Yes | | Patron | 2020-07-03 | | | | |
| AB-70 | 2020-07-06 | 2020-07-09 | | Yes | | Patron | 2020-07-03 | | | | |
| AB-107 | 2020-07-03 | 2020-07-06 | P | Yes | | Patron | 2020-06-29 | | | | |
| AB-116 | 2020-07-02 | 2020-07-05 | Y | Yes | | Patron | 2020-06-30 | | | | |
| **Non-Cluster Cases with Red Onion Exposure Information** | | | | | | | | | | | |
| SK-04 | 2020-07-10 | | Y | | | | | | | Y | |
| BC-17 | 2020-06-30 | 2020-07-08 | | | | | | | | | |
| BC-24 | 2020-06-28 | 2020-07-04 | Y | | | | | | | Y | |
| BC-41 | 2020-07-07 | | P | | | | | | | | |
| MB-06 | 2020-07-05 | | DK | | | | | | | | |
| MB-09 | 2020-07-10 | | Y | | | | | | | Y | |
| ON-01 | 2020-07-06 | 2020-07-06 | Y | | | | | | | Y | |

(FOUO) For Official Use Only

2020-Nov-03

| Case ID | Onset | Collection | Reported Red Onion Exposure | Cluster Case | Cluster Name | Cluster Role | Date of Cluster Meal | Cluster Supplied by Sysco | Restaurant Name (non-cluster) | Restaurant Meal Contained Red Onions | Restaurant Supplied Red Onions by Sysco |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MB-09 | 2020-07-10 | | Y | | | | | | (b) (4) | Y | (b) (4) |
| AB-86 | 2020-06-27 | 2020-07-30 | Y | | | | | | | Y | |
| AB-117 | 2020-07-06 | 2020-07-06 | | | | | | | | | |
| AB-82 | 2020-06-29 | 2020-07-01 | Y | | | | | | | Y | |
| AB-114 | 2020-07-07 | 2020-07-07 | Y | | | | | | | Y | |
| MB-06 | 2020-07-05 | | DK | | | | | | | | |
| BC-14 | 2020-07-06 | 2020-07-09 | Y | | | | | | | Y | |
| BC-51 | | 2020-07-17 | | | | | | | | | |
| BC-49 | 2020-07-10 | 2020-07-15 | Y | | | | | | | Y | |
| AB-109 | 2020-07-08 | 2020-07-09 | Y | | | | | | | Y | |
| BC-40 | 2020-07-18 | | | | | | | | | | |
| MB-03 | 2020-07-05 | | Y | | | | | | | Y | |
| BC-49 | 2020-07-10 | 2020-07-15 | Y | | | | | | | Y | |
| BC-09 | 2020-07-05 | 2020-07-09 | Y | | | | | | | Y | |
| AB-90 | 2020-06-26 | 2020-06-29 | P | | | | | | | | |
| BC-23 | 2020-06-30 | 2020-07-07 | | | | | | | | | |
| MB-05 | 2020-07-10 | | | | | | | | | | |
| BC-14 | 2020-07-06 | 2020-07-09 | Y | | | | | | | Y | |
| MB-07 | 2020-07-05 | | Y | | | | | | | Y | |
| AB-87 | 2020-06-22 | 2020-06-30 | Y | | | | | | | Y | |
| BC-41 | 2020-07-07 | | P | | | | | | | | |
| AB-89 | 2020-06-26 | 2020-07-05 | | | | | | | | | |
| MB-01 | 2020-07-03 | | Y | | | | | | | Y | |
| BC-03 | 2020-07-05 | 2020-07-08 | | | | | | | | | |
| AB-80 | 2020-07-02 | 2020-07-03 | | | | | | | | | |

Page 3 of 4

2020-Nov-03

| Case ID | Onset | Collection | Reported Red Onion Exposure | Cluster Case | Cluster Name | Cluster Role | Date of Cluster Meal | Cluster Supplied by Sysco | Restaurant Name (non-cluster) | Restaurant Meal Contained Red Onions | Restaurant Supplied Red Onions by Sysco |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AB-90 | 2020-06-26 | 2020-06-29 | P | | | | | | (b) (4) | | (b) (4) |
| AB-03 | 2020-07-08 | | | | | | | | | | |
| BC-04 | 2020-07-09 | 2020-07-12 | DK | | | | | | | | |
| AB-01 | 2020-06-24 | 2020-06-25 | P | | | | | | | | |
| AB-81 | 2020-07-01 | 2020-07-02 | P | | | | | | | | |
| BC-05 | 2020-07-03 | 2020-07-09 | P | | | | | | | | |
| AB-106 | 2020-07-02 | 2020-07-07 | Y | | | | | | | | |
| AB-79 | 2020-07-01 | 2020-07-03 | Y | | | | | | | | |
| AB-85 | 2020-07-01 | 2020-07-03 | Y | | | | | | | | |
| BC-19 | 2020-06-30 | 2020-07-03 | Y | | | | | | | | |
| MB-14 | 2020-07-14 | | Y | | | | | | | | |

**Page 4 of 4**

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Confirmed cases with most likely onion exposure at a residential facility | | | | | | | | | | | | |
| AB-58 | Red | M | | | | | Y | | | | Y | Resident |
| BC-29 | Red | Y | | | | | Y | | | | Y | Resident |
| BC-86 | Red | M | | | | | Y | | | | Y | Resident |
| AB-20 | Red | M | | | | | Y | | | | Y | Resident |
| AB-32 | Red | M | | | | | Y | | | | Y | Resident |
| AB-33 | Red | M | | | | | Y | | | | Y | Resident |
| AB-34 | Red | M | | | | | Y | | | | Y | Staff |
| AB-35 | Red | M | | | | | Y | | | | Y | Resident |
| AB-21 | Red | M | | | | | Y | | | | Y | Resident |
| AB-37 | Red | M | | | | | Y | | | | Y | Resident |
| PE-01 | Other | P | | | | | Y | | | Cooked | | Staff |
| AB-181 | Other | DK | | | | | Y | | | | | Resident |
| AB-36 | Red | M | | | | | Y | | | | Y | Resident |
| AB-31 | Red | M | | | | | Y | | | | Y | Resident |
| BC-07 | Red | M | | | | | Y | | | | Y | Resident |
| BC-25 | Red | M | | | | | Y | | | | Y | Resident |
| BC-87 | Other | DK | | | | | Y | | | Raw | | Staff |
| AB-12 | Red | M | | | | | Y | | | | Y | Resident |
| AB-13 | Red | M | | | | | Y | | | | Y | Resident |
| AB-47 | Red | M | | | | | Y | | | | Y | Resident |

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB-48 | Red | M | (b) (4) | | | | Y | (b) (4) | | | Y | Resident |
| AB-49 | Red | M | | | | | Y | | | | Y | Resident |
| AB-50 | Red | M | | | | | Y | | | | Y | Resident |
| AB-51 | Red | M | | | | | Y | | | | Y | Resident |
| AB-52 | Red | M | | | | | Y | | | | Y | Resident |
| AB-53 | Red | M | | | | | Y | | | | Y | Resident |
| AB-54 | Red | M | | | | | Y | | | | Y | Resident |
| AB-55 | Red | M | | | | | Y | | | | Y | Resident |
| AB-56 | Red | M | | | | | Y | | | | Y | Resident |
| AB-57 | Red | M | | | | | Y | | | | Y | Resident |
| AB-121 | Red | M | | | | | Y | | | | Y | Staff |
| AB-41 | Red | DK | | | | | Y | | | | Y | Staff |
| AB-39 | Red | M | | | | | Y | | | | Y | Staff |
| AB-128 | Red | M | | | | | Y | | | | Y | Resident |
| AB-45 | Red | M | | | | | Y | | | | Y | Resident |
| AB-46 | Red | M | | | | | Y | | | | Y | Resident |

Page 2 of 10

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB-17 | Red | M | (b) (4) | | | | Y | (b) (4) | | | Y | Resident |
| AB-18 | Red | M | | | | | Y | | | | Y | Staff |
| AB-26 | Red | M | | | | | Y | | | | Y | Resident |
| AB-27 | Red | M | | | | | Y | | | | Y | Resident |
| AB-28 | Red | M | | | | | Y | | | | Y | Resident |
| AB-29 | Red | M | | | | | Y | | | | Y | Resident |
| AB-30 | Red | M | | | | | Y | | | | Y | Resident |
| AB-22 | Red | M | | | | | Y | | | | Y | Resident |
| AB-23 | Red | M | | | | | Y | | | | Y | Resident |
| AB-24 | Red | M | | | | | Y | | | | Y | Resident |
| AB-40 | Red | M | | | | | Y | | | | Y | Resident |
| BC-06 | Red | M | | | | | Y | | | | Y | Resident |
| AB-38 | Red | M | | | | | Y | | | | Y | Resident |
| AB-19 | Red | M | | | | | Y | | | | Y | Resident |
| AB-42 | Red | M | | | | | Y | | | | Y | Resident |
| AB-43 | Red | M | | | | | Y | | | | Y | Resident |
| AB-44 | Red | M | | | | | Y | | | | Y | Resident |
| Confirmed cases with most lik | | | | | | | | | | | | |
| ON-03 | Red | M | | | | | | | 2020-07-11 | | | |

Page 3 of 10

(FOUO) For Official Use Only                    2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB-08 | White | Y | | | | | | | | Raw | | |
| AB-112 | White | Y | | | | | | | | Raw | | |
| BC-11 | White | Y | | | | | | | 2020-06-28 | Raw | | |
| BC-64 | White | Y | | | | | | | | Raw | | |
| BC-41 | Other | M | | | | | Y | | 2020-07-04 | | | |
| AB-179 | Red | Y | | | | | Y | | | Raw | Y | Patron |
| SK-04 | Red | Y | | | | | Y | | 2020-07-07 | Raw | | |
| BC-61 | Other | DK | | | | | Y | | | | | |
| BC-24 | Red | Y | | | | | | | 2020-06-28 | Raw | Y | Patron |
| BC-17 | Red | DK | | | | | Y | | | Raw | | |
| BC-80 | Red | Y | | | | | Y | | 2020-07-14 | Raw | | |
| AB-201 | Red | Y | | | | | Y | | 2020-07-06 | Raw | | |
| AB-01 | Other | DK | | | | | Y | | | | | |
| AB-152 | Red | DK | | | | | Y | | | | | |
| AB-183 | Other | DK | | | | | P | | | | | |
| AB-63 | Red | M | | | | | Y | | 2020-07-02 | | Y | Staff |
| AB-64 | Red | Y | | | | | Y | | 2020-07-04 | Raw | Y | Patron |
| AB-65 | Other | DK | | | | | Y | | 2020-07-04 | | | |
| MB-02 | Other | N | | | | | Y | | | | | |
| MB-08 | Other | DK | | | | | P | | | | | |
| MB-09 | Red | Y | | | | | Y | | 2020-07-05 | | | |
| MB-12 | Red | DK | | | | | | | | | | |
| ON-01 | Red | Y | | | | | Y | | 2020-06-30 | Raw | Y | Patron |
| ON-02 | Red | Y | | | | | Y | | 2020-07-08 | | Y | Patron |
| BC-18 | Red | M | | | | | Y | | 2020-06-28 | | Y | Patron |

(FOUO) For Official Use Only                    2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-21 | Red | M | (b) (4) | | | | Y | (b) (4) | 2020-06-28 | Raw | Y | Patron |
| AB-171 | Red | Y | | | | | | | 2020-07-10 | Raw | | |
| AB-173 | Other | DK | | | | | Y | | | | | |
| AB-86 | Red | Y | | | | | Y | | 2020-06-26 | Raw | | |
| SK-09 | Other | DK | | | | | Y | | | | | |
| AB-142 | Other | DK | | | | | Y | | | | | |
| AB-59 | Red | DK | | | | | Y | | 2020-07-02 | | | |
| AB-60 | Red | M | | | | | Y | | 2020-07-04 | | Y | Patron |
| BC-69 | White | Y | | | | | Y | | | Raw | | |
| AB-134 | Other | DK | | | | | Y | | | | | |
| BC-85 | Other | DK | | | | | Y | | | | | |
| AB-114 | Red | Y | | | | | Y | | | | | |
| AB-78 | Red | Y | | | | | Y | | 2020-07-28 | Raw | | |
| AB-82 | Red | Y | | | | | Y | | 2020-06-28 | Raw | | |
| AB-88 | Other | DK | | | | | Y | | | | | |
| BC-79 | Red | Y | | | | | Y | | | Raw | Y | Patron |
| Ab-113 | Red | Y | | | | | Y | | 2020-06-27 | | Y | Patron |
| AB-15 | Red | DK | | | | | Y | | 2020-06-27 | Raw | Y | Patron |
| AB-16 | Red | Y | | | | | Y | | 2020-06-30 | Raw | Y | Patron |
| AB-84 | Red | M | | | | | Y | | 2020-06-26 | | Y | Patron |
| QC-03 | White | M | | | | | Y | | | Raw | | |
| MB-06 | White | M | | | | | Y | | | Raw | | |
| SK-02 | White | N | | | | | Y | | 2020-07-13 | | | |

(FOUO) For Official Use Only                2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QC-04 | Red | Y | (b) (4) | | | | | (b) (4) | | | | |
| AB-184 | Red | Y | | | | | Y | | 2020-07-11 | Raw | | |
| SK-05 | Red | P | | | | | | | | | | |
| BC-51 | Other | DK | | | | | Y | | 2020-07-12 | | | |
| BC-28 | White | P | | | | | Y | | 2020-07-09 | Cooked | | |
| AB-25 | Other | DK | | | | | Y | | 2020-07-13 | | Y | Patron |
| AB-61 | Red | DK | | | | | Y | | 2020-06-27 | | Y | Patron |
| AB-62 | Other | N | | | | | Y | | 2020-06-27 | | Y | Staff |
| AB-196 | Red | Y | | | | | | | 2020-07-04 | Raw | | |
| AB-119 | Red | Y | | | | | Y | | 2020-07-05 | Raw | | |
| AB-159 | Red | Y | | | | | Y | | 2020-07-07 | Raw | | |
| BC-89 | White | DK | | | | | Y | | | Cooked | | |
| BC-49 | Red | Y | | | | | Y | | 2020-07-03 | Raw | | |
| SK-07 | Red | Y | | | | | Y | | 2020-07-16 | Raw | | |
| AB-77 | White | Y | | | | | Y | | | Cooked | | |
| AB-109 | Red | Y | | | | | | | 2020-06-29 | | | |
| BC-53 | Red | P | | | | | | | 2020-07-14 | Raw | | |
| AB-06 | Other | DK | | | | | Y | | | | | |
| BC-04 | Red | M | | | | | | | | | | |
| BC-33 | Red | P | | | | | Y | | | Raw | | |
| BC-40 | Red | P | | | | | Y | | 2020-07-18 | Raw | | |
| BC-60 | White | P | | | | | | | 2020-07-17 | | | |
| AB-72 | Other | Y | | | | | | | 2020-07-07 | Raw | | |
| AB-75 | Red | Y | | | | | Y | | 2020-06-30 | Raw | Y | Patron |
| AB-104 | Red | Y | | | | | Y | | 2020-07-01 | Raw | Y | Staff |
| AB-180 | Other | DK | | | | | P | | | | | |

Page 6 of 10

2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MB-03 | Red | Y | | | | | Y | | 2020-07-03 | Raw | | |
| AB-210 | Red | Y | | | | | Y | | 2020-07-12 | Raw | Y | Patron |
| AB-211 | Red | Y | | | | | Y | | 2020-07-13 | Raw | Y | Patron |
| AB-124 | Red | Y | | | | | Y | | | Raw | Y | Patron |
| AB-136 | Red | Y | | | | | Y | | 2020-07-06 | Raw | Y | Patron |
| AB-150 | Red | DK | | | | | Y | | | | | |
| AB-209 | Red | Y | | | | | Y | | 2020-07-19 | Raw | Y | |
| BC-09 | Red | Y | | | | | Y | | | Raw | | |
| SK-19 | Red | M | | | | | Y | | 2020-07-11 | Raw | Y | Patron |
| AB-141 | Red | Y | | | | | Y | | | Raw | Y | Patron |
| AB-76 | Red | M | | | | | Y | | 2020-06-24 | Raw | Y | Patron |
| AB-140 | Red | Y | | | | | Y | | | Raw | Y | Patron |
| AB-90 | Other | Y | | | | | Y | | 2020-06-24 | | | |
| BC-23 | Other | DK | | | | | Y | | 2020-06-27 | | | |
| MB-05 | Other | M | | | | | Y | | 2020-07-08 | | | |
| BC-73 | Red | Y | | | | | Y | | | | | |
| BC-76 | Other | N | | | | | P | | | | | |
| AB-118 | Other | P | | | | | Y | | 2020-07-11 | | | |
| AB-147 | Red | Y | | | | | | | 2020-07-05 | Raw | | |
| BC-14 | Red | Y | | | | | Y | | | Raw | Y | Patron |
| BC-65 | Red | Y | | | | | Y | | 2020-07-15 | Raw | | |

Page 7 of 10

(FOUO) For Official Use Only

2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MB-07 | Red | Y | (b) (4) | | | | Y | (b) (4) | 2020-07-07 | | | |
| AB-87 | Red | Y | | | | | Y | | 2020-06-20 | Raw | | |
| QC-01 | White | Y | | | | | | | | Cooked | | |
| BC-12 | Red | Y | | | | | Y | | 2020-07-01 | Cooked | Y | Patron |
| BC-15 | Red | P | | | | | Y | | 2020-07-01 | | Y | Patron |
| AB-89 | Other | DK | | | | | Y | | | | | |
| AB-153 | Red | Y | | | | | | | | Raw | | |
| AB-218 | Red | Y | | | | | | | 2020-07-10 | Raw | | |
| AB-221 | Red | Y | | | | | | | | Raw | | |
| AB-230 | Red | Y | | | | | | | 2020-07-13 | Raw | | |
| BC-67 | Red | Y | | | | | | | | | | |
| MB-01 | Red | Y | | | | | | | 2020-06-26 | Raw | | |
| AB-132 | Red | Y | | | | | Y | | 2020-07-04 | Raw | Y | Patron |
| AB-143 | Red | DK | | | | | Y | | | | Y | Patron |
| AB-66 | Red | Y | | | | | Y | | 2020-07-05 | Raw | Y | Patron |
| AB-67 | Other | DK | | | | | Y | | 2020-07-05 | | Y | Patron |
| AB-68 | Other | DK | | | | | Y | | 2020-07-05 | | Y | Patron |
| AB-69 | Red | Y | | | | | Y | | 2020-07-04 | Raw | Y | Patron |
| AB-74 | Red | M | | | | | Y | | 2020-07-05 | Raw | Y | Patron |
| BC-13 | Red | Y | | | | | Y | | 2020-06-28 | Raw | Y | Patron |
| BC-26 | White | P | | | | | Y | | 2020-06-28 | Raw | Y | Patron |
| BC-47 | Other | DK | | | | | Y | | | | | |
| BC-03 | Other | DK | | | | | Y | | | | | |
| AB-145 | Red | Y | | | | | | | | Raw | | |
| BC-78 | Red | Y | | | | | Y | | 2020-07-16 | Raw | | |
| AB-80 | Other | N | | | | | Y | | | | | |

Page 8 of 10

2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MB-14 | Red | P | (b) (4) | | | | Y | (b) (4) | 2020-07-11 | Raw | | |
| AB-133 | Red | Y | | | | | | | 2020-08-17 | Raw | Y | Patron |
| AB-70 | Other | DK | | | | | Y | | 2020-07-03 | | Y | Patron |
| AB-71 | Red | Y | | | | | Y | | 2020-07-06 | Raw | Y | Patron |
| SK-01 | Other | P | | | | | Y | | 2020-07-06 | Cooked | | |
| BC-56 | Red | P | | | | | Y | | | Cooked | Y | Patron |
| BC-70 | White | Y | | | | | | | | Raw | Y | Patron |
| BC-81 | Red | Y | | | | | Y | | | | Y | Patron |
| BC-38 | Red | Y | | | | | | | | | | |
| AB-107 | Red | M | | | | | | | 2020-06-29 | | Y | Patron |
| AB-116 | Red | Y | | | | | Y | | 2020-06-30 | Raw | Y | Patron |
| BC-72 | Red | Y | | | | | Y | | 2020-07-10 | Raw | | |
| BC-71 | Red | Y | | | | | Y | | | | | |
| AB-07 | Other | P | | | | | Y | | 2020-07-02 | | | |
| AB-222 | White | Y | | | | | | | 2020-07-08 | Raw | | |
| AB-233 | Red | Y | | | | | | | 2020-07-12 | Raw | | |
| BC-57 | Other | DK | | | | | Y | | 2020-07-12 | | | |
| AB-225 | White | Y | | | | | | | | | | |
| Confirmed cases with "most li | | | | | | | | | | | | |
| AB-227 | Red | Y | | | | | | | | | | |
| AB-229 | Red | Y | | | | | | | | Raw | | |
| QC-02 | Other | Y | | | | | | | | Cooked | | |
| AB-106 | Red | Y | | | | | | | | Cooked | | |
| AB-224 | White | Y | | | | | | | | Raw | | |

(FOUO) For Official Use Only                    2020-Nov-03

| natid | Type | Reported Exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/ Cooked | Cluster | Cluster Role |
|-------|------|-------------------|-----------------------|----------|----------------------------|------------------------------|------------------|---------|------|-------------|---------|--------------|
| AB-79 | Red | Y | (b) (4) | | | | | (b) (4) | | | | |
| AB-81 | Red | Y | | | | | | | | Raw | | |
| AB-85 | Red | Y | | | | | | | | | | |
| BC-68 | Red | Y | | | | | | | 2020-07-12 | Raw | | |
| AB-178 | Red | Y | | | | | | | | | | |
| AB-234 | Red | P | | | | | | | | | | |
| BC-08 | Red | DK | | | Y | Y | | | | | | |
| BC-16 | Red | DK | | | Y | Y | | | 2020-06-04 | | | |
| BC-19 | White | DK | | | Y | Y | | | 2020-06-20 | | | |
| BC-31 | Red | Y | | | Y | Y | | | 2020-06-26 | | | |
| BC-32 | Red | Y | | | | | | | 2020-05-14 | | | |
| BC-45 | Other | DK | | | Y | Y | | | 2020-05-12 | | | |
| BC-63 | Red | Y | | | Y | N | | | | | | |
| BC-74 | Red | Y | | | Y | Y | | | 2020-07-17 | Raw | | |
| BC-77 | Red | Y | | | | | | | | | | |
| BC-88 | Red | Y | | | N | | Y | | | Raw | | |
| MB-11 | White | Y | | | | | | | | Raw | | |
| BC-75 | White | Y | | | | | | | | Cooked | | |
| BC-66 | White | P | | | | | | | | | | |
| BC-84 | Red | DK | | | | | | | | | | |
| SK-03 | Red | Y | | | | | | | 2020-07-02 | Raw | | |
| SK-06 | Other | DK | | | | | | | | | | |
| AB-226 | Red | Y | | | | | | | 2020-07-15 | Raw | | |
| BC-05 | Red | M | | | | | Y | | | Raw | | |

(FOUO) For Official Use Only                    2020-Nov-03

**Appendix B:** "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| National ID | Type | Reported exposure | Store / Facility Name | Supplier | Purchase records available | Appears on purchase records | Links to Thomson | Address | Date | Raw/Cooked | Cluster | Cluster Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Confirmed cases with most likely onion exposure at a residential facility | | | | | | | | | | | | |
| AB-58 | Red | M | (b) (4) | | | | Y | (b) (4) | | | Y | Resident |
| BC-29 | Red | Y | | | | | Y | | | | Y | Resident |
| BC-86 | Other | DK | | | | | Y | | | | Y | Resident |
| AB-20 | Red | M | | | | | Y | | | | Y | Resident |
| AB-32 | Red | DK | | | | | Y | | | | Y | Resident |
| AB-33 | Red | M | | | | | Y | | | | Y | Resident |
| AB-34 | Red | M | | | | | Y | | | | Y | Staff |
| AB-35 | Red | M | | | | | Y | | | | Y | Resident |
| AB-21 | Red | M | | | | | Y | | | | Y | Resident |
| AB-37 | Red | M | | | | | Y | | | | Y | Resident |
| PE-01 | Other | P | | | | | Y | | | Cooked | Y | Staff |
| AB-181 | Other | DK | | | | | Y | | | | | |
| AB-36 | Red | M | | | | | Y | | | | Y | Resident |
| AB-31 | Red | M | | | | | Y | | | | Y | Resident |
| BC-44 | Other | DK | | | | | Y | | | | Y | Resident |

2020-Nov-03

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| | | | (b) (4) | | | | | (b) (4) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-07 | Red | M | | | | Y | | | | | Y | Resident |
| BC-25 | Red | M | | | | Y | | | | | Y | Resident |
| BC-35 | Red | DK | | | | Y | | | | | Y | Resident |
| BC-87 | Other | DK | | | | Y | | | | Raw | Y | Staff |
| AB-12 | Red | M | | | | Y | | | | | Y | Resident |
| AB-13 | Red | M | | | | Y | | | | | Y | Resident |
| AB-47 | Red | M | | | | Y | | | | | Y | Resident |
| AB-48 | Red | M | | | | Y | | | | | Y | Resident |
| AB-49 | Red | M | | | | Y | | | | | Y | Resident |
| AB-50 | Red | M | | | | Y | | | | | Y | Resident |
| AB-51 | Red | M | | | | Y | | | | | Y | Resident |
| AB-52 | Red | M | | | | Y | | | | | Y | Resident |
| AB-53 | Red | M | | | | Y | | | | | Y | Resident |
| AB-54 | Red | M | | | | Y | | | | | Y | Resident |
| AB-55 | Red | DK | | | | Y | | | | | Y | Resident |
| AB-56 | Red | M | | | | Y | | | | | Y | Resident |
| AB-57 | Red | M | | | | Y | | | | | Y | Resident |

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AB-198 | White | P | (b) (4) | | | Y | (b) (4) | | | | |
| AB-121 | Red | M | | | | | | | | Y | Resident |
| AB-41 | Red | DK | | | | | | | | Y | Staff |
| AB-39 | Red | M | | | | Y | | | | Y | Staff |
| AB-128 | Red | M | | | | Y | | | | Y | Resident |
| AB-45 | Red | M | | | | Y | | | | Y | Resident |
| AB-46 | Red | M | | | | Y | | | | Y | Resident |
| AB-17 | Red | M | | | | Y | | | | Y | Resident |
| AB-18 | Red | M | | | | Y | | | | Y | Staff |
| AB-26 | Red | DK | | | | Y | | | | Y | Resident |
| AB-27 | Red | M | | | | Y | | | | Y | Resident |
| AB-28 | Red | M | | | | Y | | | | Y | Resident |
| AB-29 | Red | DK | | | | Y | | | | Y | Resident |
| AB-30 | Red | DK | | | | Y | | | | Y | Resident |
| AB-22 | Red | M | | | | Y | | | | Y | Resident |
| AB-23 | Red | DK | | | | Y | | | | Y | Resident |
| AB-24 | Red | M | | | | Y | | | | Y | Resident |

2020-Nov-03

**Appendix B:** "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| | | | (b) (4) | | | (b) (4) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AB-40 | Red | M | | | Y | | | | Y | Resident |
| BC-06 | Red | M | | | Y | | | | Y | Resident |
| AB-38 | Red | M | | | Y | | | | Y | Resident |
| AB-19 | Red | M | | | Y | | | | Y | Resident |
| AB-42 | Red | M | | | Y | | | | Y | Resident |
| AB-43 | Red | M | | | Y | | | | Y | Resident |
| AB-44 | Red | M | | | Y | | | | Y | Resident |
| Confirmed cases with most like | | | | | | | | | | |
| ON-03 | Red | M | | | | 2020-07-11 | | | | |
| AB-08 | White | Y | | | | | Raw | | | |
| AB-112 | White | Y | | | | | Raw | | | |
| BC-101 | Red | Y | | | | | | | | |
| BC-11 | White | Y | | | | 2020-06-28 | Raw | | | |
| BC-95 | White | Y | | | | 2020-07-26 | Raw | | | |
| BC-98 | Red | Y | | | | | | | | |
| BC-41 | Other | M | | | Y | 2020-07-04 | | | | |
| MB-17 | Red | P | | | Y | 2020-07-11 | Cooked | | | |
| AB-179 | Red | Y | | | Y | | Raw | | Y | Patron |
| SK-21 | Red | M | | | Y | 2020-07-06 | Raw | | Y | Patron |
| SK-22 | Red | P | | | Y | 2020-07-06 | Raw | | Y | Patron |
| SK-24 | Red | Y | | | Y | 2020-07-13 | | | Y | Patron |

**Appendix B:** "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| | | | (b) (4) | | | (b) (4) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SK-04 | Red | Y | | | Y | | 2020-07-07 | Raw | | |
| BC-61 | Other | DK | | | Y | | | | | |
| BC-24 | Red | Y | | | | | 2020-06-28 | Raw | Y | Patron |
| BC-17 | Red | DK | | | Y | | | | | |
| BC-80 | Red | Y | | | Y | | 2020-07-14 | Raw | | |
| AB-201 | Red | Y | | | Y | | 2020-07-06 | Raw | | |
| AB-119 | Red | Y | | | Y | | 2020-07-05 | Raw | | |
| AB-63 | Red | M | | | Y | | 2020-07-02 | | Y | Staff |
| AB-64 | Red | Y | | | Y | | 2020-07-04 | Raw | Y | Patron |
| AB-65 | Other | DK | | | Y | | 2020-07-04 | | Y | Patron |
| AB-01 | Other | DK | | | | | | | | |
| AB-152 | Red | DK | | | | | | | | |
| AB-183 | Other | DK | | | | | | | | |
| AB-282 | Red | M | | | Y | | 2020-07-07 | Raw | | |
| BC-36 | Other | DK | | | | | 2020-07-10 | | | |
| MB-02 | Other | N | | | Y | | | | | |
| MB-08 | Other | DK | | | | | | | | |
| MB-09 | Red | Y | | | Y | | 2020-07-05 | | | |
| MB-12 | Red | DK | | | | | | | | |
| SK-30 | Red | P | | | Y | | 2020-07-17 | | | |
| ON-01 | Red | Y | | | Y | | 2020-06-30 | Raw | Y | Patron |
| ON-02 | Red | Y | | | Y | | 2020-07-08 | | Y | Patron |
| BC-18 | Red | M | | | Y | | 2020-06-28 | | Y | Patron |
| BC-21 | Red | M | | | Y | | 2020-06-28 | Raw | Y | Patron |
| AB-171 | Red | Y | | | | | 2020-07-10 | Raw | | |

2020-Nov-03

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| ID | Color | | (b) (4) | | | (b) (4) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BC-08 | Red | DK | | Y | | | | | | |
| ON-04 | Red | Y | | Y | | | 2020-07-12 | | | |
| AB-86 | Red | Y | | Y | | | 2020-06-26 | Raw | | |
| SK-09 | Other | DK | | Y | | | | | | |
| AB-142 | Other | DK | | Y | | | | | | |
| AB-60 | Red | M | | Y | | | 2020-07-04 | | Y | Patron |
| AB-149 | Other | DK | | Y | | | 2020-06-08 | | | |
| AB-59 | Red | DK | | Y | | | 2020-07-02 | | | |
| BC-69 | White | Y | | Y | | | | Raw | | |
| AB-134 | Other | DK | | Y | | | | | | |
| BC-64 | Red | Y | | N | | | 2020-07-15 | | | |
| BC-85 | Other | DK | | Y | | | | | | |
| ON-09 | White | Y | | | | | | Cooked | | |
| AB-114 | Red | Y | | Y | | | | | | |
| AB-78 | Red | Y | | Y | | | 2020-07-28 | Raw | | |
| AB-82 | Red | Y | | Y | | | 2020-06-28 | Raw | | |
| AB-88 | Other | DK | | Y | | | | | | |
| BC-79 | Red | Y | | Y | | | | Raw | Y | Patron |
| Ab-113 | Red | Y | | Y | | | 2020-06-27 | | Y | Patron |
| AB-15 | Red | DK | | Y | | | 2020-06-27 | Raw | Y | Patron |
| AB-16 | Red | Y | | Y | | | 2020-06-30 | Raw | Y | Patron |
| AB-84 | Red | M | | Y | | | 2020-06-26 | | Y | Patron |
| QC-03 | Other | DK | | Y | | | | Raw | | |
| MB-06 | White | M | | Y | | | | Raw | | |

2020-Nov-03

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| Case | Color | Code | (b) (4) | | (b) (4) | Date | Prep | | |
|------|-------|------|---------|---|---------|------|------|---|------|
| AB-212 | White | Y | | Y | | 2020-07-05 | Raw | | |
| SK-02 | White | N | | Y | | 2020-07-13 | | | |
| QC-04 | Red | Y | | | | | | | |
| BC-39 | Red | P | | Y | | 2020-07-08 | Cooked | | |
| AB-184 | Red | Y | | Y | | 2020-07-11 | Raw | | |
| BC-51 | Other | DK | | P | | 2020-07-12 | | | |
| SK-05 | Red | P | | | | | | | |
| BC-28 | White | P | | Y | | 2020-07-09 | Cooked | | |
| AB-242 | White | Y | | | | | Raw | | |
| AB-25 | Other | DK | | Y | | 2020-07-13 | | Y | Patron |
| AB-61 | Red | DK | | Y | | 2020-06-27 | | Y | Patron |
| AB-62 | Other | N | | Y | | 2020-06-27 | | Y | Staff |
| AB-196 | Red | Y | | | | 2020-07-04 | Raw | | |
| AB-159 | Red | Y | | Y | | 2020-07-07 | Raw | | |
| AB-251 | Red | DK | | Y | | 2020-07-10 | | | |
| BC-49 | Red | Y | | | | 2020-07-03 | Raw | | |
| AB-223 | Red | M | | Y | | | Raw | | |
| SK-16 | Red | P | | Y | | | | Y | Patron |
| SK-07 | Red | Y | | Y | | 2020-07-16 | Raw | | |
| AB-77 | White | Y | | Y | | | Cooked | | |
| AB-109 | Red | Y | | Y | | 2020-06-29 | | | |
| BC-53 | Red | P | | | | 2020-07-14 | Raw | | |
| AB-06 | Other | DK | | Y | | | | | |
| BC-99 | White | Y | | Y | | 2020-07-26 | Raw | | |

2020-Nov-03

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| Case | Color | | (b) (4) | | (b) (4) | Date | | | Role |
|---|---|---|---|---|---|---|---|---|---|
| AB-253 | Red | Y | | Y | | | Raw | | |
| BC-04 | Red | M | | | | | | | |
| BC-33 | Red | P | | Y | | | Raw | | |
| BC-40 | Red | P | | Y | | 2020-07-18 | Raw | | |
| BC-60 | White | P | | | | 2020-07-17 | | | |
| AB-72 | Other | Y | | | | 2020-07-07 | Raw | | |
| AB-75 | Red | Y | | Y | | 2020-06-30 | Raw | Y | Patron |
| AB-104 | Red | Y | | Y | | 2020-07-01 | Raw | Y | Staff |
| AB-180 | Red | Y | | Y | | 2020-07-10 | | | |
| MB-03 | Red | Y | | Y | | 2020-07-03 | Raw | | |
| AB-210 | Red | Y | | Y | | 2020-07-12 | Raw | Y | Resident |
| AB-211 | Red | Y | | Y | | 2020-07-13 | Raw | Y | Patron |
| AB-178 | Other | DK | | Y | | 2020-07-09 | Raw | | |
| AB-232 | Other | P | | Y | | | | | |
| BC-96 | Red | Y | | | | | | | |
| AB-136 | Red | Y | | Y | | 2020-07-06 | Raw | Y | Patron |
| AB-209 | Red | Y | | Y | | 2020-07-19 | Raw | Y | Patron |
| AB-150 | Red | DK | | Y | | | | | |
| AB-275 | Red | Y | | Y | | 2020-07-08 | Raw | | |
| AB-194 | Red | Y | | Y | | 2020-07-04 | Raw | Y | Patron |

2020-Nov-03

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| Case | Color | | (b) (4) | | | (b) (4) | | Date | Raw | | Patron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-09 | Red | Y | | | Y | | | | Raw | | |
| BC-55 | Red | Y | | | Y | | | | Raw | | |
| SK-19 | Red | M | | | Y | | | 2020-07-11 | Raw | Y | Patron |
| AB-124 | Red | Y | | | Y | | | | Raw | Y | Patron |
| AB-141 | Red | Y | | | Y | | | | Raw | Y | Patron |
| AB-76 | Red | M | | | Y | | | 2020-06-24 | Raw | Y | Patron |
| AB-140 | Red | Y | | | Y | | | | Raw | | |
| AB-90 | Other | Y | | | Y | | | 2020-06-24 | | | |
| BC-23 | Other | DK | | | Y | | | 2020-06-27 | | | |
| BC-58 | White | P | | | Y | | | 2020-06-28 | Raw | | |
| MB-05 | Other | M | | | Y | | | 2020-07-08 | | | |
| BC-73 | Red | Y | | | Y | | | | | | |
| BC-76 | Other | N | | | P | | | | | | |
| AB-118 | Other | P | | | Y | | | 2020-07-11 | | | |
| AB-147 | Red | Y | | | | | | 2020-07-05 | Raw | | |
| BC-14 | Red | Y | | | Y | | | | Raw | | |
| BC-54 | Red | Y | | | Y | | | | Raw | | |
| BC-65 | Red | Y | | | Y | | | 2020-07-15 | Raw | | |
| MB-07 | Red | Y | | | Y | | | 2020-07-07 | | | |

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| Case | Color | | (b) (4) | | | | | (b) (4) | Date | Prep | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB-87 | Red | Y | | | | Y | | | 2020-06-20 | Raw | | |
| QC-01 | White | Y | | | | | | | | Cooked | | |
| AB-157 | Red | Y | | | | Y | | | 2020-07-05 | Raw | | |
| BC-83 | Other | Y | | | | | | | | | | |
| BC-12 | Other | Y | | | | Y | | | 2020-07-01 | Cooked | Y | Patron |
| MB-16 | Red | Y | | | | | | | | Raw | | |
| BC-59 | Red | Y | | | | Y | | | 2020-07-10 | | | |
| AB-89 | Other | DK | | | | Y | | | | | | |
| AB-151 | Red | Y | | | | | | | | Raw | | |
| AB-153 | Red | Y | | | | | | | 2020-07-12 | Raw | | |
| AB-160 | Red | Y | | | | | | | 2020-07-08 | Raw | | |
| AB-177 | Red | Y | | | | | | | 2020-07-10 | Raw | | |
| AB-185 | Red | Y | | | | | | | 2020-07-03 | Raw | | |
| AB-218 | Red | Y | | | | | | | 2020-07-10 | Raw | | |
| AB-221 | Red | Y | | | | | | | | Raw | | |
| AB-230 | Red | Y | | | | | | | 2020-07-13 | Raw | | |
| BC-67 | Red | Y | | | | | | | | | | |
| MB-01 | Red | Y | | | | | | | 2020-06-26 | Raw | | |
| QC-11 | Other | DK | | | | | | | 2020-07-10 | | | |
| AB-132 | Red | Y | | | | Y | | | 2020-07-04 | Raw | Y | Patron |
| AB-143 | Red | DK | | | | Y | | | | | Y | Patron |

**Appendix B:** "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| | | | (b) (4) | | Y | (b) (4) | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB-66 | Red | Y | | | Y | | 2020-07-05 | Raw | Y | Patron |
| AB-67 | Other | DK | | | Y | | 2020-07-05 | | Y | Patron |
| AB-68 | Other | DK | | | Y | | 2020-07-05 | | Y | Patron |
| AB-69 | Red | Y | | | Y | | 2020-07-04 | Raw | Y | Patron |
| AB-74 | Red | M | | | Y | | 2020-07-05 | Raw | Y | Patron |
| BC-13 | Red | Y | | | Y | | 2020-06-28 | Raw | Y | Patron |
| BC-26 | White | P | | | Y | | 2020-06-28 | Raw | Y | Patron |
| BC-47 | Other | DK | | | Y | | | | | |
| BC-03 | Other | DK | | | Y | | | | | |
| BC-15 | Other | Y | | | Y | | 2020-06-27 | Cooked | Y | Patron |
| AB-145 | Red | Y | | | | | | Raw | | |
| BC-78 | Red | Y | | | Y | | 2020-07-16 | Raw | | |
| AB-80 | Other | N | | | Y | | | | | |
| MB-14 | Red | P | | | Y | | 2020-07-11 | Raw | | |
| AB-133 | Red | Y | | | Y | | 2020-08-17 | Raw | Y | Patron |
| AB-148 | Other | DK | | | Y | | 2020-07-03 | | Y | Patron |
| AB-70 | Other | DK | | | Y | | 2020-07-03 | | Y | Patron |
| AB-71 | Red | Y | | | Y | | 2020-07-06 | Raw | Y | Patron |
| BC-10 | White | DK | | | Y | | 2020-07-06 | | | |
| SK-01 | Other | P | | | Y | | 2020-07-06 | Cooked | | |

**Appendix B:** "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| Case | Color | Code | Store | Variety | | | | Address | Date | Prep | | Patron |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-70 | White | Y | (b)(4) | | | | | (b)(4) | | Raw | Y | Patron |
| BC-56 | Red | P | | | | | Y | | | Cooked | Y | Patron |
| BC-81 | Red | Y | | | | | Y | | | | Y | Patron |
| BC-38 | Red | Y | | | | | | | | | | |
| AB-193 | Red | Y | | (b) (4) | | | Y | | 2020-07-12 | Raw | | |
| AB-107 | Red | M | | | | | Y | | 2020-06-29 | | Y | Patron |
| AB-116 | Red | Y | | | | | Y | | 2020-06-30 | Raw | Y | Patron |
| AB-03 | Other | DK | | (b) (4) | | | Y | | | | | |
| BC-72 | Red | Y | | (b) (4) | | | Y | | 2020-07-10 | Raw | | |
| BC-71 | Red | Y | | (b) (4) | | | Y | | | | | |
| AB-07 | Other | P | | (b) (4) | | | Y | | 2020-07-02 | | | |
| AB-222 | White | Y | | | | | | | 2020-07-08 | Raw | | |
| AB-233 | Red | Y | | | | | | | 2020-07-12 | Raw | | |
| BC-102 | Other | DK | | (b) (4) | | | Y | | | | | |
| BC-57 | Other | DK | | (b) (4) | | | Y | | 2020-07-12 | | | |
| BC-92 | White | P | | (b) (4) | | | Y | | 2020-07-22 | Cooked | | |
| Confirmed cases with most likely onion exposure at a grocery store | | | | | | | | | | | | |
| AB-227 | Red | Y | (b)(4) | | | | | | | | | |
| AB-229 | Red | Y | | | | | | | | Raw | | |
| AB-176 | Red | Y | | | | | | | | Raw | | |
| AB-225 | White | Y | | | Y | Y | N | | May 13 | | | |
| QC-09 | White | DK | Costco | Onions52 | | | Y | 870 MONTÉE DES PIONNIERS, TERREBONNE, QC | | Cooked | | |
| QC-455 | Other | DK | Costco | Onions52 | | | Y | | | | | |
| BC-90 | Other | Y | (b)(4) | (b) (4) | | | Y | (b)(4) | | | | |

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| | | | (b) (4) | | | | (b) (4) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-89 | White | DK | | | | Y | | | Cooked | | |
| QC-02 | Other | Y | | | | | | | Cooked | | |
| BC-104 | Red | Y | | | | Y | | | Raw | | |
| QC-06 | White | P | | | | | | | Cooked | | |
| AB-106 | Red | Y | | | | | | | Cooked | | |
| BC-02 | Other | DK | | | | Y | | | | | |
| QC-12 | White | Y | | | | | | | Raw | | |
| AB-224 | White | Y | | | | | | | Raw | | |
| AB-79 | Red | Y | | | | | | | | | |
| AB-81 | Red | Y | | | | | | | Raw | | |
| AB-85 | Red | Y | | | | | | | | | |
| BC-68 | Red | Y | | | | | | 2020-07-12 | Raw | | |
| AB-186 | Red | Y | | N | | Y | | 2020-07-03 to 2020-07-06 | Raw | | |
| AB-203 | Red | Y | | | | | | | Raw | | |
| AB-234 | Red | P | | | | | | | | | |
| BC-16 | Red | DK | | Y | Y | | | June 4 | | | |
| BC-19 | White | DK | | Y | Y | | | 2020-06-20 | | | |
| BC-31 | Red | Y | | Y | Y | | | June 26, July 9 | | | |
| BC-32 | Red | Y | | | | | | 2020-05-14 | | | |

2020-Nov-03

Appendix B: "Most likely" onion exposure for each confirmed case with sufficient information; including details of exposure location, variety of onions, purchase records, and links to Thomson International

| BC-45 | Other | DK | (b) (4) | Y | Y | | (b) (4) | 2020-05-12 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BC-63 | Red | Y | | Y | N | | | | | | |
| BC-74 | Red | Y | | Y | Y | | | July 17 | Raw | | |
| BC-77 | Red | Y | | | | | | | | | |
| BC-88 | Red | Y | | N | | Y | | | Raw | | |
| QC-13 | Red | P | | | | | | | Cooked | | |
| BC-100 | Red | P | | | | | | | Raw | | |
| MB-11 | White | Y | | | | | | | Raw | | |
| MB-15 | White | Y | | Y | Y | | | 2020-07-14 | Cooked | | |
| BC-103 | Red | Y | | | | P | | | Raw | | |
| BC-75 | White | Y | | Y | N | | | | Cooked | | |
| AB-263 | Red | Y | | | | | | | Raw | | |
| BC-05 | Red | M | | Y | Y | Y | | July 2 | Raw | | |

# 2007NewWGS-1MP Analysis 10

| Key | BullerNumber | SourceState | Organism | SIS R | RecordedSerotype | IsolateDate | Source type | SourceSite | PatientSex | PatientAge | Outbreak | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RN200001251 | | AB | | Newport | | 2020-07-06 | | | Male | 2 | 2007NewWGS-1MP | |
| RN200000012 | | AB | | Newport | | 2020-07-0 | | | Male | 31 | 2007NewWGS-1MP | |
| BC20A 62A | E3310210 30 | BC | | Newport | | 2020-07-1 | | | MALE | | 2007NewWGS-1MP | |
| 20-02827 | RN-20-0001375 | AB | Newport | Newport | 2020-07-2 | 2020-07-13 | Human | Not given | Male | 75 | 2007NewWGS-1MP | no DOB or sample source prov-ded |
| 20-02877 | RN-20-0001 8 | AB | Newport | Newport | 2020-07-2 | 2020-07-15 | Human | Not given | Female | 38 | 2007NewWGS-1MP | no DOB or sample source prov-ded |
| 20-02887 | RN-20-0001 6 | AB | Newport | Newport | 2020-07-2 | 2020-07-16 | Human | Not given | Female | 31 | 2007NewWGS-1MP | no DOB or sample source prov-ded |
| 20-02813 | RN-20-000135 | AB | Newport | Newport | 2020-07-2 | 2020-07-10 | Human | Not given | Male | 7 | 2007NewWGS-1MP | no DOB or sample source prov-ded |
| BC20A 33A | E331015 808 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A 0 A | E33100 9158 | BC | Newport | Newport | | 2020-07-05 | Human | Stool | Female | 11 | 2007NewWGS-1MP | |
| 20MS0975 | 20T002858 | ON | Newport | Newport | 2020-07-12 | | Human | Stool | Female | 75 | 2007NewWGS-1MP | |
| BC20A 0A | E33101755 8 | BC | Newport | Newport | | 2020-07-11 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A 31A | E331015 773 | BC | Newport | Newport | | 2020-07-10 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 29A | E331015 726 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A 30A | E331015 751 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A 28A | E33101 7125 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 20A | E331009722 | BC | Newport | Newport | | 2020-07-02 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 37A | E331016 85 | BC | Newport | Newport | | 2020-07-10 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 3 A | E331015 828 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 23A | E3310113206 | BC | Newport | Newport | | 2020-07-06 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| 20-0253 | 20-191-01160 | PE | Salmonela | Newport | 2020-07-15 | 2020-07-09 | Human | Stool | Male | 32 | 2007NewWGS-1MP | |
| MB-20183893 | 20183893 | MB | Newport | Newport | 2020-07-10 | 2020-07-09 | HUMAN | STOOL | MALE | 23 | 2007NewWGS-1MP | |
| MB-20176 93 | 20176 93 | MB | Newport | Newport | 2020-07-13 | 2020-07-13 | HUMAN | STOOL | MALE | 68 | 2007NewWGS-1MP | |
| RN200001198 | | AB | | Newport | | 2020-07-06 | | | | | 2007NewWGS-1MP | |
| RN200001265 | | AB | | Newport | | 2020-07-09 | | | Female | 36 | 2007NewWGS-1MP | |
| RN200001291 | | AB | | Newport | | 2020-07-09 | | | Female | 5 | 2007NewWGS-1MP | |
| RN200001255 | | AB | | Newport | | 2020-07-09 | | | Male | 3 | 2007NewWGS-1MP | |
| RN200001271 | RN-20-0001271 | AB | Newport | Newport | | 2020-07-06 | | | Female | 31 | 2007NewWGS-1MP | |
| RN200000129 | | AB | | Newport | | 2020-07-08 | | | Male | 33 | 2007NewWGS-1MP | |
| RN200001293 | | AB | | Newport | | 2020-07-09 | | | Male | 1 | 2007NewWGS-1MP | |
| RN200000126 | | AB | | Newport | | 2020-07-05 | | | Male | 1 | 2007NewWGS-1MP | |
| RN200001298 | RN-20-0001298 | AB | Newport | Newport | | 2020-07-08 | | | Female | 6 | 2007NewWGS-1MP | |
| RN200001263 | | AB | | Newport | | 2020-07-08 | | | Female | 20 | 2007NewWGS-1MP | |
| RN200001295 | | AB | | Newport | | 2020-07-09 | | | Female | 2 | 2007NewWGS-1MP | |
| RN200001275 | | AB | | Newport | | 2020-07-11 | | | Male | 23 | 2007NewWGS-1MP | |
| RN200000130 | RN-20-000130 | AB | Newport | Newport | | 2020-07-10 | | | Female | 3 | 2007NewWGS-1MP | |
| BC20A 66A | E331023573 7 | BC | Newport | Newport | | 2020-07-17 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 73A | E33102 62 17 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 69A | E33102311 8 | BC | Newport | Newport | | 2020-07-1 | Human | Blood | FEMALE | | 2007NewWGS-1MP | |
| BC20A 71A | E33102 5880 | BC | Newport | Newport | | 2020-07-17 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 63A | E3310199063 | BC | Newport | Newport | | 2020-07-13 | Human | Blood | MALE | | 2007NewWGS-1MP | |
| BC20A 70A | E33102 3 97 | BC | Newport | Newport | | 2020-07-15 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 55A | E33101 2330 | BC | Newport | Newport | | 2020-07-15 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 56A | E331018 093 | BC | Newport | Newport | | 2020-07-12 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A 72A | E33102 3 36 | BC | Newport | Newport | | 2020-07-08 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| RN200001311 | | AB | | Newport | | 2020-07-07 | | | Female | 93 | 2007NewWGS-1MP | |
| BC20A 77A | E33102 9668 | BC | Newport | Newport | | 2020-07-19 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| RN200001256 | | AB | | Newport | | 2020-07-08 | | | Male | 28 | 2007NewWGS-1MP | |
| RN200001266 | RN-20-0001266 | AB | Newport | Newport | | 2020-07-06 | | | Female | 2 | 2007NewWGS-1MP | |
| RN200001226 | | AB | | Newport | | 2020-07-06 | | | | | 2007NewWGS-1MP | |
| RN200001192 | | AB | | Newport | | 2020-07-06 | | | | | 2007NewWGS-1MP | |
| RN200001260 | | AB | | Newport | | 2020-07-06 | | | | | 2007NewWGS-1MP | |
| RN200001121 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| BC20A 2A | R3310066507 | BC | Newport | Newport | | 2020-07-11 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| RN200000123 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200000119 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001233 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001193 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001328 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001213 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001221 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200012 3 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001236 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001220 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001232 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001333 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| BC20A 38A | E3310169778 | BC | Newport | Newport | | 2020-07-10 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A 76A | R3310105369 | BC | Newport | Newport | | 2020-07-17 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| RN200001261 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001228 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001215 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001209 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001262 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001325 | | AB | | Newport | | | | | | | 2007NewWGS-1MP | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RN200001273 | . | RN-20-0001274 | AB | Newport | Newport | | 2020-07-07 | | | Female | 19 | 2007NewWGS-1MP | . |
| RN200001273 | . | RN-20-0001273 | AB | Newport | Newport | | 2020-07-10 | | | Male | 45 | 2007NewWGS-1MP | . |
| RN200001310 | . | RN-20-0001310 | AB | Newport | Newport | | 2020-07-10 | | | Male | 24 | 2007NewWGS-1MP | . |
| BC20A427A | . | E3310134308 | BC | Newport | Newport | | 2020-07-12 | Human | Faeces | MALE | | 2007NewWGS-1MP | . |
| MB-20199999 | . | 20199999 | MB | Newport | Newport | 2020-07-20 | 2020-07-23 | Human | Stool | Male | 72 | 2007NewWGS-1MP | . |
| MB-20200669 | . | 20200669 | MB | Newport | Newport | | 2020-07-22 | Human | Stool | Male | 52 | 2007NewWGS-1MP | . |
| RN200001272 | . | RN-20-0001272 | AB | Newport | Newport | | 2020-07-12 | | | Female | 40 | 2007NewWGS-1MP | . |
| 20MS1029 | . | 20T0029607 | ON | Newport | Newport | 2020-07-16 | | Human | Urine | Female | 43 | 2007NewWGS-1MP | . |
| BC20A468A | . | E3310231226 | BC | Newport | Newport | | 2020-07-15 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | resident of AB |
| BC20A464A | . | E3310198029 | BC | Newport | Newport | | 2020-07-15 | Human | Faeces | MALE | | 2007NewWGS-1MP | resident of AB |
| RN200001172 | . | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | . |
| 20-02769 | . | RN-20-0001312 | AB | Newport | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Female | 34 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02762 | . | RN-20-0001335 | AB | Newport | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Male | 26 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20A432A | . | E3310154795 | BC | Newport | Newport | | 2020-07-10 | Human | Faeces | MALE | | 2007NewWGS-1MP | . |
| BC20A460A | . | E3310212884 | BC | Newport | Newport | | 2020-07-11 | Human | Faeces | MALE | | 2007NewWGS-1MP | . |
| 20-02860 | . | L0027190001 | QC | Newport | Newport | 2020-07-21 | 2020-07-05 | Human | Stool | Male | 78 | 2007NewWGS-1MP | . |
| 20-02745 | . | RN-20-0001339 | AB | Salmonella | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Female | 53 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02781 | . | RN-20-0001332 | AB | Newport | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Female | 17 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02783 | . | RN-20-0001338 | AB | Newport | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Male | 57 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02767 | . | RN-20-0001315 | AB | Newport | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Female | 43 | 2007NewWGS-1MP | no DOB or sample source provided |
| MB-20198087 | . | 20198087 | MB | Newport | Newport | 2020-07-11 | | Human | Stool | Male | 19 | 2007NewWGS-1MP | . |
| 20-02777 | . | RN-20-0001316 | AB | Newport | Newport | 2020-07-22 | 2020-07-08 | Human | Not given | Female | 13 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02819 | . | RN-20-0001362 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 28 | 2007NewWGS-1MP | no DOB or sample source provided |
| MB-20200658 | . | 20200658 | MB | Newport | Newport | 2015-10-19 | 2015-07-16 | Human | Stool | Male | 27 | 2007NewWGS-1MP | . |
| 20-02747 | . | RN-20-0001346 | AB | Salmonella | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Male | 19 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02775 | . | RN-20-0001318 | AB | Newport | Newport | 2020-07-22 | 2020-07-08 | Human | Not given | Male | 29 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02811 | . | RN-20-0001352 | AB | Newport | Newport | 2020-07-24 | 2020-07-11 | Human | Not given | Male | 24 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20A422A | . | E3310113190 | BC | Newport | Newport | | 2020-07-10 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | . |
| 20-02834 | . | RN-20-0001386 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 21 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02826 | . | RN-20-0001374 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 13 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02835 | . | RN-20-0001387 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Female | 39 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02825 | . | RN-20-0001371 | AB | Newport | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Female | 40 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02833 | . | RN-20-0001385 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 60 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02868 | . | RN-20-0001431 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 83 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02874 | . | RN-20-0001440 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 45 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02871 | . | RN-20-0001434 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Female | 45 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02896 | . | RN-20-0001478 | AB | Salmonella | Newport | 2020-07-24 | 2020-07-18 | Human | Not given | Male | 26 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02875 | . | RN-20-0001441 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 27 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02883 | . | RN-20-0001460 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 73 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02869 | . | RN-20-0001432 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Female | 58 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02870 | . | RN-20-0001433 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 30 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02872 | . | RN-20-0001435 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 19 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20A426A | . | E3310125324 | BC | Newport | Newport | | 2020-07-04 | Human | Faeces | MALE | | 2007NewWGS-1MP | . |
| MB-20200475 | . | 20200475 | MB | Newport | Newport | 2015-10-16 | 2015-10-15 | Human | Stool | Female | 27 | 2007NewWGS-1MP | Resident of AB |
| 20-02823 | . | RN-20-0001369 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 72 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02809 | . | RN-20-0001350 | AB | Newport | Newport | 2020-07-24 | 2020-07-10 | Human | Not given | Male | 28 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02812 | . | RN-20-0001353 | AB | Newport | Newport | 2020-07-24 | 2020-07-11 | Human | Not given | Male | 61 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02820 | . | RN-20-0001363 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 83 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02817 | . | RN-20-0001360 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 83 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02816 | . | RN-20-0001359 | AB | Newport | Newport | 2020-07-24 | 2020-07-09 | Human | Not given | Male | 29 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02824 | . | RN-20-0001370 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 29 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02888 | . | RN-20-0001467 | AB | Salmonella | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 55 | 2007NewWGS-1MP | no DOB or sample source provided |
| MB-20199009 | . | 20199009 | MB | Newport | Newport | 2015-10-14 | 2015-10-14 | Human | Stool | Male | 22 | 2007NewWGS-1MP | . |
| 20-02880 | . | RN-20-0001457 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 30 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02896 | . | RN-20-0001476 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 18 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02884 | . | RN-20-0001461 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 32 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02894 | . | RN-20-0001474 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 43 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02885 | . | RN-20-0001462 | AB | Newport | Newport | 2020-07-24 | 2020-07-17 | Human | Not given | Female | 43 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02895 | . | RN-20-0001475 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 45 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02889 | . | RN-20-0001468 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 98 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02814 | . | RN-20-0001355 | AB | Newport | Newport | 2020-07-24 | 2020-07-11 | Human | Not given | Male | 36 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02822 | . | RN-20-0001368 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Male | 17 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02837 | . | RN-20-0001389 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Male | 66 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02836 | . | RN-20-0001388 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 32 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02844 | . | RN-20-0001404 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Male | 19 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02843 | . | RN-20-0001402 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Male | 34 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02829 | . | RN-20-0001377 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 78 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02865 | . | RN-20-0001428 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 23 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02842 | . | RN-20-0001397 | AB | Newport | Newport | 2020-07-24 | 2020-07-17 | Human | Not given | Female | 86 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02850 | . | RN-20-0001412 | AB | Newport | Newport | 2020-07-24 | 2020-07-18 | Human | Not given | Female | 15 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02858 | . | RN-20-0001420 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 49 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02866 | . | RN-20-0001429 | AB | Newport | Newport | 2020-07-24 | 2020-07-19 | Human | Not given | Female | 90 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02828 | . | RN-20-0001376 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 30 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02867 | . | RN-20-0001430 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 46 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02847 | . | RN-20-0001408 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Female | 58 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02862 | . | RN-20-0001424 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Female | 33 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02856 | . | RN-20-0001418 | AB | Salmonella | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Male | 22 | 2007NewWGS-1MP | no DOB or sample source provided |

2020-Nov-03

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-02860 | | RN-20-0001422 | AB | Newport | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Female | 55 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02907 | | L0729010835 | SK | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Stool | Female | 23 | 2007NewWGS-1MP | |
| BC20AS23A | | E3310331938 | BC | Newport | Newport | | 2020-07-22 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS14A | New | E3310319850 | BC | Newport | Newport | | 2020-07-22 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS20A | New | E3310331820 | BC | Newport | Newport | | 2020-07-20 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS07A | New | E3310255764 | BC | Newport | Newport | | 2020-07-21 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS26A | New | E3310331858 | BC | Newport | Newport | | 2020-07-23 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS17A | New | E3310331678 | BC | Newport | Newport | | 2020-07-22 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS19A | New | E3310331807 | BC | Newport | Newport | | 2020-07-20 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS04A | New | E3310274918 | BC | Newport | Newport | | 2020-07-17 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS11A | New | E3310319881 | BC | Newport | Newport | | 2020-07-22 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS06A | New | E3310302189 | BC | Newport | Newport | | 2020-07-21 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS13A | New | E3310319782 | BC | Newport | Newport | | 2020-07-24 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS16A | New | E3310331658 | BC | Newport | Newport | | 2020-07-21 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS10A | New | E3310330516 | BC | Newport | Newport | | 2020-07-22 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS09A | New | E3310300498 | BC | Newport | Newport | | 2020-07-21 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS24A | New | E3310331838 | BC | Newport | Newport | | 2020-07-24 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS08A | New | E3310300476 | BC | Newport | Newport | | 2020-07-21 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| MB-20199006 | | 20199006 | MB | Newport | Newport | 2020-07-14 | 2020-07-14 | HUMAN | STOOL | FEMALE | 29 | 2007NewWGS-1MP | |
| 20-02861 | | RN-20-0001423 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Female | 28 | 2007NewWGS-1MP | no DOB or sample source provided |
| MB-20200570 | | 20200570 | MB | Newport | Newport | 2015-07-17 | 2020-07-13 | Human | Stool | Male | 31 | 2007NewWGS-1MP | |
| MB-20200697 | | 20200697 | MB | Newport | Newport | | 2020-07-23 | Human | Stool | Female | 44 | 2007NewWGS-1MP | |
| BC20A476A | | E3310246080 | AB | Newport | Newport | 2020-07-21 | 2020-07-16 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS25A | New | E3310331869 | BC | Newport | Newport | | 2020-07-24 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| 20-02857 | | RN-20-0001419 | AB | Newport | Newport | | 2020-07-14 | Human | Not given | Female | 62 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02883 | | RN-20-0001473 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 59 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02899 | | RN-20-0001480 | AB | Newport | Newport | 2020-07-24 | 2020-07-07 | Human | Not given | Male | 84 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20AS24A | | E3310125206 | BC | Newport | Newport | | 2020-07-07 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A424A | | E3310124511 | AB | Newport | Newport | | 2020-07-16 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A474A | | E3310246284 | AB | Newport | Newport | | 2020-07-13 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20AS22A | New | E3310331901 | BC | Newport | Newport | | 2020-07-23 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A439A | | E3310172129 | BC | Newport | Newport | | 2020-07-20 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| 20-02808 | | RN-20-0001348 | AB | Newport | Newport | 2020-07-24 | 2020-07-10 | Human | Not given | Female | 77 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02846 | | RN-20-0001406 | AB | Newport | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Male | 24 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02854 | | RN-20-0001416 | AB | Newport | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Male | 23 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20A459A | | E3310198052 | BC | Newport | Newport | | 2020-07-13 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| 20-02848 | | RN-20-0001409 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 87 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02873 | | RN-20-0001437 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 87 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02891 | | RN-20-0001471 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Female | 44 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02841 | | RN-20-0001394 | AB | Newport | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Male | 42 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02787 | | RN-20-0001321 | AB | Newport | Newport | 2020-07-22 | 2020-07-09 | Human | Not given | Male | 24 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02881 | | RN-20-0001458 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 89 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02838 | | RN-20-0001390 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Female | 23 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02831 | | RN-20-0001379 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Female | 30 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02815 | | RN-20-0001356 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 23 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02882 | | RN-20-0001459 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 73 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02852 | | RN-20-0001414 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Male | 18 | 2007NewWGS-1MP | no DOB or sample source provided |
| RN200001231 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001329 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001222 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001197 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001292 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| 20-02790 | | RN-20-0001322 | AB | Newport | Newport | 2020-07-22 | 2020-07-08 | Human | Not given | Female | 49 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02725 | | L0717R010523 | SK | Newport | Newport | | 2020-07-09 | Human | Stool | Male | 68 | 2007NewWGS-1MP | |
| 20-02879 | | RN-20-0001456 | AB | Newport | Newport | 2020-07-24 | 2020-07-16 | Human | Not given | Male | 96 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02849 | | RN-20-0001411 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Male | 39 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02878 | | RN-20-0001449 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Female | 10 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20A467A | | E3310235751 | BC | Newport | Newport | | 2020-07-17 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| 20-02785 | | RN-20-0001320 | AB | Newport | Newport | 2020-07-22 | 2020-07-10 | Human | Not given | Female | 26 | 2007NewWGS-1MP | no DOB or sample source provided |
| RN200001301 | | RN-20-0001301 | AB | Newport | Newport | | | Human | Not given | Male | 46 | 2007NewWGS-1MP | |
| BC20AS05A | | E3310273420 | BC | Newport | Newport | | 2020-07-16 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20AS65A | | E3310197999 | BC | Newport | Newport | | 2020-07-13 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A435A | | E3310154846 | BC | Newport | Newport | | 2020-07-09 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| BC20A475A | | E3310243574 | BC | Newport | Newport | | 2020-07-13 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| MB-20200490 | | 20200490 | MB | Newport | Newport | 2015-07-16 | 2015-07-15 | Human | Stool | Female | 38 | 2007NewWGS-1MP | |
| BC20AS15A | New | E3310262734 | BC | Newport | Newport | | 2020-07-21 | Human | Faeces | MALE | | 2007NewWGS-1MP | |
| BC20A441A | | E3310175569 | BC | Newport | Newport | | 2020-07-13 | Human | Blood | FEMALE | | 2007NewWGS-1MP | |
| BC20A458A | | E3310199487 | BC | Newport | Newport | | 2020-07-14 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| RN200001334 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| RN200001199 | | | AB | Newport | Newport | | | | | | | 2007NewWGS-1MP | |
| 20-02876 | | RN-20-0001447 | AB | Newport | Newport | 2020-07-24 | 2020-07-15 | Human | Not given | Female | 41 | 2007NewWGS-1MP | no DOB or sample source provided |
| BC20AS12A | New | E3310319901 | BC | Newport | Newport | | 2020-07-24 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | |
| 20-02742 | | RN-20-0001341 | AB | Salmonella | Newport | 2020-07-24 | 2020-07-06 | Human | Not given | Female | 19 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02845 | | RN-20-0001405 | AB | Newport | Newport | 2020-07-24 | 2020-07-13 | Human | Not given | Female | 31 | 2007NewWGS-1MP | no DOB or sample source provided |
| 20-02855 | | L0717R010525 | SK | Newport | Newport | | 2020-07-26 | Human | Stool | Female | 16 | 2007NewWGS-1MP | |
| BC20AS21A | | E3310331864 | BC | Newport | Newport | 2020-07-24 | 2020-07-22 | Human | Faeces | MALE | | 2007NewWGS-1MP | no DOB or sample source provided |



| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New BC20A503A | . | E3310273450 | BC | Newport | Newport | | 2020-07-18 | Human | Faeces | MALE | | 2007NewWGS-1MP | . . |
| 20-02818 | . | RN-20-0001361 | AB | Newport | Newport | 2020-07-24 | 2020-07-12 | Human | Not given | Male | 53 | 2007NewWGS-1MP | no DOB or sample source provided . |
| 20-02743 | . | RN-20-0001347 | AB | Salmonella | Newport | 2020-07-22 | 2020-07-09 | Human | Not given | Male | 25 | 2007NewWGS-1MP | no DOB or sample source provided . |
| 20-02724 | . | L0716R010455 | SK | Newport | Newport | 2020-07-22 | 2020-07-08 | Human | Stool | Male | 29 | 2007NewWGS-1MP | . . |
| BC20A421A | . | E3310097237 | BC | Newport | Newport | | 2020-07-03 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | . . |
| MB-20199008 | . | 20199008 | MB | Newport | Newport | 2015-07-14 | 2015-07-14 | Human | Stool | Female | 70 | 2007NewWGS-1MP | . . |
| New BC20A518A | . | E3310331774 | BC | Newport | Newport | | 2020-07-19 | Human | Faeces | FEMALE | | 2007NewWGS-1MP | . . |
| MB-20200752 | . | 20200752 | MB | Newport | Newport | 2020-07-21 | 2020-07-23 | Human | Stool | Male | 4 | 2007NewWGS-1MP | . . |
| 20-02839 | . | RN-20-0001391 | AB | Newport | Newport | 2020-07-24 | 2020-07-14 | Human | Not given | Male | 14 | 2007NewWGS-1MP | no DOB or sample source provided . |
| 20-02728 | . | L0717R010534 | SK | Newport | Newport | 2020-07-22 | 2020-07-14 | Human | Stool | Female | 23 | 2007NewWGS-1MP | . . |
| RN200001205 | . | | AB | | Newport | | | | | | | 2007NewWGS-1MP | . . |

Comparison generated using BioNumericsv 7.6.3 based on 4571 alleles.  All isolates included in the analysis would be considered related by wgMLST. The wgMLSTdifferences indicated at the nodes were calculated using UPGMA and therefore, are not whole numbers. To determine the nearest whole number value, round up if the digit following the decimal is 5 or greater; round down if the digit following the decimal is less than 4.
PulseNetCanada 2020-08-04

# CFSAN Biostatistics and Bioinformatics Staff WGS Analysis Rep ort

**Report Title: Report_SalRedOnion_Thomson_20**  **10_20**

**Firm Name: Thomson International. Inc (Bakersfield, CA)**

**Pathogen: Salmonella**

**Sample or Facts IDs:**

1146715, 1146716, 1146754, 1146755, 1146713, 1146714, 1146757, 1146791, 1146797, 1146795

**Date Generated:** **20 October**, 2020

**Bioinformatician:** Yan Luo

**WGS Interpretation:**

141 isolates have been were WGS analyzed, including 4 sediment samples (1146715, 1146716, 1146754 and 1146755), 5 water ultrafiltration samples (1146713, 1146714, 1146757, 1146791, 1146797) and 1 scat sample (1146795) collected from Thomson International Inc.(Bakersfield, CA). Isolate FDA 1146716-S001-001 showed abnormal genome size (~5.9Mb). The rest of 140 isolates were found to belong to possibly 17 different Salmonella strains listed below.

1) Cluster 1 (S. Montevideo), 6 isolates from sub 2 of sample 1146754 were genetically identical to one another, rep-resenting the same strain, which was also likely a match to a sprout sample collected in 2012 and 48 clinical isolates (majority were from outbreak 1801MLJIX-1), with less than 16 SNPs. (for bet-ter resolution, the tree shown below is a subset tree of a large SNP cluster, which can be found at https://www.ncbi.nlm.nih.gov/pathogens/tree#Salmonella/PDG000000002.1980/PDS000027236?key=n9EeSWwrqV_-n54zn___p1ViPLQ7bewU1GqkA8VOngTcS5IL8ks)

2) Cluster 2 (S. Montevideo), 28 isolates were genetically identical to one another representing one strain, including 8 isolates from sub 1 of sample 1146754, 2 isolates from sub 1 and 1 isolate from sub 2 of sample 1146714, 0 isolates from sub 1 and 5 isolates from sub 2 of sample 1146755, and 2 isolates from sub 1 of sample 1146791. 37 isolates were genetically identical to one another representing one strain, including 11 isolates from sub 1, 12 isolates from sub 2, and 14 isolates from sub 3 of sample 1146755. However it's inconclusive whether these two strains were the same strain or not. It's also inconclusive whether they matched anything else in the database (for better resolution, the tree shown below is a subset tree of a large SNP cluster which can be found at https://www.ncbi.nlm.nih.gov/pathogens/tree#Salmonella/PDG000000002.1980/PDS000028037.132?key=ltgXIZZDUzcAfWDRYR0BRaewzm4fBo5_tgHGaKcI_4PBgkCA)

3) Cluster 3 (S. subsp. arizonae), FDA 1146715-S002-001, FDA 1146715-S003-001 and FDA 1146716-S003-001 were genetically identical to one another representing the same strain. This strain was a unique strain in the database, with no other closely related isolates. (https://www.ncbi.nlm.nih.gov/pathogens/tree#Salmonella/PDG000000002.1980/PDS000070968.1?key=B0mG26a5Y800DVShVW01NZTd_RrvkYjosJbA6Gy-vi4t_b3Irc)

4) Cluster 4 (S. Newport), 24 isolates were genetically identical to one another representing the same strain, including 5 isolates from sub 4 of sample 1146715, 1 isolate from sub 2 of sample 1146754, isolates from sub 2 of

sample 1146713, 2 isolates from sub 1 and 3 isolates from sub 2 of sample 1146714, 2 isolates from sub 1 and 3 isolates from sub 2 of sample 1146787, and 1 isolate from sub 2 of sample 1146791. This strain matched 6 clinical isolates collected between 2017 and 2019.

5) Cluster 5 (S. Muenchen): 6 isolates were genetically identical to one another, representing the same strain, including 1 isolate from sub 2 of sample 1146757 and 5 isolates from sub 2 of sample 1146716. This strain matched 2 clinical isolates from 2019. It's also possible that this strain was the same strain that caused the alfalfa sprout outbreak in 2016 (1601MLJJ6-1).

6) Cluster 6 (S. subsp. arizonae): It's highly likely that FDA1146716-S004-001 and FDA1146795-S001-001 matched the environmental sample collected from water canal in CA within 16 SNPs. No other isolates were found to be closely related to these three samples (https://www.ncbi.nlm.nih.gov/pathogens/tree#Salmonella/PDG000000002.1980/PDS000070967.2?key=15lWN_5VOyFs4QxNDYFt2fCrmYe-hUz8dlIE62WmPux8ozLjUqM)

7) Cluster 7 (S. subsp.houtenae): FDA1146714-2-RXG was a unique strain in the database with no other closely related isolates.

8) Cluster 8 (S. Newport): FDA1146791-2-THB and FDA1146791-1-RHG were genetically identical to each other, representing the same strain, which matched a food sample collected from AZ in 2015. It's inconclusive whether this strain was the same strain as 1 raw organic spinach isolate collected from AZ in 2018 and 6 clinical isolates from 2018.

9) Cluster 9 (S. Anatum): 2 isolates from sub 1 of sample 1146797 were genetically identical to each other, representing the same strain. It's inconclusive whether this strain matched anything else in the database.

10) Cluster 10 (S. Tennessee): 3 isolates from sub 1 and 2 isolates from sub 2 of sample 1146797 were genetically identical to one another, representing the same strain. This strain was unique in the database with no other closely related isolates.

11) Cluster 11 (S. Tennessee): FDA1146797-1-TXB and FDA1146797-2-TXA were genetically identical to each other, representing the same strain. It's possible that this strain also matched isolates BCW_6535.

12) Cluster 12 (S. Taksony): FDA1146797-2-TXB and FDA1146797-2-THG were genetically identical to each other, representing the same strain. This strain was unique in the database with no other closely related isolates.

13) Cluster 13 (S. Thompson): 6 isolates were genetically identical, representing the same strain, including 3 isolates from sub 1 and 3 isolates from sub 2 of sample 1146791. It's inconclusive whether this strain matched anything else in the database.

14) Cluster 14 (S. Braenderup): 9 isolates were genetically identical, representing the same strain, including 4 isolates from sub 1 and 5 isolates from sub 2 of sample 1146791. This strain matched a clinical isolate from 2017.

15) Cluster 15 (S. Elomrane): FDA1146791-1-RHA was a unique strain in the database, with no other closely isolates.

16) Cluster 16 (S. Senftenberg): FDA1146791-1-THA was highly related to 2 other food isolates and 13 clinical isolates, but it was inconclusive whether there was a match among all those isolates.

2

In summary, about 17 different strains were identified from the 140 isolates, including 5 unique strains with no closely related isolates, and 4 strains that had clinical matches. But none of the 140 isolates was related to the onion outbreak strain.

**NCBI SNP Cluster ID(s):** **PDS000027237.135, PDS000028037.131, PDS000070968.1, PDS000051782.9, PDS000028057.8, PDS000070967.2, PDS000032341.9, PDS000028248.6, PDS000071575.1, PDS000031270.15, PDS000071572.1, PDS000032705.469, PDS000027685.2, PDS000031947.17**

Cluster(s) can be monitored by searching for ID here.

**CFSAN SNP Pipeline Version:** `v2.1.0`

**See below for phylogenetic clusters (if they were generated).**

**References**

- Information about the CFSAN SNP Pipeline can be found https://peerj.com/articles/cs-20/.
- Information on the interpretation of SNP distances and those clusters can be found https://www.frontiersin.org/articles/10.3389/fmicb.2018.01482/full.

---

3

Report_SalThomson_clust1_200921



4

Report_SalThomson_clust2_200921



5

Report_SalThomson_clust4_200921



6

## Report_SalThomson_clust5_200921

OSF071188 2015 USA:AZ Raw Organic Baby Spinach
OSF070564 2015 USA:AZ Raw Product
OSF071189 2015 USA:AZ Raw Organic Baby Spinach
OSF071193 2016 USA:AZ Raw Organic Baby Spinach
OSF070287 2015 USA:AZ Raw Organic Baby Spinach
OSF070286 2015 USA:AZ Raw Organic Baby Spinach
OSF070285 2015 USA:AZ Raw Organic Baby Spinach
PNUSAS002389 2016-05 USA blood
2016K-0290  USA
2016K-0293  USA
PNUSAS001996 2016-03 USA stool
PNUSAS002519 2016-05 USA stool
PNUSAS001854 2016-03 USA stool
2016K-0240  USA
PNUSAS002333  USA
PNUSAS001876 2016-03 USA stool
2016K-0151  USA
PNUSAS002331  USA
PNUSAS001855 2016-03 USA stool
PNUSAS059246  USA
PNUSAS009502 2016-07 USA stool
IFSH00045 2016-04-11 USA:CA Alfalfa Sprouts
PNUSAS002591 2016-05 USA stool
2016K-0149  USA
2016K-0236  USA
PNUSAS001918 2016-03 USA stool
IFSH00046 2016-04-11 USA:CA Alfalfa Sprouts
2016K-0150  USA
2016K-0108 2015-12 USA stool
PNUSAS002056 2016-04 USA stool
2016K-0146 2015-12 USA stool
2016K-0152  USA
2016K-0291  USA
PNUSAS002332 2016-04 USA stool
PNUSAS002520  USA
2016K-0109 2015-12 USA stool
DFPST0074 2017-07-24 USA:TN Alfalfa Sprouts
DFPST0076 2017-07-24 USA:TN Alfalfa Sprouts
IFSH00307 2017-07-24 USA:TN Alfalfa Sprouts
FDA1146716-S002-006 2020-08-21 USA:CA soil sediment
FDA1146716-S002-003 2020-08-21 USA:CA soil sediment
FDA1146716-S002-001 2020-08-21 USA:CA soil sediment
FDA1146716-S002-004 2020-08-21 USA:CA soil sediment
FDA1146716-S002-002 2020-08-21 USA:CA soil sediment
FDA1146757-2-TXA 2020-08-24 USA:CA water ultrafiltration membrane
PNUSAS066457  USA
PNUSAS094059  USA

<= 18 SNPs
mean:
3 SNPs

<= 12 SNPs

7

Report_SalThomson_clust8_200921



8

Report_SalThomson_clust9_200921



9

Report_SalThomson_clust10_200921



10

# Report_SalThomson_clust11_200921



11

Report_SalThomson_clust13_200921

CVM N54271 2014 USA NY chicken breast
PNUSAS149623 USA
j00985 2017–07 United Kingdom United Kingdom human
594028 2017–07 United Kingdom United Kingdom human
WAPHL–SAL–A00307 2002 USA CT Chicken breasts
WAPHL–SAL–A00306 2002 USA CT Chicken breasts
PNUSAS165309 USA
PNUSAS055768 USA
PNUSAS047248 USA
ERR2719715
CVM N42334 2012 USA GA chicken breast
CVM N42335 2012 USA GA chicken breast
CVM N42234 2012 USA NM chicken breast
FSIS12027969 2020 USA MN raw intact chicken
CVM N42486 2012 USA NM chicken breast
FSIS21920701 2017 USA PR comminuted chicken
FD41146791-1-RXC 2020–08–24 USA CA water ultrafiltration membrane
FD41146791-1-RRB 2020–08–24 USA CA water ultrafiltration membrane
FD41146791-2-RRB 2020–08–24 USA CA water ultrafiltration membrane
FD41146791-2-RXA 2020–08–24 USA CA water ultrafiltration membrane
FD41146791-1-TXA 2020–08–24 USA CA water ultrafi tra ion membrane
FD41146791-2-RR4 2020–08–24 USA CA water ultrafiltration membrane

0–2 SNPs

PNUSAS162268 USA
PNUSAS051267 USA
IIA.M18
2012K–1440 Netherlands
ERR2719899
2012K–1438 Netherlands
146192 2015–08 United Kingdom United Kingdom human
103251 2015–04 United Kingdom United Kingdom human
613023 2016–09 United Kingdom United Kingdom human
Burnett-PUCV3 2018 Chile chicken meat
341287 2017–02 United Kingdom United Kingdom human
ERR2719925
PUCV89 2018 Chile chicken meat
PNUSAS134239 USA
2016AM–2259 USA
PNUSAS090770 USA
13–5510 Canada
PNUSAS077684 USA
PNUSAS023183 2017 USA
PNUSAS164233 USA
2016AM–3380 USA
PNUSAS005046 2016–10 USA stool
PNUSAS003045 USA
IIA GW S02866–06
ADRDL–2814 2019–04–22 USA MN Bovine Mesenteric Lymph Node (Bos taurus)
PNUSAS051617 USA
PNUSAS064788 USA
IIA GW S04136–08
236266 2016–03 United Kingdom United Kingdom human
JWC–1015–21TT–CAB18 2014–10–14 USA Oregon Tree nut
FSIS21822264 2018 USA CA comminuted chicken
CFSAN106869 2020–08–24 USA CA water u trafiltration membrane
CFSAN106867 2020–08–24 USA CA water u trafiltration membrane
PNUSAS018983 USA
2015AM–2457 USA
2015AM–3571 USA
PNUSAS150544 USA
342924 2017–02 United Kingdom United Kingdom human
604877 2018–09 United Kingdom United Kingdom human
342925 2017–02 United Kingdom United Kingdom human
PNUSAS062864 USA
PNUSAS076947 USA
PNUSAS083022 USA
PNUSAS060124 USA
PNUSAS150392 USA
PNUSAS110389 USA
PNUSAS115194 USA
PNUSAS068791 USA
PNUSAS043093 USA
PNUSAS147251 USA
PNUSAS046396 USA
PNUSAS086243 USA
PNUSAS140126 2015–11–19 USA MD stool
PNUSAS158724 USA
PNUSAS035582 2018–01 USA stool
PNUSAS037304 2018–01 USA stool
PNUSAS036914 USA
PNUSAS036568 2018–01 USA stool
PNUSAS089468 USA
FSIS21822540 2018 USA AR comminuted chicken
PNUSAS011078 2017–03 USA stool
CVM N18S0111 2016 CA–UC Davis Chicken Thighs
PNUSAS016903 USA
PNUSAS143447 USA
PNUSAS072420 USA
PNUSAS110759 USA
FSIS11924538 2019 USA AR raw intact chicken
FSIS31801168 2018 USA AR chicken carcass
PNUSAS152969 USA
FSIS17103HI 2017 USA AR comminuted chicken
2015AM–3359 USA
PNUSAS017252 USA
PNUSAS016047 USA
PNUSAS062318 USA
PNUSAS160095 USA
AZ T.G71087 2013–07–10 USA OH Thin sliced chicken breast
FSIS31800131 2018 USA AR raw intact chicken
TA–2011109305 2011–10–04 USA IA Broiler carcass
PNUSAS140025 USA
PNUSAS142383 USA
PNUSAS061990 USA
WAPHL–SAL–A00301 2002 USA GA Chicken breasts
FSIS11706312 2017 USA IL animal–swine–market swine
CFSAN030091 2012 USA N product egg raw whole
CFSAN030084 2012 USA AL product–egg–raw–yolks
CFSAN030088 2012 USA OR product egg raw whole
PNUSAS086288 USA
CFSAN035295 2012 USA GA product egg raw white
CFSAN030087 2012 USA OR product egg raw white

12

Report_SalThomson_clust14_200921



13

### Report_SalThomson_clust16_200921



14

*Salmonella* Newport – Multi-state Outbreak – July 2020

### Sysco Montana POS Leg Traceback Diagram – Red Onions



Thomson International Inc
11220 S. Vineland Rd.
Bakersfield, CA 93307-9489

via distributor
Onions 52 Inc
850 S. 2000 W.
Syracuse, UT 84075-6924

Key

Records available

Informational data available

FDA
Coordinated Outbreak Response and Evaluation
[Date Created: 07/21/2020; Date Finalized: 08/24/2020]

This report contains confidential/commercial information and may not be further distributed beyond its intended FDA audience without express permission from FDA.

**Sysco Portland POS Leg Traceback Diagram – Red Onions**

(b)(4)

(b)(4)

Thomson International Inc
11220 S. Vineland Rd.
Bakersfield, CA 93307-9489

via distributor
Onions 52 Inc
850 S. 2000 W.
Syracuse, UT 84075-6924

(b)(4)

(b)(4)

(b)(4)

Key
→ Records available
⇢ Informational data available

FDA
Coordinated Outbreak Response and Evaluation
[Date Created: 07/21/2020; Date Finalized: 08/06/2020]

This report contains confidential/commercial information and may not be further distributed beyond its intended FDA audience without express permission from FDA.

*Salmonella Newport – Multi-state Outbreak, July 2020*

**Sysco Arizona POS Leg Traceback Diagram – Red Onions**



Sysco Arizona, Inc.
611 South 80th Ave.
Tolleson, AZ 85353-4025

FROM: Onions 52 Inc
Product Description: US#1 Carton 25 lb Jumbo Red
Conv Globe Type Onions Produce of USA

| BOL Delivery Date | Order # | Cust PO # | Qty |
|---|---|---|---|
| 06/04/2020 | 0164426 | 1914827 | 324 |
| 06/09/2020 | 0172601 | 1915114 | 324 |
| 06/17/2020 | 0178608 | 1915409 | 324 |
| 06/19/2020 | 0185015 | 1915695 | 108 |
| 06/30/2020 | 0189522 | 1915978 | 324 |
| 07/07/2020 | 0198729 | 1914261 | 216 |
| 07/16/2020 | 0207206 | 1916568 | 324 |

Thomson International Inc
11220 S. Vineland Rd.
Bakersfield, CA 93307-9489

via distributor
Onions 52 Inc
850 S. 2000 W.
Syracuse, UT 84075-6924



Key
Records available
Informational data available

FDA
Coordinated Outbreak Response and Evaluation
[Date Created: 08/11/2020; Date Finalized: 08/11/2020]

This report contains confidential/commercial information and may not be further distributed beyond its intended FDA audience without express permission from FDA.

## Pat's Select Pizza and Grill Leg Traceback Diagram – Red Onions



Thomson International Inc
11220 S. Vineland Rd.
Bakersfield, CA 93307-9489

via distributor
Onions 52 Inc
850 S. 2000 W.
Syracuse, UT 84075-6924



Key
Records available
Informational data available

*Salmonella* Newport – Multi-state Outbreak – July 2020

**Master Traceback Diagram – Red Onions**





FDA
Coordinated Outbreak Response and Evaluation
[Date Created: 07/21/2020; Date Finalized: 08/28/2020]

**This report contains confidential/commercial information and may not be further distributed beyond its intended FDA audience without express permission from FDA.**

*Salmonella* Newport – Multi-state Outbreak July 2020

**Traceforward Product Flow Diagram – Recalled Onions**



FDA
Coordinated Outbreak Response and Evaluation
[Date Created: 08/26/2020; Date Finalized: 08/28/2020]

This report contains confidential/commercial information and may not be further distributed beyond its intended FDA audience without express permission from FDA

# EXHIBIT 3

**Simone Stampfer**

| | |
|---|---|
| **From:** | Helen Chen |
| **Sent:** | Monday, June 5, 2023 12:26 PM |
| **To:** | Simone Stampfer; Patricia Chavez |
| **Subject:** | FW: Your FOIA Request 2023-4418 |

Pls. upload and email.

Sincerely,

Helen Chen
Greenan Peffer Sallander & Lally LLP
2000 Crow Canyon Place, Suite 380 I San Ramon, CA 94583
I  Direct: 925.498.2404 | Fax: 925.830.8787

Website: www.gpsllp.com I Email: hchen@gpsllp.com

The information contained in this e-mail is legally privileged and confidential information intended only for the use of the addressee.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail message is strictly prohibited.  If you have received this message in error, please immediately notify the sender at (925)866-1000 or info@gpsllp.com.

**From:** Wilde, Samantha <Samantha.Wilde@fda.hhs.gov>
**Sent:** Friday, June 2, 2023 11:28 AM
**To:** Helen Chen <hchen@gpsllp.com>
**Cc:** Jones, Kimberly (CFSAN) <Kimberly.Jones@fda.hhs.gov>; Rennie, Chalmer <Chalmer.Rennie@fda.hhs.gov>
**Subject:** Your FOIA Request 2023-4418

Attention: Helen Chen

This is email is in regards to your Freedom of Information Act  request, dated May 24, 2023, submitted to the Food and Drug Administration (FDA), assigned to Center for Food Safety and Applied Nutrition (CFSAN) seeking:

> ➤ All publicly-available records relating to any reported illness of John Kahlie, including but not limited to correspondence, investigative reports, medical records, laboratory test results, epidemiological records and Whole Genomic Sequencing ("WGS") ID related to John Kahlie.  2. All records relating to your investigation of Thomson as a potential source of Salmonella Newport outbreak in 2020." 3. All records relating to the WGS of Salmonella Newport outbreak in 2020. 4. All records detailing potential sources of Salmonella Newport outbreak in 2020. 5. All records detailing potential sources of Salmonella Newport outbreak tied to onions in 2020. 6. All of your traceback records relating to the Salmonella Newport outbreak in 2020. 7. All records detailing your investigative procedures for identifying sources of foodborne illnesses reported to you that were used to identify the source of foodborne illnesses reported in 2020. 8. All records relating to efforts to continue investigating foodborne illnesses after a potential source is identified that were part of your procedures for foodborne illness outbreaks in 2020.

A portion of your records can be found on FDA.gov at the link here:   CFSAN FOIA Electronic Reading Room | FDA under CFSAN Electronic Reading Room Postings, Posted 2023,  in which you will find  responsive records here: **https://www.fda.gov/media/166751/download#10408**

Your request is granted in part. After a thorough review of the responsive records, we have determined that portions of the documents are exempt from disclosure under FOIA exemptions (b)(4) and (b)(5) of the FOIA 5 U.S.C. § 552, as amended and delineated below:

➢ Exemption (b)(4) protects from disclosure "trade secrets" (TS) and "commercial confidential information" (CCI) or financial information that was obtained from a person outside the government and that is privileged or confidential.
➢ The FOIA exemption (b)(5) permits the withholding of inter-agency or intra-agency communications records which are part of the deliberative process and pre-decisional.  Disclosure of such material could inhibit the open and candid expression of opinions and diminish the quality of the decision-making process.

In determining to withhold such information, FDA considered 5 USC 552(a)(8)(i), when applicable, and whether FDA reasonably foresees that disclosure of such information would harm an interest protected by the relevant exemption(s) and whether disclosure is prohibited by law.

CFSAN is responding with records only to items #1-8 of your request.  CFSAN conducted a search for item #1 and was unable to locate any records responsive to that item. Therefore, CFSAN considers your request closed.  This response does not constitute a final agency action, please be advised that your request has been assigned to one or more FDA components that will reply directly to you with any responsive records in their purview.

You have the right to appeal this determination.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  Your appeal must be mailed within 90 days from the date of this response, to: Director, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.   Please clearly mark both the envelope and your letter "FDA Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, please contact Kimberly.Jones@fda.hhs.gov  or by telephone 240-402-1825. You may also contact the FDA FOIA Public Liaison for assistance at: Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, MD 20740-6001; telephone at  202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769;  e-mail at ogis@nara.gov.

Please do not submit payment until you receive an invoice. The following charges for this request to date may be included in a monthly invoice:

Reproduction $0.00    Search $0.00      Review $0.00      Other $0.00    Total $0.00

Sincerely,

*Samantha Wilde*

**Samantha Wilde**
*Government Information Specialist*
**Center for Food Safety and Applied Nutrition (CFSAN)**
**Office of Regulations and Policy**
**U.S. Food and Drug Administration (FDA)**
Tel: 240-402-0003
samantha.wilde@fda.hhs.gov



3

# EXHIBIT 4

**From:** Vidanes, Jeff@CDPH <Jeff.Vidanes@cdph.ca.gov>
**Sent:** Tuesday, July 28, 2020 8:47 AM
**To:** ████████████████████StateRFR-Needham, Michael <Michael.Needham@cdph.ca.gov>; Adcock, Brandon@CDPH <Brandon.Adcock@cdph.ca.gov>
**Cc:** ███████████████████████
**Subject:** RE: CRT3 - Updates from CA clusters and Need for Assignment to ████████ - Salmonella Newport/Unknown/Jul 2020

Hi Nicole,

We expanded our investigation to include tomatoes and onions, in addition to cilantro. All of the 22 cilantro samples that we collected from retail last week tested negative for Salmonella.



This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it must not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at







This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it must not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at





AUSTIN1666