Eric Gruber (CA # 262602)
GRUBER LAW GROUP
770 L St., Ste. 950
Sacramento, CA 95814
Telephone: (415) 868-5297
Facsimile: 415-325-5905
eric@gruberlawgroup.com

-and-

Raymond Trueblood-Konz (MN #391236 admitted *pro hac vice*)
David Coyle (MN # 396431 admitted *pro hac vice*)
PRITZKER HAGEMAN, P.A.
45 South Seventh Street, Suite 2950
Minneapolis, MN 55402
Telephone: 612-338-0202
raymond@pritzkerlaw.com
dcoyle@pritzkerlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al., | Case No.: 1:21-cv-01609-JLT-CDB |
| Plaintiff(s), | **DECLARATION OF ATTORNEY DAVID COYLE** |
| v. | Judge:   Jennifer L. Thurston |
| THOMSON INTERNATIONAL, INCORPORATED, | Date Action Filed:   November 4, 2021 |
| Defendant(s). | Trial Date:   July 9, 2024 |
| AND CONSOLIDATED ACTIONS | |

I, David Coyle, declare as follows:

1. I am an attorney licensed in the State of Minnesota, admitted *pro hac vice* to the United States District Court for the Eastern District of California, and am one of the attorneys at Pritzker Hageman, P.A. representing Plaintiffs Amanda Erickson, John Kahlie, Jose Mena, James Thompson, Linda Mitchell, and Ashleigh Angelo. I can truthfully testify from my own knowledge as follows.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of Dr. Jonathan Ellis's October 27, 2023, deposition.

3. Attached as **Exhibit B** are true and correct copies of Dr. Jonathan Ellis's September 12, 2023, reports.

4. Attached as **Exhibit C** is a true and correct copy of CACI 1223.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the transcript of Jack Thomson's June 12, 2023, deposition.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the transcript of Frank Yiannas' July 31, 2023, deposition.

7. Attached as **Exhibit F** is a true and correct copy of Frank Yiannas' September 11, 2023, report.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the transcript of Dr. Ernest Julian's October 27, 2023, deposition.

9. Attached as **Exhibit H** is a true and correct copy of Dr. Ernest Julian's September 12, 2023, report.

10. Attached as **Exhibit I** is a true and correct copy of excerpts from the transcript of Martin Wiedmann's November 30, 2023, deposition.

11. Attached as **Exhibit J** is a true and correct copy of the July 21, 2020, Montana Public Health Laboratory results regarding Plaintiff Amanda Erickson.

12. Attached as **Exhibit K** is a true and correct copy of the July 22, 2020, McKenzie County Healthcare results regarding Plaintiff Jose Mena.

13. Attached as **Exhibit L** is a true and correct copy of the July 21, 2020, Main Line Health results regarding Plaintiff Linda Mitchell.

I declare under penalty of perjury under California, Minnesota, and Federal law that the foregoing is true and correct. Executed in Hennepin County, Minnesota on June 11, 2024.

1  Dated: June 11, 2024               PRITZKER HAGEMAN, P.A.
2
3                                      By: _____
                                          David Coyle, Esq. (admitted *pro hac vice*)
4                                         100 University Ave. SE
                                          Minneapolis, MN 55414
5                                         (612) 338-0202 Phone
                                          (612) 338-0104 Fax
6                                         *Attorney for Plaintiffs*

3