CASE NUMBER: 1-:21-cv-01609-JTL-CDB

Angelo v Thomson International Inc

PLAINTIFFS SUPPLEMENTAL EXHIBIT LIST

| Exhibit No. | Description | Offered by | Authenticity Stipulated to | Admissibility Stipulated to | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Babylon Health Records (PH PLAINTIFF ANGELO 000987-0001024) | Plaintiff | | | | |
| | CareNow Urgent Care – Green Valley & warm Springs Records (PH PLAINTIFF ANGELO 001026-001050) | Plaintiff | | | | |
| | Centennial Hills Hospital Records (PH PLAINTIFF ANGELO 000957-000979) | Plaintiff | | | | |
| | Digestive Associates Records (PH PLAINTIFF ANGELO 001051-001065) | Plaintiff | | | | |
| | Doctors Center Records (PH PLAINTIFF ANGELO 001628-001635) | Plaintiff | | | | |
| | Henderson Hospital Records (PH PLAINTIFF ANGELO 000001 – 000555) | Plaintiff | | | | |
| | Laboratory Medicine Consultants Records (PH PLAINTIFF ANGELO 000980-000981) | Plaintiff | | | | |
| | P3 Health Records (PH PLAINTIFF ANGELO 001072-001173) | Plaintiff | | | | |
| | Southwest Medical Associates Surgery Center Records (PH PLAINTIFF ANGELO 001174-001340) | Plaintiff | | | | |
| | Sunrise Hospital Records (PH PLAINTIFF ANGELO 000556 – 000590) | Plaintiff | | | | |
| | Sunrise Hospital and Medical Cetner Records (PH PLAINTIFF ANGELO 000729 – 000956) | Plaintiff | | | | |
| | Urgent Care Sierra Heights Healthcare Center Records (PH PLAINTIFF ANGELO 001343-001431) | Plaintiff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Babylon Health Bills (PH PLAINTIFF ANGELO 001025) | Plaintiff | | | | |
| | Digestive Associates Bills (PH PLAINTIFF ANGELO 001066-001071) | Plaintiff | | | | |
| | Henderson Hospital Bills (PH PLAINTIFF ANGELO 000591-000620) | Plaintiff | | | | |
| | Southwest Medical Associates Surgery Center Bills (PH PLAINTIFF ANGELO 001341-001342) | Plaintiff | | | | |
| | Southwest Medical Bills (PH PLAINTIFF ANGELO 001609-001613) | Plaintiff | | | | |
| | Sunrise Hospital and Medical Center Bills (PH PLAINTIFF ANGELO 1620-1627) | Plaintiff | | | | |
| | Sunrise Hospital Bills (PH PLAINTIFF ANGELO000 621-000650) | Plaintiff | | | | |
| | Sunrise Hospital Bills (PH PLAINTIFF ANGELO 000724-000728) | Plaintiff | | | | |
| | Urgent Care Sierra Heights Healthcare Center Records (PH PLAINTIFF ANGELO 001600-001608) | Plaintiff | | | | |
| | Southern Nevada Health Department Records (PH PLAINTIFF ANGELO 000671-000673) | Plaintiff | | | | |
| | Place Card Holder for CDC Line List (PH PLAINTIFF ANGELO 000710) | Plaintiff | | | | |
| | CDC Line List Part Two (PH PLAINTIFF ANGELO 000710) | Plaintiff | | | | |
| | Blaze Pizza Receipt & Walmart Receipt (PH PLAINTIFF ANGELO 000718-000719, 000721-000723) | Plaintiff | | | | |
| | Kalispell Regional Healthcare Records (PH PLAINTIFF ERICKSON 000001 – 000111) | Plaintiff | | | | |
| | MedNorth Kalispell Urgent Care Records (PH PLAINTIFF ERICKSON 000112-000140) | Plaintiff | | | | |
| | Kalispell Regional Healthcare Bills (PH PLAINTIFF ERICKSON 000141-000143) | Plaintiff | | | | |
| | MedNorth Kalispell Urgent Care Bills | Plaintiff | | | | |

|  | Description | Offered By |  |  |  |  |
|---|---|---|---|---|---|---|
|  | (PH PLAINTIFF ERICKSON 000144-000145) |  |  |  |  |  |
|  | Northwest Imaging Bills (PH PLAINTIFF ERICKSON 000146-000147) | Plaintiff |  |  |  |  |
|  | Quality Inn Hotel Receipt (PH PLAINTIFF ERICKSON 000149-000150) | Plaintiff |  |  |  |  |
|  | Walmart Pharmacy Receipt (PH PLAINTIFF ERICKSON 000148) | Plaintiff |  |  |  |  |
|  | Flathead County Health Department Records (PH PLAINTIFF ERICKSON 151) | Plaintiff |  |  |  |  |
|  | Montana Health Department Records (PH PLAINTIFF ERICKSON 189-190) | Plaintiff |  |  |  |  |
|  | Place Card Holder for CDC Line List (PH PLAINTIFF ERICKSON 000202) | Plaintiff |  |  |  |  |
|  | CDC Line List – 21-00262_Line List_redacted (PH PLAINTIFF ERICKSON 000202) | Plaintiff |  |  |  |  |
|  | Walmart Receipt (PH PLAINTIFF ERICKSON 000203) | Plaintiff |  |  |  |  |
|  | Quality Inn Hotel Receipt (PH PLAINTIFF ERICKSON 000149 – 000150) | Plaintiff |  |  |  |  |
|  | Walmart Pharmacy Receipt (PH PLAINITFF ERICKSON 000148) | Plaintiff |  |  |  |  |
|  | St Charles Hospital Records (PH PLAINTIFF KAHLIE 000001-000053) | Plaintiff |  |  |  |  |
|  | St Charles Hospital Records (PH PLAINTIFF KAHLIE 000184) | Plaintiff |  |  |  |  |
|  | St Charles Hospital Records (PH PLAINTIFF 000218 – 000273) | Plaintiff |  |  |  |  |
|  | St Charles Hospital Bill (PH PLAINTIFF KAHLIE 000054) | Plaintiff |  |  |  |  |
|  | Oregan Health Department Records (PH PLAINTIFF KAHLIE 78-90) | Plaintiff |  |  |  |  |
|  | Oregon Health Department Records (PH PLAINTIFF KAHLIE 000070) | Plaintiff |  |  |  |  |
|  | Place Card Holder for CDC Line List (PH PLAINTIFF KAHLIE 000144) | Plaintiff |  |  |  |  |
|  | CDC Line List – 21-00257_Line List (PH PLAINTIFF KAHLIE 000144) | Plaintiff |  |  |  |  |
|  | OnPoint Community Credit Union Bank Statement July 9, 2020 – August 10, 2020 (PH PLAINTIFF KAHLIE 000161-000168) | Plaintiff |  |  |  |  |
|  | Subaru Wage Loss Verification | Plaintiff |  |  |  |  |

|  | Description | Offered By |  |  |  |  |
|---|---|---|---|---|---|---|
|  | (PH PLAINTIFF KAHLIE 000146-000148) |  |  |  |  |  |
|  | Subaru Wage Loss Verification (PH PLAINTIFF KAHLIE 000150-000160) | Plaintiff |  |  |  |  |
|  | McKenzie County Rural Clinic Records (PH PLAINTIFF MENA 000001-000277) | Plaintiff |  |  |  |  |
|  | McKenzie County Rural Clinic Records Microbiology Report (PH PLAINTIFF MENA 000145) | Plaintiff |  |  |  |  |
|  | Sanford Health Records (PH PLAINTIFF MENA 000278-000424) | Plaintiff |  |  |  |  |
|  | McKenzie County Rural Clinic Bills (PH PLAINTIFF MENA 000425-000431) | Plaintiff |  |  |  |  |
|  | North Dakota Health Department Records (PH PLAINTIFF MENA 000432) | Plaintiff |  |  |  |  |
|  | North Dakota Health Department Records (PH PLAINTIFF MENA 000437) | Plaintiff |  |  |  |  |
|  | Place Card Holder for CDC Line List (PH PLAINTIFF MENA 000442) | Plaintiff |  |  |  |  |
|  | CDC Line List – 21-01693_Line List REDACTED (PH PLAINTIFF MENA 000442) | Plaintiff |  |  |  |  |
|  | Wells Fargo July 2020 Bank Statement (PH PLAINTIFF MENA 000444) | Plaintiff |  |  |  |  |
|  | Wells Fargo July 2020 Bank Statement (PH PLAINTIFF MENA 000450 – 000459) | Plaintiff |  |  |  |  |
|  | Bryn Mawr Hospital Infectious Disease records (PH PLAINTIFF MITCHELL NEW 1727 - 2247) | Plaintiff |  |  |  |  |
|  | Bryn Mawr Hospital Microbiology Stoo Culture (PH PLAINTIFF MITCHELL 000187) | Plaintiff |  |  |  |  |
|  | Bryn Mawr Hospital Records (PH PLAINTIFF MITCHELL 000001 – 000360) | Plaintiff |  |  |  |  |
|  | Bryn Mawr Hospital Records (PH PLAINTIFF MITCHELL 000535 – 001058) | Plaintiff |  |  |  |  |
|  | Bryn Mawr Specialist Association Records (PH PLAINTIFF MITCHELL 001094-001135) | Plaintiff |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bryn Mawr Specialist Association Records (PH PLAINTIFF MITCHELL 001143-001154) | Plaintiff | | | | |
| | Bryn Mawr Specialist Association Records (PH PLAINTIFF MITCHELL 001175-001253) | Plaintiff | | | | |
| | Main Line Family Practice Records (PH PLAINTIFF MITCHELL 000361-000375) | Plaintiff | | | | |
| | Main Line Family Practice Records (PH PLAINTIFF MITCHELL 000389-000410) | Plaintiff | | | | |
| | Main Line Family Practice Records (PH PLAINTIFF MITCHELL 000413-000422) | Plaintiff | | | | |
| | Main Line Family Practice Records (PH PLAINTIFF MITCHELL 000437-000445) | Plaintiff | | | | |
| | Bryn Mawr Hospital Bills (PH PLAINTIFF MITCHELL 000457-000471) | Plaintiff | | | | |
| | Bryn Mawr Hospital Infectious Disease Bills (PH PLAINTIFF MITCHELL 001169) | Plaintiff | | | | |
| | Bryn Mawr Specialist Bills (PH PLAINTIFF MITCHELL NEW 001283-001291) | Plaintiff | | | | |
| | Main Line Family Practice Bills (PH PLAINTIFF MITCHELL 000472 – 000474) | Plaintiff | | | | |
| | Sav-On Pharmacy Prescription Receipt (PH PLAINTIFF MITCHELL 000531) | Plaintiff | | | | |
| | Pennsylvania Health Department Records (PH PLAINTIFF MITCHELL 000521) | Plaintiff | | | | |
| | CDC Records (PH PLAINTIFF MITCHELL 000527 – 000528) | Plaintiff | | | | |
| | Place Card Holder for CDC Line List (PH PLAINTIFF MITCHELL 000529) | Plaintiff | | | | |
| | CDC Line List (pt. 1) (PH PLAINTIFF MITCHELL 000529) | Plaintiff | | | | |
| | Citizen Bank Statement (PH PLAINTIFF MITCHELL 000532) | Plaintiff | | | | |
| | Citizen Bank Statement | Plaintiff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | (PH PLAINTIFF MITCHELL 001170-001174) | | | | | |
| | Cascade Park Medical Office Records (PH PLAINTIFF THOMPSON 002689-002765) | Plaintiff | | | | |
| | Kaiser Permanente (Advanced Gastroenterology) Records (PH PLAINTIFF THOMPSON 003148-003367) | Plaintiff | | | | |
| | Kaiser Permanente (Sunnybrook, Orchard, and Salmon Creek locations) Records (PH PLAINTIFF THOMPSON 002909-003147) | Plaintiff | | | | |
| | Legacy Salmon Creek Records (PH PLAINTIFF THOMPSON 000001-000040) | Plaintiff | | | | |
| | North County EMS Records (PH PLAINTIFF THOMPSON 003369-003370) | Plaintiff | | | | |
| | North County EMS Records (PH PLAINTIFF THOMPSON 003372 – 003379) | Plaintiff | | | | |
| | Sunnybrook Surgery Center Records (PH PLAINTIFF THOMPSON 002781-002891) | Plaintiff | | | | |
| | Cascade Park Medical Office and Sunnyside Medical Center Bills (PH PLAINTIFF THOMPSON 002766-002780) | Plaintiff | | | | |
| | Kaiser Permanente Bills (PH PLAINTIFF THOMPSON 002892 – 002908) | Plaintiff | | | | |
| | Kaiser Permanente Bills (PH PLAINTIFF THOMPSON 003380-003397) | Plaintiff | | | | |
| | Legacy Salmon Creek Bills (PH PLAINTIFF THOMPSON 000041-000045) | Plaintiff | | | | |
| | North County EMS Records (PH PLAINTIFF THOMPSON 003368) | Plaintiff | | | | |
| | North County EMS Bills (PH PLAINTIFF THOMPSON 003371) | Plaintiff | | | | |
| | Oregon Health Department Records (PH PLAINTIFF THOMPSON 000051-000055) | Plaintiff | | | | |
| | Place Card Holder for CDC Line List (PH PLAINTIFF THOMPSON 002679) | Plaintiff | | | | |
| | CDC 21-01693_Line List REDACTED | Plaintiff | | | | |

| | | |
|---|---|---|
| | (PH PLAINTIFF THOMPSON 002679) | |
| | Receipt from Los Jalapenos (PH PLAINTIFF THOMPSON 002682) | Plaintiff |
| | Tax Returns (2017 – 2020) & 1099s (2019- 2021) (PH PLAINTIFF THOMPSON 002684-002688) | Plaintiff |
| | Jonathan Ellis's Curriculum Vitae | Plaintiff |
| | Jonathan Ellis's Billing Rate | Plaintiff |
| | Jonathan Ellis's Expert Report dated September 12, 2023 | Plaintiff |
| | Jonathan Ellis's Rebuttal Report dated October 10, 2023 | Plaintiff |
| | Jonathan Ellis's Deposition Transcript dated October 27, 2023 | Plaintiff |
| | Exhibit 1 of Jonathan Ellis's Deposition– Copy of Centennial Hills Hospital Medical Center, Operative Reports of Ashleigh Angelo, 11/11/2020, Bates PH PLAINTIFF ANGELO 000964 – 000965 | Plaintiff |
| | Exhibit 2 of Jonathan Ellis's Deposition– Copy of Progress Notes of Ashleigh Angelo, Dr. Karanth, 10/30/2020, Bates PH PLAINTIFF ANGELO 001054-001056 | Plaintiff |
| | Melvin Kramer's Curriculum Vitae | Plaintiff |
| | Melvin Kramer's Billing Rate | Plaintiff |
| | Melvin Kramer's Expert Report dated September 12, 2023 | Plaintiff |
| | Melvin Kramer's Deposition Transcript dated December 15, 2023 | Plaintiff |
| | Exhibit 1 of Melvin Kramer's Deposition– FDA discussion points from Thomson Internation Inspection. | Plaintiff |
| | Exhibit 2 of Melvin Kramer's Deposition – Excerpt of Deposition Transcript of Thomson | Plaintiff |
| | Exhibit 3 of Melvin Kramer's Deposition – FDA Investigation Report: Factors Potentially Contributing to the Contamination of Red Onions Implicated in the Summer 2020 Outbreak of Salmonella Newport | Plaintiff |
| | Melvin Kramer's Consultation Invoice No. 15375 dated August 2023 | Plaintiff |
| | Melvin Kramer's Consultation Invoice No. 15700 dated October 2023 | Plaintiff |

|  | Description | Party |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Melvin Kramer's Consultation Invoice No. 15550 dated September 2023 | Plaintiff |  |  |  |  |
|  | Daniel Wallace's Curriculum Vitae | Plaintiff |  |  |  |  |
|  | Daniel Wallace's Billing Rate | Plaintiff |  |  |  |  |
|  | Daniel Wallace's Expert Report dated October 9, 2023 | Plaintiff |  |  |  |  |
|  | Daniel Wallace's Deposition Transcript dated November 29, 2023 | Plaintiff |  |  |  |  |
|  | Martin Wiedmann's Curriculum Vitae and billing rate | Plaintiff |  |  |  |  |
|  | Martin Wiedmann's Expert Report dated May 27, 2022 | Plaintiff |  |  |  |  |
|  | Martin Wiedmann's Deposition Transcript dated November 30, 2023 | Plaintiff |  |  |  |  |
|  | Frank Yiannas's Curriculum Vitae | Plaintiff |  |  |  |  |
|  | Frank Yiannas's Expert Report dated September 11, 2023 | Plaintiff |  |  |  |  |
|  | Frank Yiannas's Expert Rebuttal Report dated October 11, 2023 | Plaintiff |  |  |  |  |
|  | Frank Yiannas's Deposition Transcript dated July 31, 2013 | Plaintiff |  |  |  |  |
|  | Stanford Shulman's Curriculum Vitae | Plaintiff |  |  |  |  |
|  | Stanford Shulman's Expert Report dated September 12, 2023 | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: An insight in Salmonella typhi associated autoimmunity candidates' prediction by molecular mimicry – ScienceDirect | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: Enteric Pathogens and Reactive Arthritis A Systematic Review of Campylobacter, Salmonella and Shigella-associated Reactive Arthritis | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: Long term prognosis or reactive salmonella arthritis written by M Leirisalo-Repo in the Annals of the Rheumatic Disease 1997 | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: Outbreak Investigation Timeline, Map of Reported Cases and Updates by Date re Outbreak of Salmonella Infections _ July 2020 _ Salmonella _ CDC | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: Outbreak of Salmonella Newport Infections Linked to Onions – CDC | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: Reactive Arthritis and Rieter's Syndrome Following an Outbreak of | Plaintiff |  |  |  |  |

|  | Gastroenteritis Cause by Salmonella enteritidis |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Article Reviewed by Stanford Shulman: Rheumatologic Manifestations of Gastrointestinal Diseases | Plaintiff |  |  |  |  |
|  | Article Reviewed by Stanford Shulman: Type 2 Autoimmune Pancreatitis Consensus and Controversies written by Yoh Zen in Gut and Liver | Plaintiff |  |  |  |  |
|  | Ernest Julian's Curriculum Vitae | Plaintiff |  |  |  |  |
|  | Ernest Julian's Expert Report dated September 12, 2023 | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: Henderson Hospital Records for Plaintiff Angelo (PH PLAINTIFF ANGELO 000001 – 00555) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: CDC Line List for Plaintiff Angelo (PH PLAINTIFF ANGELO 000710) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: Place Card Holder for CDC Line List for Plaintiff Angelo (PH PLAINTIFF ANGELO 000710) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: Southern Nevada Health Department Records for Plaintiff Angelo (PH PLAINTIFF ANGELO 000651 - 000673) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: Sunrise Hospital Records for Plaintiff Angelo (PH PLAINTIFF ANGELO 000556 - 000590) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-00262_gux8_redacted for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000201) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-00262_Line List_redacted for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000202) | Plaintiff |  |  |  |  |
|  | Plaintiff records reviewed by Ernest Julian: CDC Records for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000191-000200) | Plaintiff |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Plaintiff records reviewed by Ernest Julian: Flathead Health Department Records for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000151-000177) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Kalispell Regional Healthcare Records for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000001-000111) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: MedNorth Kalispell Urgent Care Records for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000112-000140) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Montana Health Department Records for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000178-000190) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Place Card Holder for CDC Line Lists for Plaintiff Erickson (PH PLAINTIFF ERICKSON 000201-000202) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Records for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000107-000142) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-00257_gux8 for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000143) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-00257_Line List for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000144) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Deschutes County Public Health Department Records for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000081-000106) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Oregon Health Department Records for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000055-000080) | Plaintiff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Plaintiff records reviewed by Ernest Julian: Place Card Holder for CDC Line List for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000143- 000144) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: St Charles Hospital Records for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000001- 000053) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: St Charles Hospital Records for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000184) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: St Charles Hospital Records for Plaintiff Kahlie (PH PLAINTIFF KAHLIE 000218- 000273) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Records for Plaintiff Mena (PH PLAINTIFF MENA 000439- 000440) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-01693_gux8 REDACTED for Plaintiff Mena (PH PLAINTIFF MENA 000441) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-01693_Line List REDACTED for Plaintiff Mena (PH PLAINTIFF MENA 000442) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List object_explorer_download_2021-08-23T14_16_54-04 for Plaintiff Mena (PH PLAINTIFF MENA 000443) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: McKenzie County Rural Clinic Records for Plaintiff Mena (PH PLAINTIFF MENA 000001- 000277) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: North Dakota Health Department Records for Plaintiff Mena (PH PLAINTIFF MENA 000432- 000438) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Place Card Holder for CDC Line Lists for Plaintiff Mena | Plaintiff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | (PH PLAINTIFF MENA 000441-000443) | | | | | |
| | Plaintiff records reviewed by Ernest Julian: Sanford Health Records for Plaintiff Mena (PH PLAINTIFF MENA 000278-000424) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Bryn Mawr Hospital Records for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000001-000360) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Bryn Mawr Hospital Records for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000535-001058) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List (pt. 1) for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000529) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List (pt. 2) for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000530) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Records for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000527-000528) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Mail Line Family Practice Records for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000361-000456) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Pennsylvania Health Department Records for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000475-000526) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Place Card Holder for CDC Line Lists for Plaintiff Mitchell (PH PLAINTIFF MITCHELL 000529-000530) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Records for Plaintiff Thompson (PH PLAINTIFF THOMPSON 002668-002677) | Plaintiff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Plaintiff records reviewed by Ernest Julian: Clark County Health Department Records for Plaintiff Thompson (PH PLAINTIFF THOMPSON 002621-002667) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-01693_gux8 REDACTED for Plaintiff Thompson (PH PLAINTIFF THOMPSON 002678) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line List 21-01693_Line List REDACTED for Plaintiff Thompson (PH PLAINTIFF THOMPSON 002680) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: CDC Line list object_explorer_download_2021-08-23T14_18_08-04_00 for Plaintiff Thompson (PH PLAINTIFF THOMPSON 002679) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Legacy Salmon Creek Records for Plaintiff Thompson (PH PLAINTIFF THOMPSON 000001-000040) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Oregon Health Department Records for Plaintiff Thompson (PH PLAINTIFF THOMPSON 000046-000055) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Place Card Holder for CDC Line Lists for Plaintiff Thompson (PH PLAINTIFF THOMPSON 002678-002680) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: Washington State Health Department Records for Plaintiff Thompson (PH PLAINTIFF THOMPSON 000056-002620) | Plaintiff | | | | |
| | Plaintiff records reviewed by Ernest Julian: WA State Health Department - NORS Report (PH PLAINTIFF THOMPSON 000208-000390) | Plaintiff | | | | |
| | Article Reviewed by Ernest Julian: Canadian Food Inspection Agency Issued Recalls of Onions | Plaintiff | | | | |

|  | Description | Party |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  | Article Reviewed by Ernest Julian: Canadian Food Inspection Agency Salmonella infections linked to red onions importer from the US | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: CDC Salmonella Recall _Outbreak of Salmonella Infections _July 202_ Salmonella_CDC | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: Epidemiology & Infection Article - Bi national outbreak of Salmonella Newport infections linked to onions the United States experience | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: Factors Potentially Contributing to the Contamination of Red Onions Implicated in the Summer 2020 Outbreak of Salmonella Newport _ FDA | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: FDA In Brief - FDA Releases Investigation Report Following 2020 Salmonella Outbreak Linked to Red Onions dated May 31, 2021 | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: FDA October 8, 2020 Salmonella Outbreak Updated | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: FDA Outbreak Investigation of Salmonella Newport Red Onions (July 2020) | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: FDA Releases Investigation Report Following 2020 Salmonella Outbreak Linked to Red Onions | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: FDA Thomson International Inc Recall | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: Isolates Browser - Pathogen Detection - NCBI - PNUSAS163942 | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: Isolates Browser - Pathogen Detection – NCBI | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: Outbreak of Salmonella Newport Infections Linked to Onions _ CDC | Plaintiff |  |  |  |  |
|  | Article Reviewed by Ernest Julian: US Dept of Agricultures Food Safety & Inspection Service Public Alert | Plaintiff |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Article Reviewed by Ernest Julian: Whole Genome Sequencing _ CDC | Plaintiff | | | | |
| | Public Health Documents (PH PLAINTIFF 000001 - PH PLAINTIFF 002065) | Plaintiff | | | | |
| | FDA document reviewed by Ernest Julian: CRT3 Meeting Minutes re Discuss Observations identified during Thomas International Inc Root Cause Investigation (PH PLAINTIFF 001852 - 001853) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: CRT3 Meeting Minutes re Salmonella Newport Suspect July 2020 to discuss assignment for Thomas International Inc (PH PLAINTIFF 001848 - 001851) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: Email dated 10.9.20 re CDC closing Invest & Posting Final Alert Multistate Salmonella Newport Outbreak (PH PLAINTIFF 000605 - 000617) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: Email dated 7.31.20 re OHA Invest 76 cases of Salmonella Newport linked to Red Onions (PH PLAINTIFF 001397 - 001398) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: FDA Memorandum re Outbreak Investigation dated 8.28.2020 (PH PLAINTIFF 001940 - 001966) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: FDA Memorandum re Outbreak Investigation dated 9.10.2020 (PH PLAINTIFF 001967 - 001988) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: FDA Outbreak Investigation of Salmonella Newport July 2020 (PH PLAINTIFF 001722 - 001725) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: FDA CORE Salmonella Newport Incident Summary Report July 2020 (PH PLAINTIFF 001785 - 001801) | Plaintiff | | | | |
| | Document reviewed by Ernest Julian: Investigation Report: Factors Potentially Contribution to Contamination of Red Onions Implicated in the Summer 2020 Outbreak of Salmonella Newport (PH PLAINTIFF 001747 - 001761) | Plaintiff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Document reviewed by Ernest Julian: FDA Traceback Investigation Summary (PH PLAINTIFF 001878 - 001898) | Plaintiff | | | | |
| | Email exchange from Lisa Joseph dated 8/11/2020 | Plaintiff | | | | |
| | MI Dept or Ag. & Rural Dev. Joint after Action Report for Salmonella Newport | Plaintiff | | | | |
| | Declaration of Trevor Flint, Onion 52, Inc. | Plaintiff | | | | |
| | Supplemental Declaration of Trevor Flint, Onion 52, Inc. | Plaintiff | | | | |
| | Jack Thomson's Deposition Transcript dated June 12, 2023 | Plaintiff | | | | |
| | Exhibit 1 of Jack Thomson's Deposition - Amended Notice of F.R.C.P. 30(B)(6) Deposition of Thomson International Inc. | Plaintiff | | | | |
| | Exhibit 2 of Jack Thomson's Deposition - Notice of Deposition of Person Most Knowledgeable for Defendant Thomson International (Willis Action, 37-2020-00027164-CU-PL-CTL) | Plaintiff | | | | |
| | Exhibit 3 of Jack Thomson's Deposition - Notice of Deposition of Person Most Knowledgeable for Defendant Thomson International (Hanley Action, BCV-20-103027-JEB) | Plaintiff | | | | |
| | Exhibit 4 of Jack Thomson's Deposition - Thomson International, Inc. 2020 Onions 52 Weekly Onion Sales Recap (TII000004439) | Plaintiff | | | | |
| | Exhibit 5 of Jack Thomson's Deposition - March 2019 Email Chain (Subject: Fwd: Onion bagger Thursday at 2:15) (TII000026958 - TII000026962) | Plaintiff | | | | |
| | Exhibit 6 of Jack Thomson's Deposition - June 2020 Email Chain (Subject: RE: Onion line) (TII000024870 - TII000024878) | Plaintiff | | | | |
| | Exhibit 7 of Jack Thomson's Deposition - Thomson Master Sanitation SOP (7/10/2019 Version) (TII000003672 - TII000003677) | Plaintiff | | | | |
| | Exhibit 8 of Jack Thomson's Deposition - Thomson 8/24/2017 Daily Production Cleaning Log (Onion) (TII000003655) | Plaintiff | | | | |
| | Exhibit 9 of Jack Thomson's Deposition - Thomson Good Agricultural Practices (GAP) (Version 2020 – updated | Plaintiff | | | | |

|  | 1/7/2020) (TII000032096 - TII000032127) |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Exhibit 10 of Jack Thomson's Deposition - Item 1.04.03c Water Microbiological Testing SOP (Version 2020 – updated 4/22/2020) (TII000032174 - TII000032177) | Plaintiff |  |  |  |  |
|  | Exhibit 11 of Jack Thomson's Deposition - Primus Auditing Operations (PrimusGFS ID #202404 - Cert:4) (TII000023362 - TII000023380) | Plaintiff |  |  |  |  |
|  | Exhibit 12 of Jack Thomson's Deposition - Primus Auditing Operations (PrimusGFS ID #202403 - Cert:4) (TII000023393 - TII000023412) | Plaintiff |  |  |  |  |
|  | Exhibit 13 of Jack Thomson's Deposition - BC Laboratories, Inc. 03/04/2019 Reprot (ID #1906277-01) (TII000017599) | Plaintiff |  |  |  |  |
|  | Exhibit 16 of Jack Thomson's Deposition - FDA Discussion Points from Thomson international Inspection (TII000002759 - TII000002760) | Plaintiff |  |  |  |  |
|  | Exhibit 17 of Jack Thomson's Deposition - US DHHS 11/16/2020 Memo (Subject: Outbreak Investigation) (WILLIS4789 - WILLIS4796) | Plaintiff |  |  |  |  |
|  | Exhibit 18 of Jack Thomson's Deposition - July 2020 Email Chain (Subject: 10339 FW: W745 Credit Request Yellow Onion #67245) (TII000020661 - TII000020662) | Plaintiff |  |  |  |  |
|  | Exhibit 19 of Jack Thomson's Deposition - July 2020 Email Chain (Subject: FW: CL-022 rejection, Red Onions 40 lb. PO #22856534 - product was put back on trailer) (THI-HAN008856 - THI-HAN008994) | Plaintiff |  |  |  |  |
|  | Exhibit 20 of Jack Thomson's Deposition - June 2020 Email Chain (Fwd: Thomsen Jumbo Yellow Onions) (TII000024896 - TII000024900) | Plaintiff |  |  |  |  |
|  | Exhibit 21 of Jack Thomson's Deposition - Response of Thomson International, Inc. to Plaintiff Keith Willis's Second Set Of Request for Production of Documents (5/19 2023) (Willis Action, 37-2020-00027164-CU-PL-CTL) | Plaintiff |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Exhibit 22 of Jack Thomson's Deposition - 10/02/2020 Close Out Summary (WILLIS5055) | Plaintiff | | | | |
| | Exhibit 23 of Jack Thomson's Deposition - FDA Report: "Investigation Report: Factors Potentially Contributing to the Contamination of Red Onions Implicated in the Summer 2020 Outbreak of Salmonella Newport" | Plaintiff | | | | |
| | David Marquez's Deposition Transcript dated June 15, 2023 | Plaintiff | | | | |
| | Exhibit 1 of David Marquez's Deposition - Notice of Deposition of David Marquez | Plaintiff | | | | |
| | Exhibit 2 of David Marquez's Deposition - Notice of Deposition of David Marquez (Hanley Action, BCV-20-103027-JEB) | Plaintiff | | | | |
| | Exhibit 3 of David Marquez's Deposition - Notice of Deposition of David Marquez (Willis Action, 37-2020-00027164-CU-PL-CTL) | Plaintiff | | | | |
| | Exhibit 4 of David Marquez's Deposition - Item 1.04.03c Water Microbiological Testing SOP (Version 2020 – updated 4/22/2020) (TII000032174 - TII000032177) | Plaintiff | | | | |
| | Exhibit 5 of David Marquez's Deposition - Item 1.04.03b Water Source Inspections SOP (Version 2020 - Updated 3/6/2020) (TII000032157 - TII000032159) | Plaintiff | | | | |
| | Neftali Hernandez's Deposition Transcript dated June 14, 2023 | Plaintiff | | | | |
| | Exhibit 1 of Neftali Hernandez's Deposition - Amended Notice of Deposition of Neftali Hernandez | Plaintiff | | | | |
| | Exhibit 2 of Neftali Hernandez's Deposition - Notice of Deposition of Neftali Hernandez (Hanley Action, BCV-20-103027-JEB) | Plaintiff | | | | |
| | Exhibit 3 of Neftali Hernandez's Deposition - Notice of Deposition of Neftali Hernandez (Willis Action, 37-2020-00027164-CU-PL-CTL) | Plaintiff | | | | |
| | Exhibit 4 of Neftali Hernandez's Deposition - Pre-harvest Risk Assessment (05/18/2020) (TII000032419 - TII000032430) | Plaintiff | | | | |