Eric Gruber (CA # 262602)
GRUBER LAW GROUP
770 L St., Ste. 950
Sacramento, CA 95814
Telephone: (415) 868-5297
Facsimile: 415-325-5905
eric@gruberlawgroup.com

-and-

Raymond Trueblood-Konz (MN #391236 admitted *pro hac vice*)
David Coyle (MN # 396431 admitted *pro hac vice*)
PRITZKER HAGEMAN, P.A.
45 South Seventh Street, Suite 2950
Minneapolis, MN 55402
Telephone: 612-338-0202
raymond@pritzkerlaw.com
dcoyle@pritzkerlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al.,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>　　　　　　　Defendant(s).<br><br>AND CONSOLIDATED ACTIONS | Case No.: 1:21-cv-01609-JLT-CDB<br><br>**PLAINTIFFS' BRIEF REGARDING PREJUDGMENT INTEREST**<br><br>Judge:　　Jennifer L. Thurston<br><br>Date Action Filed:　　November 4, 2021<br>Trial Date:　　July 9, 2024 |

This brief addresses the applicability of prejudgment interest to Plaintiffs' damages. Plaintiffs' research suggests the same conclusions set forth in Defendant Thomson International, Incorporated's July 17, 2024, Trial Brief Concerning Prejudgment Interest (Doc. 194). Specifically, Plaintiff agrees that the relevant date is the date each Plaintiff became ill and that prejudgment interest applies to Plaintiffs' medical specials. *See*, *e.g.*, *Canavin v. Pacific*

*Southwest Airlines*, 148 Cal. App. 3d 512, 527 (1983) (plaintiffs "are entitled to prejudgment interest on those damages attributable to an ascertainable economic value …").

Dated: June 17, 2024               PRITZKER HAGEMAN, P.A.

                                   By:  /s/ David Coyle
                                        David Coyle, Esq. (admitted *pro hac vice*)
                                        Raymond Trueblood-Konz (admitted *pro hac vice*)
                                        100 University Ave. SE
                                        Minneapolis, MN 55414
                                        (612) 338-0202 Phone
                                        (612) 338-0104 Fax

                                        and

                                        Eric Gruber, Esq.
                                        GRUBER LAW GROUP
                                        770 L St., Suite 950
                                        Sacramento, CA 95814
                                        (415) 868-5297 Phone
                                        (415) 325-5905 Fax

                                        *Attorney for Plaintiffs*