**FILED**

JUL 19 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, JOHN KAHLIE, AMANDA ERICKSON, JOSE MENA, LINDA MITCHELL, and JAMES THOMPSON,<br><br>                Plaintiffs,<br><br>    v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, *a California Corporation*,<br><br>                Defendant. | Case No. 1:21-cv-01609-JLT-CDB |

### NOTE FROM THE JURY

_X_  The jury has reached a unanimous verdict.  Time: 8:15 AM

___  The jury requests the following:

_____

_____

_____

_____

COURT'S EXHIBITS
CASE NO. _____
EXHIBIT NO. ___1___

1

1
2
3
4
5       ___ The jury has the following question(s):
6       _____
7       _____
8       _____
9       _____
10      _____
11      _____
12
13
14      DATED: _____       _____
15                                   FOREPERSON OF THE JURY
16
17
18
19
20
21
22
23
24
25
26
27
28