## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**ASHLEIGH ANGELO, ET AL.,**

        v.

                                            CASE NO: **1:21–CV–01609–JLT–CDB**

**THOMSON INTERNATIONAL,**
**INCORPORATED,**

---

**XX –– Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 7/19/2024**

                                                      **Keith Holland**
                                                      Clerk of Court

   ENTERED:  **July 19, 2024**

                                          by: /s/ I. Munoz
                                                    Deputy Clerk