Eric Gruber (CA # 262602)
GRUBER LAW GROUP
770 L St., Ste. 950
Sacramento, CA 95814
Telephone: (415) 868-5297
Facsimile: 415-325-5905
eric@gruberlawgroup.com

    -and-

Raymond Trueblood-Konz (MN # 391236 admitted *pro hac vice*)
David Coyle (MN # 396431 admitted *pro hac vice*)
PRITZKER HAGEMAN, P.A.
100 University Avenue SE
Minneapolis, MN 55414
Telephone: 612-338-0202
Facsimile: 612-338-0104
raymond@pritzkerlaw.com
dcoyle@pritzkerlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH ANGELO, et al., | Case No.: 1:21-cv-01609-JLT-CDB |
| Plaintiff(s), | |
| v. | **STIPULATION REGARDING DEFENDANT'S COSTS BILL** |
| THOMSON INTERNATIONAL, INCORPORATED, | |
| Defendant(s). | |

Plaintiffs Ashleigh Angelo, Amanda Erickson, John Kahlie, Jose Mena, Linda Mitchell and James Thompson (hereafter "Plaintiffs") and defendant Thomson International, Incorporated, by and through their attorneys of record hereby file this stipulation:

In consideration of plaintiffs' decision that they will not file for or pursue an appeal in this matter, defendant agrees that it will not seek or collect costs from any of the following: plaintiffs, their counsel, or the firms with which they are affiliated. By this stipulation defendant

does not waive the right to collect costs from any plaintiff who has dismissed a claim in this case or from their counsel or the firms with which they are affiliated.

Dated:  August 8, 2024                     GREENAN PEFFER SALLANDER & LALLY LLP


                                           By: /s/ Robert Seeds
                                           Robert G. Seeds, attorneys for defendant

Dated:  August 12, 2024                    PRITZKER HAGEMAN, P.A.


                                           By: /s/ David Coyle
                                               David Coyle, attorneys for Plaintiffs


**ORDER**

Pursuant to the foregoing stipulation, the Clerk shall not tax costs against Ashleigh Angelo, Amanda Erickson, John Kahlie, Jose Mena, Linda Mitchell or James Thompson, and defendant shall collect no costs from them or from their counsel or the firms with which they are affiliated. Plaintiffs shall file no notice of appeal in this case, and should one be filed on behalf of any of them, they agree that it shall be dismissed on defendant's request.

IT IS SO ORDERED.

Dated:   **August 13, 2024**                              [signature]
                                                          UNITED STATES DISTRICT JUDGE